John M. Desmarais (CA SBN 320875)
DESMARAIS LLP
101 California Street
San Francisco, California 94111
Tel: (415) 573-1900
Fax: (415) 573-1901
jdesmarais@desmaraisllp.com

*Counsel for Defendants*
*Samsung Electronics Co., Ltd. and*
*Samsung Electronics America, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LED Wafer Solutions LLC, | Case No. 5:22-cv-04809-VKD |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| v. | |
| Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., | |
| Defendants, | |
| Seoul Semiconductor Co., Ltd., | |
| Intervenor-Defendant. | |

1  TO THE COURT, ALL PARTIES, AND ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that John M. Desmarais of Desmarais LLP, 101 California Street,

3  San Francisco, California, 94111, admitted to practice in this court, hereby appears for and on behalf

4  of Defendant Samsung Electronics Co., Ltd.; and Defendant Samsung Electronics America, Inc.

5  All pleadings, discovery, correspondence, and other material concerning the above should be

6  served upon counsel at the address referenced above.

Dated: August 29, 2022

*/s/ John M. Desmarais*
John M. Desmarais (CA SBN 320875)
DESMARAIS LLP
101 California Street
San Francisco, California 94111
Tel: (415) 573-1900
Fax: (415) 573-1901
jdesmarais@desmaraisllp.com

*Counsel for Defendants*
*Samsung Electronics Co., Ltd. and*
*Samsung Electronics America, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of August, 2022, I caused the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system. I further certify that on this date, I caused the foregoing document to be served on counsel for all parties of record at the addresses below by electronic mail, all of whom previously consented to electronic service in the transferor district.

| | |
|---|---|
| Joshua J. Bennett<br>jbennett@carterarnett.com<br>Scott W. Breedlove<br>sbreedlove@carterarnett.com<br>E. Leon Carter<br>lcarter@carterarnett.com<br>Nathan I. Cox<br>ncox@carterarnett.com<br>Theresa M. Dawson<br>tdawson@carterarnett.com<br>Bradley David Liddle<br>bliddle@carterarnett.com<br>Michael C. Pomeroy<br>mpomeroy@carterarnett.com<br>Daniel L. Schmid<br>dschmid@carterarnett.com<br>Carter Arnett PLLC<br>8150 N. Central Expressway, Suite 500<br>Dallas, TX 75206<br><br>Mark Stewart Raskin<br>mark.raskin@us.kwm.com<br>Charles Wizenfeld<br>charles.wizenfeld@us.kwm.com<br>King & Wood Mallesons LLP<br>500 Fifth Avenue, 50th Floor<br>New York, NY 10110<br><br>Erick Scott Robinson<br>erobinson@cepiplaw.com<br>Collins Edmonds & Pogorzelski<br>1616 S. Voss, Ste 125<br>Houston, TX 77057<br><br>*Attorneys for Plaintiff*<br>*LED Wafer Solutions LLC* | Steven J. Wingard<br>swingard@scottdoug.com<br>Stephen Burbank<br>sburbank@scottdoug.com<br>Scott, Douglass & McConnico, L.L.P.<br>303 Colorado Street, Suite 2400<br>Austin, TX 78701<br><br>Michael B. Eisenberg<br>meisenberg@steptoe.com<br>Steptoe and Johnson LLP<br>1114 Avenue of the Americas<br>New York, NY 10036<br><br>Anna M. Targowska<br>atargowska@steptoe.com<br>227 West Monroe Street, Suite 4700<br>Chicago, IL 60606<br><br>*Attorneys for Intervenor*<br>*Seoul Semiconductor Co., Ltd.* |

Dated: August 29, 2022        */s/ John M. Desmarais*
                              John M. Desmarais (CA SBN 320875)