E. Leon Carter (*pro hac vice* pending)
lcarter@carterarnett.com
Scott W. Breedlove (*pro hac vice* pending)
sbreedlove@carterarnett.com
Bradley D. Liddle (*pro hac vice* pending)
bliddle@carterarnett.com
Theresa M. Dawson (*pro hac vice* pending)
tdawson@carterarnett.com
Michael C. Pomeroy (*pro hac vice* pending)
mpomeroy@carterarnett.com
CARTER ARNETT PLLC
8150 N. Central Expy, Suite 500
Dallas, Texas 75206
214-550-8188 (Telephone)
214-550-8185 (Facsimile)

Michael Amberg
michael.amberg@us.kwm.com
KING & WOOD MALLESONS LLP
2500 Sand Hill Road, Suite 111
Menlo Park, CA 94025
Telephone: (650) 858-1285

*Counsel for Plaintiff LED Wafer Solutions LLC*

John M. Desmarais (CA SBN 320875)
DESMARAIS LLP
101 California Street
San Francisco, California 94111
Tel: (415) 573-1900
jdesmarais@desmaraisllp.com

Cosmin Maier (*pro hac vice*)
DESMARAIS LLP
230 Park Avenue
New York, New York 10169
Tel: (212) 351-3400
cmaier@desmaraisllp.com

*Counsel for Defendants*
*Samsung Electronics Co., Ltd. and*
*Samsung Electronics America, Inc.*

Michael Eisenberg (*pro hac vice* pending)
STEPTOE & JOHNSON LLP
1114 Avenue of the Americas
New York, New York 10036
Telephone: (212) 506-3931

Jamie L. Lucia
STEPTOE AND JOHNSON LLP
One Market Plaza
Spear Tower, Suite 3900
San Francisco, CA 94105
(415) 365-6711

*Counsel for Intervenor-Defendant Seoul*
*Semiconductor Co., Ltd.*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LED Wafer Solutions LLC, | Case No. 3:22-cv-04809-VC |
| Plaintiff, | **STIPULATION AND [PROPOSED] SCHEDULING ORDER** |
| v. | |
| Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., | |
| Defendant, | |
| Seoul Semiconductor Co., Ltd. | |
| Intervenor-Defendant | |

1        Plaintiff LED Wafer Solutions LLC, Defendants Samsung Electronics Co., Ltd. and Samsung

2  Electronics America, Inc., and Intervenor-Defendant Seoul Semiconductor Co., Ltd. respectfully

3  jointly submit the following proposed order pursuant to the schedule adopted by the Court during the

4  Initial Case Management Conference held on October 5, 2022, in the above-captioned case.

5

6    Dated: October 12, 2022

*/s/ Bradley D. Liddle*
E. Leon Carter (*pro hac vice* pending)
Scott W. Breedlove (*pro hac vice* pending)
Bradley D. Liddle (*pro hac vice* pending)
Theresa M. Dawson (*pro hac vice* pending)
Michael C. Pomeroy (*pro hac vice* pending)
CARTER ARNETT PLLC
8150 N. Central Expy, Suite 500
Dallas, Texas 75206
214-550-8188 (Telephone)
214-550-8185 (Facsimile)

Michael Amberg
michael.amberg@us.kwm.com
KING & WOOD MALLESONS LLP
2500 Sand Hill Road, Suite 111
Menlo Park, CA 94025
Telephone: (650) 858-1285

*Counsel for Plaintiff LED Wafer Solutions LLC*

*/s/ Cosmin Maier*
John M. Desmarais (CA SBN 320875)
DESMARAIS LLP
101 California Street
San Francisco, California 94111
Tel: (415) 573-1900
Fax: (415) 573-1901
jdesmarais@desmaraisllp.com

Cosmin Maier*
Yung-Hoon Ha*
Taeg Sang Cho*
Benjamin N. Luehrs*
Frederick J. Ding*
Jordan Owens*
DESMARAIS LLP
230 Park Avenue
New York, New York 10169
Tel: (212) 351-3400
Fax: (212) 351-3401
cmaier@desmaraisllp.com
yha@desmaraisllp.com

1    tcho@desmaraisllp.com
     bluehrs@desmaraisllp.com
2    fding@desmaraisllp.com
     jowens@desmaraisllp.com
3
     David J. Cho (CA SBN 319190)
4    DESMARAIS LLP
     1899 Pennsylvania Avenue NW
5    Washington, D.C. 20006
     Tel: (202) 451-4922
6    Fax: (202) 451-4901
     dcho@desmaraisllp.com
7
     *Pro hac vice*
8
     *Counsel for Defendants*
9    *Samsung Electronics Co., Ltd. and*
     *Samsung Electronics America, Inc.*
10

11   */s/ Michael Eisenberg*
     Michael Eisenberg (*pro hac vice* pending)
12   STEPTOE & JOHNSON LLP
     1114 Avenue of the Americas
13   New York, New York 10036
     Telephone:  (212) 506-3931
14
     Jamie L. Lucia
15   STEPTOE AND JOHNSON LLP
     One Market Plaza
16   Spear Tower, Suite 3900
     San Francisco, CA 94105
17   (415) 365-6711

18   *Counsel for Intervenor-Defendant*
     *Seoul Semiconductor Co., Ltd.*
19

20

21

22

23

24

25

26

27

28

1

**FILER'S ATTESTATION**

2

   Pursuant to Civil L.R. 5-1(h)(3) regarding signatures, I attest that concurrence in the filing of

3

this document has been obtained from counsel for Plaintiffs LED Wafer Solutions LLC and

4

Intervenor-Defendant Seoul Semiconductor Co., Ltd.

