UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LED WAFER SOLUTIONS LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO LTD, et al.,<br><br>    Defendants. | Case No. 22-cv-04809-VC<br><br>**ORDER GRANTING MOTION TO STAY; DENYING MOTIONS TO DISMISS**<br><br>Re: Dkt. Nos. 177, 178, 185 |

    The motion to stay is granted. In deciding whether to stay a patent infringement case pending reexamination of the patents, courts consider (1) the phase of the litigation, including "whether discovery is complete and whether a trial date has been set; (2) whether a stay will simplify the issues in question and trial of the case; and (3) whether a stay would unduly prejudice or present a clear tactical disadvantage to the nonmoving party." *PersonalWeb Technologies, LLC v. Apple Inc.*, 69 F. Supp. 3d 1022, 1025 (N.D. Cal. 2014) (quoting *Telemac Corp. v. Teledigital, Inc.*, 450 F.Supp.2d 1107, 1111 (N.D. Cal. 2006)). All three factors weigh in favor of staying this case: it is at a relatively early stage, reexamination of the patents would simplify the litigation, and LED Wafer Solutions has not shown any prejudice or clear tactical disadvantage that would result from the stay.

    The case is stayed pending final resolution of the ex parte reexaminations of the '137, '822, and '405 patents. The parties are ordered to file a joint status report every 180 days until the stay is lifted. The first report is due by July 31, 2023. The parties shall submit a joint status report informing the court within 14 days after the final resolution of the ex parte reexaminations.

The motions to dismiss are denied without prejudice to refiling them once the stay is lifted.

**IT IS SO ORDERED.**

Dated: April 3, 2023

_____
VINCE CHHABRIA
United States District Judge