David C. Radulescu, Ph.D. (*pro hac vice*)
Etai Lahav (*pro hac vice*)
Jonathan Auerbach (*pro hac vice*)
**Radulescu LLP**
5 Penn Plaza, 19th Floor
New York, NY 10001
Telephone:  646-502-5950
Facsimile:  646-502-5959
david@radip.com
etai@radip.com
jonathan@radip.com

Kevin S. Kudlac (*pro hac vice*)
**Radulescu LLP**
501 Congress Avenue, Suite 150
Austin, TX 78701
Telephone:  512-656-5743
kevin@radip.com

Perry R. Clark
California Bar No. 197101
**LAW OFFICES OF PERRY R. CLARK**
825 San Antonio Road Suite 201
Palo Alto, CA 94303
Telephone: (650) 248-5817
perry@perryclarklaw.com

*Attorneys for Intervenor-Defendant*
*Seoul Semiconductor Co., Ltd.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LED Wafer Solutions LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Samsung Electronics Co., Ltd.,<br>Samsung Electronics America, Inc.,<br><br>　　　　Defendants,<br><br>Seoul Semiconductor Co., Ltd.<br><br>　　　　Intervenor-Defendant. | Case No.  3:22-cv-04809-VC<br><br>**INTERVENOR-DEFENDANT'S NOTICE OF SUBSTITUTION AND WITHDRAWAL OF COUNSEL** |

1  PLEASE TAKE NOTICE that Intervenor-Defendant Seoul Semiconductor Co., Ltd. have
2  substituted Radulescu LLP and Law Offices of Perry R. Clark as their counsel of record in this
3  action. All notices, including electronic or "ECF" notices, given or required to be given and all
4  papers filed or served or required to be served in the above-captioned matters, be provided to and
5  served upon counsel at the address set forth below:

David C. Radulescu, Ph.D.

Etai Lahav

Jonathan A. Auerbach

Radulescu LLP

5 Penn. Plaza, 19th Floor

New York, NY 10001

Telephone: (646) 502-5950

david@radip.com

etai@radip.com

jonathan@radip.com

Kevin S. Kudlac

Radulescu LLP

501 Congress Avenue, Suite 150

Austin, TX 78701

Telephone: 512-656-5743

kevin@radip.com

Perry R. Clark

LAW OFFICES OF PERRY R. CLARK

825 San Antonio Road, Suite 201

Palo Alto, CA 94303

1  Telephone: (650) 248-5817

2  Facsimile: (650) 618-8533

3  Email: perry@perryclark.com

4

5  Withdrawing counsel:

6  Michael B. Eisenberg

7  meisenberg@steptoe.com

8  Jamie Lucia

9  jlucia@steptoe.com

10  Ashwin J. Ram

11  aram@steptoe.com

12  Anna M. Targowska

13  atargowska@steptoe.com

14  STEPTOE & JOHNSON LLP

15  One Market Plaza

16  Steuart Tower, 10th Floor, Suite 1070

17  San Francisco, CA 94105

18  Telephone: (415) 365-6711

19  Facsimile: (415) 365-6700

20  The undersigned parties consent to the above substitution and withdrawal of counsel.

21

22  Dated: May 4, 2023                            */s/ Etai Lahav*
23                                                David C. Radulescu (admitted PHV)
                                                  Etai Lahav (admitted PHV)
24                                                Jonathan A. Auerbach (admitted PHV)
                                                  Kevin S. Kudlac (admitted PHV)
25                                                Perry R. Clark (CA Bar No. 197101)

26

27

28

3

Dated: May 4, 2023

          */s/ Jamie L. Lucia*
          Michael B. Eisenberg (admitted PHV)
          Jamie L. Lucia (CA Bar. No. 246163)
          Ashwin J. Ram (CA Bar No. 277513)

The above substitution and withdrawal of counsel is approved and IT IS SO ORDERED.

DATED: _____  _____
                                                          Hon. Vince Chhabria
                                                          United States District Judge