E. Leon Carter (*pro hac vice*)
lcarter@carterarnett.com
Scott W. Breedlove (*pro hac vice*)
sbreedlove@carterarnett.com
Bradley D. Liddle (*pro hac vice*)
bliddle@carterarnett.com
Michael C. Pomeroy (*pro hac vice*)
mpomeroy@carterarnett.com
CARTER ARNETT BENNETT &
PEREZ PLLC
8150 N. Central Expy, Suite 500
Dallas, Texas 75206
214-550-8188 (Telephone)
214-550-8185 (Facsimile)

*Counsel for Plaintiff*
*LED Wafer Solutions LLC*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LED Wafer Solutions LLC,<br><br>        Plaintiff,<br><br>v.<br><br>Samsung Electronics Co., Ltd.,<br>Samsung Electronics America, Inc.,<br><br>        Defendants,<br><br>Seoul Semiconductor Co., Ltd.,<br><br>        Intervenor-Defendant. | Case No. 3:22-cv-04809-AMO<br><br>**CARTER ARNETT BENNETT &<br>PEREZ PLLC'S UNOPPOSED<br>MOTION TO WITHDRAW AND<br>REQUEST FOR REMOTE HEARING**<br><br>DATE: _____<br>TIME: _____ |

| | |
|---|---|
| 1 | PLEASE TAKE NOTICE that on _____, at ____ p.m. PT, or as soon as the matter may be heard in the Courtroom of the Honorable Araceli Martinez-Olguin at the United States District for the Northern District of California, San Francisco Courthouse, located at 450 Golden Gate Avenue, San Francisco, California 94102, Carter Arnett Bennett & Perez PLLC will move to withdraw as counsel for Plaintiff LED Wafer Solutions LLC in this matter.  The Parties hereby request that the Court set the hearing for Carter Arnett Bennett & Perez PLLC's Unopposed Motion to Withdraw to a remote hearing. |

PLEASE TAKE NOTICE that on _____, at ____ p.m. PT, or as soon as the matter may be heard in the Courtroom of the Honorable Araceli Martinez-Olguin at the United States District for the Northern District of California, San Francisco Courthouse, located at 450 Golden Gate Avenue, San Francisco, California 94102, Carter Arnett Bennett & Perez PLLC will move to withdraw as counsel for Plaintiff LED Wafer Solutions LLC in this matter.  The Parties hereby request that the Court set the hearing for Carter Arnett Bennett & Perez PLLC's Unopposed Motion to Withdraw to a remote hearing.

Pursuant to Local Rule 11-5, the attorneys at Carter Arnett Bennett & Perez PLLC provided notice of its intent to withdraw to LED Wafer Solutions LLC ("LWS"), in early May 2024 and since that time, the Firm has taken all reasonable steps to ensure no material prejudice results from the Firm's withdrawal. The Firm and all of its attorneys involved in this representation (collectively, the "Firm"), therefore, seek withdrawal from all LWS matters, including this action. Defendants Samsung Electronics Co., Ltd and Samsung Electronics America, Inc. and Intervenor-Defendant Seoul Semiconductor Co., Ltd. do not oppose the Firm's withdrawal.  LWS also does not oppose the Firm's withdrawal.  LWS is not prejudiced as it is represented by other counsel in this matter at the law firm of King & Wood Mallesons. Additionally, the case is currently stayed pending reexamination of the patents-in-suit.

The Firm therefore requests that the Court grant this motion and permit the Firm and all of its lawyers who have appeared in this matter to withdraw. The Firm seeks this relief not for purposes of delay, but to adhere the rules of professional conduct.

| | |
|---|---|
| Dated: July 19, 2024 | Respectfully Submitted,<br><br>*/s/ Bradley D. Liddle*<br>E. Leon Carter (*pro hac vice*)<br>lcarter@carterarnett.com<br>Scott W. Breedlove (*pro hac vice*)<br>sbreedlove@carterarnett.com<br>Bradley D. Liddle (*pro hac vice*)<br>bliddle@carterarnett.com<br>Michael C. Pomeroy (*pro hac vice*)<br>mpomeroy@carterarnett.com<br>CARTER ARNETT BENNETT & PEREZ PLLC<br>8150 N. Central Expy, Suite 500<br>Dallas, Texas 75206<br>214-550-8188 (Telephone)<br>214-550-8185 (Facsimile)<br><br>*Attorneys for Plaintiff*<br>*LED Wafer Solutions LLC* |

## CERTIFICATE OF CONFERENCE

I hereby certify that between May 3, 2024 and June 6, 2024, Carter Arnett Bennett & Perez PLLC conferred a few times with LED Wafer Solutions LLC about the relief sought in this motion. LED Wafer Solutions LLC does not oppose Carter Arnett Bennett & Perez PLLC's withdrawal from these actions. I also conferred with counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc.and Seoul Semiconductor Co., Ltd., on July 18, 2024, about the relief sought in this motion. Samsung and Seoul are also unopposed to this motion.

/s/ Bradley D. Liddle
Bradley D. Liddle

## CERTIFICATE OF SERVICE

The undersigned certifies that on July 19, 2024, a true and correct copy of the foregoing instrument was electronically filed with the Clerk of the Court by using the CM/ECF system, which shall send notification of such filing to all counsel of record at their email addresses on file with the Court.

/s/ Bradley D. Liddle
Bradley D. Liddle