1 | E. Leon Carter (*pro hac vice*)
lcarter@carterarnett.com
2 | Scott W. Breedlove (*pro hac vice*)
sbreedlove@carterarnett.com
3 | Bradley D. Liddle (*pro hac vice*)
bliddle@carterarnett.com
4 | Michael C. Pomeroy (*pro hac vice*)
mpomeroy@carterarnett.com
5 | CARTER ARNETT BENNETT &
PEREZ PLLC
6 | 8150 N. Central Expy, Suite 500
Dallas, Texas 75206
7 | 214-550-8188 (Telephone)
214-550-8185 (Facsimile)

*Counsel for Plaintiff*
*LED Wafer Solutions LLC*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LED Wafer Solutions LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Samsung Electronics Co., Ltd.,<br>Samsung Electronics America, Inc.,<br><br>　　　　Defendants,<br><br>Seoul Semiconductor Co., Ltd.,<br><br>　　　　Intervenor-Defendant. | Case No. 3:22-cv-04809-VC<br><br>**[PROPOSED] ORDER GRANTING**<br>**CARTER ARNETT BENNETT &**<br>**PEREZ PLLC'S UNOPPOSED**<br>**MOTION TO WITHDRAW AS**<br>**COUNSEL AND REQUEST FOR**<br>**REMOTE HEARING** |

PROPOSED ORDER GRANTING CARTER ARNETT BENNETT & PEREZ PLLC'S
UNOPPOSED MOTION TO WITHDRAW AS COUNSEL AND REQUEST FOR REMOTE HEARING

1

Pending before the Court is Plaintiff LED Wafer Solutions LLC's Unopposed Motion to Withdraw Carter Arnett Bennett & Perez PLLC and Request for Remote Hearing. Having reviewed the motion, the Court is of the opinion that the motion should be **GRANTED**.

IT IS FURTHER ORDERED that:

The Court set the hearing for Carter Arnett Bennett & Perez PLLC's Unopposed Motion to Withdraw for a zoom hearing on _____ at \_\_\_\_ ; and

That the Court permit Carter Arnett Bennett & Perez PLLC and all of its lawyers who have appeared in this matter to withdraw.

**IT IS SO ORDERED.**

PROPOSED ORDER GRANTING CARTER ARNETT BENNETT & PEREZ PLLC'S
UNOPPOSED MOTION TO WITHDRAW AS COUNSEL AND REQUEST FOR REMOTE HEARING

2