5

   Dated: October 12, 2022

6

   */s/ Cosmin Maier*
   Counsel for Defendant

7

   Samsung Electronics Co., Ltd.,
   Samsung Electronics America, Inc.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## CERTIFICATE OF SERVICE

2

I hereby certify that on October 12, 2022, I electronically filed the above document with the

3

Clerk of the Court using CM/ECF, which will send electronic notification of such filings to all

4

registered counsel.

5

6

Dated: October 12, 2022                          _/s/ Cosmin Maier_

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] SCHEDULING ORDER**

In accordance with the Initial Case Management Conference held on October 5, 2022, it is hereby ORDERED that the following schedule of dates and deadlines is in effect until further order of this Court:

| Event | Date |
|---|---|
| Initial Disclosures | Wednesday October 19, 2022 (*14 days after initial CMC*) |
| Deadline for Parties to Submit a Proposed ESI Order and Proposed Protective Order | Wednesday, October 19, 2022 (*14 days after initial CMC*) |
| Deadline for Parties to Meet and Confer Regarding ADR Process Selection and File ADR Certification | Tuesday, November 1, 2022 |
| Plaintiff's L.R. 3-1 Infringement Contentions and accompanying document production | Wednesday, November 23, 2022 (*49 days after initial CMC*) |
| Deadline for Parties to Amend Pleadings | Friday, December 16, 2022 (*72 days after initial CMC*) |
| Defendants' L.R. 3-3 Invalidity Contentions and accompanying document production | Friday, February 3, 2023 (*72 days after Infringement Contentions*) |
| Exchange of Proposed Terms for Construction | Friday, February 10, 2023 |
| Exchange of Preliminary Constructions and Extrinsic Evidence | Friday, February 24, 2023 |
| Joint Claim Construction Statement | Friday, March 10, 2023 |
| Completion of Claim Construction Discovery | Friday, March 24, 2023 |
| Plaintiff's Damages Contentions | Monday, April 3, 2023 (*60 days after Invalidity Contentions*) |
| Defendants' Responsive Damages Contentions | Wednesday, May 3, 2023 (*30 days after Plaintiff's Damages Contentions*) |

| Event | Date |
|---|---|
| Deadline to conduct agreed ADR | Friday, June 2, 2023<br>(*30 days after Defendants' Responsive Damages Contentions*) |
| Further Case Management Conference | Wednesday, August 9, 2023<br>(*About 4 weeks before close of fact discovery*) |
| Close of Fact Discovery | Friday, September 8, 2023<br>(*approx. 11 months after Initial CMC*) |
| Plaintiff Narrows Asserted Claims to 12 Claims | Friday, September 22, 2023<br>(*14 days after close of fact discovery*) |
| Defendants Narrow Asserted Prior Art References and/or Combinations to 24 References and/or Combinations | Friday, October 20, 2023<br>(*28 days after Plaintiff narrows asserted claims*) |
| Deadline to Serve Opening Expert Reports by the party bearing the burden of proof | Friday, November 7, 2023<br>*(60 days after close of fact discovery)* |
| Deadline to Serve Rebuttal Expert Reports by the party not bearing the burden of proof | Monday, January 8, 2024<br>*(60 days after opening expert reports)* |
| Close of Expert Discovery | Monday, January 29, 2024<br>*(21 days after expert reports)* |
| Parties Submit Further Claim/Prior Art Narrowing Stipulation To The Court[1] | Monday, February 5, 2024<br>(*7 days after close of expert discovery*) |
| Plaintiff Identifies Asserted Claims in Accordance With Further Claim/Prior Art Narrowing Proposal | Monday, February 12, 2023<br>(*14 days after close of expert discovery*) |
| Defendants Identify Asserted Prior Art References and/or Combinations in Accordance With Further Claim/Prior Art Narrowing Proposal | Monday, February 26, 2024<br>(*14 days after Plaintiff narrows claims in accordance with further claim/prior art narrowing proposal*) |
| Deadline to File *Daubert* Motions | Thursday, March 14, 2024<br>*(45 days after close of expert discovery)* |
| Deadline For Plaintiff to File Opening Briefs For Dispositive Motions | Thursday, March 14, 2024<br>*(45 days after close of expert discovery)* |
| Deadline to File Oppositions to *Daubert* Motions | Thursday, April 11, 2024<br>(*28 days after opening Daubert motions*) |

[1] The parties will confer in good faith to further narrow the number of asserted claims and the number of prior art grounds.

| Event | Date |
|-------|------|
| Deadline For Defendants to File Opposition Briefs and Opening Briefs For Dispositive Motions | Thursday, April 11, 2024 (*28 days after Plaintiff's opening dispositive motions*) |
| Deadline to File Replies in Support of *Daubert* Motions | Thursday, April 25, 2024 (*14 days after oppositions to Daubert motions*) |
| Deadline For Plaintiff to File Reply and Opposition Briefs For Dispositive Motions | Thursday, April 25, 2024 (*14 days after Defendants' oppositions to dispositive motions*) |
| Deadline For Defendants to File Reply Briefs For Dispositive Motions | Thursday, May 9, 2024 (*14 days after Plaintiff's oppositions to dispositive motions*) |
| Claim Construction Tutorial | Thursday, May 30, 2024 (*7 days prior to dispositive motions hearing*) |
| Patent L.R. 3-7 Advice of Counsel Disclosure | 30 Days after Claim Construction Ruling |
| Hearing on Dispositive Motions and *Daubert* Motions | Thursday, June 6, 2024 or thereafter at the Court's convenience (*21 days after dispositive motion briefing closes*) |
| Final Pretrial Conference | Tuesday, September 24, 2024 or thereafter at the Court's convenience |
| Trial | Monday, October 7, 2024 or thereafter at the Court's convenience |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____

_____
HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT JUDGE