Jon A. Birmingham (Cal. Bar. No. 271034)
jbirmi@fitcheven.com
FITCH, EVEN, TABIN & FLANNERY LLP
20929 Ventura Boulevard, Suite 47403
Woodland Hills, CA 91364
Tel: (818) 650-1392
Fax: (312) 577-7007

Robert A. Whitman (*pro hac vice*)
rwhitman@fitcheven.com
Mark Stewart Raskin (*pro hac vice*)
mraskin@fitcheven.com
FITCH, EVEN, TABIN & FLANNERY LLP
120 South LaSalle Street, Suite 2100
Chicago, IL 60603
Tel: (312) 577-7000
Fax: (312) 577-7007

Yiren Yu (CA SBN 341245)
yiren.yu@us.kwm.com
KING & WOOD MALLESONS LLP
2500 Sand Hill Road, Suite 111
Menlo Park, CA 94025
Telephone: (650) 858-1285

Charles Wizenfeld (*pro hac vice*)
charles.wizenfeld@us.kwm.com
KING & WOOD MALLESONS LLP
500 Fifth Ave., 50th Floor
New York, New York 10110
Telephone: (212) 319-4755

*Counsel for Plaintiff LED Wafer Solutions LLC*

John M. Desmarais (CA SBN 320875)
DESMARAIS LLP
101 California Street
San Francisco, California 94111
Tel: (415) 573-1900
jdesmarais@desmaraisllp.com

Paul Bondor (*pro hac vice*)
Cosmin Maier (*pro hac vice*)
Taeg Sang Cho (*pro hac vice*)
DESMARAIS LLP
230 Park Avenue
New York, New York 10169
Tel: (212) 351-3400
pbondor@desmasraisllp.com
cmaier@desmaraisllp.com
tcho@desmaraisllp.com

*Counsel for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.*

Etai Lahav (*pro hac vice*)
Jonathan Auerbach (*pro hac vice*)
RADULESCU LLP
5 Penn. Plaza, 19th Floor
New York, NY 10001
Tel: (646) 502-5950
Fax: (646) 502-5959
etai@radip.com
jonathan@radip.com

*Counsel for Intervenor-Defendant Seoul Semiconductor Co., Ltd.*

*(additional counsel listed in signature block)*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LED Wafer Solutions LLC,<br><br>    Plaintiff,<br>  v.<br><br>Samsung Electronics Co., Ltd.,<br>Samsung Electronics America, Inc.,<br><br>    Defendants,<br><br>Seoul Semiconductor Co., Ltd.,<br><br>    Intervenor-Defendant. | Case No. 3:22-cv-04809-AMO<br><br>**STIPULATION REGARDING BRIEFING SCHEDULE & [PROPOSED] ORDER** |

Pursuant to the Court's instructions at the October 10, 2024 Case Management Conference (*see* Dkt. 231), the parties have met and conferred and respectfully submit this proposed briefing schedule for Plaintiff's potential motion for leave to file an amended complaint. Based on the Court's remarks at the CMC regarding discovery, Defendants do not intend to file a motion to stay discovery.

Accordingly, the parties jointly propose the following briefing schedule:

| Event | Date |
| --- | --- |
| Plaintiff's motion for leave to file a Second Amended Complaint | Tuesday, November 19, 2024 |
| Defendants' opposition to Plaintiff's motion for leave | Tuesday, December 10, 2024 *(21 days, includes intervening holiday)* |
| Plaintiff's reply in support of Plaintiff's motion for leave | Friday, December 20, 2024 *(10 days)* |
| Defendants' responsive pleadings or motions to dismiss, if any, as to the operative complaint[1] | 14 days after the Court grants or denies leave |

This proposed briefing schedule is in addition to the proposed dates in the parties' Joint Case Management Conference Statement (Dkt. 222).

---

[1] Defendants previously filed partial motions to dismiss the First Amended Complaint. (Dkts. 177, 178.) If leave to file a second amended complaint is denied, Defendants will re-file their motion(s) to dismiss as to the First Amended Complaint (Dkt. 172). If leave is granted, Defendants will answer or file motion(s) to dismiss as to the Second Amended Complaint.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: October 17, 2024 | /s/ Mark S. Raskin |
| 3 | | Jon A. Birmingham (Cal. Bar. No. 271034) |
| | | jbirmi@fitcheven.com |
| 4 | | FITCH, EVEN, TABIN & FLANNERY LLP |
| | | 20929 Ventura Boulevard, Suite 47403 |
| 5 | | Woodland Hills, CA 91364 |
| | | Tel: (818) 650-1392 |
| 6 | | Fax: (312) 577-7007 |

Dated: October 17, 2024        /s/ Mark S. Raskin

Jon A. Birmingham (Cal. Bar. No. 271034)
jbirmi@fitcheven.com
FITCH, EVEN, TABIN & FLANNERY LLP
20929 Ventura Boulevard, Suite 47403
Woodland Hills, CA 91364
Tel: (818) 650-1392
Fax: (312) 577-7007

Robert A. Whitman (pro hac vice)
rwhitman@fitcheven.com
Mark Stewart Raskin (pro hac vice)
mraskin@fitcheven.com
FITCH, EVEN, TABIN & FLANNERY LLP
120 South LaSalle Street, Suite 2100
Chicago, Illinois 60603
Tel: (312) 577-7000
Fax : (312) 577-7007

Yiren Yu (CA SBN 341245)
yiren.yu@us.kwm.com
KING & WOOD MALLESONS LLP
2500 Sand Hill Road, Suite 111
Menlo Park, CA 94025
Telephone: (650) 858-1285

Charles Wizenfeld (pro hac vice)
charles.wizenfeld@us.kwm.com
KING & WOOD MALLESONS LLP
500 Fifth Ave., 50th Floor
New York, New York 10110
Telephone: (212) 319-4755

*Counsel for Plaintiff LED Wafer Solutions LLC*

*/s/ Frederick J. Ding*
John M. Desmarais (CA SBN 320875)
DESMARAIS LLP
101 California Street
San Francisco, California 94111
Tel: (415) 573-1900
Fax: (415) 573-1901
jdesmarais@desmaraisllp.com

Paul Bondor*
Cosmin Maier*
Yung-Hoon Ha*
Taeg Sang Cho*
Benjamin N. Luehrs*
Frederick J. Ding*
Jordan Owens*
DESMARAIS LLP
230 Park Avenue
New York, New York 10169
Tel: (212) 351-3400
Fax: (212) 351-3401
cmaier@desmaraisllp.com
yha@desmaraisllp.com
tcho@desmaraisllp.com
bluehrs@desmaraisllp.com
fding@desmaraisllp.com
jowens@desmaraisllp.com

David J. Cho (CA SBN 319190)
DESMARAIS LLP
1899 Pennsylvania Avenue NW
Washington, D.C. 20006
Tel: (202) 451-4922
Fax: (202) 451-4901
dcho@desmaraisllp.com

*\* Pro hac vice*

*Counsel for Defendants*
*Samsung Electronics Co., Ltd. and*
*Samsung Electronics America, Inc.*

|   |   |
|---|---|
| 1 |  |
| 2 | /s/ *Jonathan Auerbach* |
|   | David C. Radulescu, Ph.D. (*pro hac vice*) |
| 3 | Etai Lahav (*pro hac vice*) |
|   | Jonathan Auerbach (*pro hac vice*) |
| 4 | RADULESCU LLP |
|   | 5 Penn. Plaza, 19th Floor |
| 5 | New York, NY 10001 |

/s/ *Jonathan Auerbach*
David C. Radulescu, Ph.D. (*pro hac vice*)
Etai Lahav (*pro hac vice*)
Jonathan Auerbach (*pro hac vice*)
RADULESCU LLP
5 Penn. Plaza, 19th Floor
New York, NY 10001
Telephone: 646-502-5950
Facsimile: 646-502-5959
david@radip.com
etai@radip.com
jonathan@radip.com

Kevin S. Kudlac (*pro hac vice*)
Radulescu LLP
501 Congress Avenue, Suite 150
Austin, TX 78701
Telephone: 512-656-5743
kevin@radip.com

Perry R. Clark
California Bar No. 197101
LAW OFFICES OF PERRY R. CLARK
825 San Antonio Road Suite 201
Palo Alto, CA 94303
Telephone: (650) 248-5817
perry@perryclarklaw.com

*Counsel for Intervenor-Defendant*
*Seoul Semiconductor Co., Ltd.*

STIPULATION REGARDING BRIEFING SCHEDULE & [PROPOSED] ORDER            5            Case No. 3:22-cv-04809-AMO

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| LED Wafer Solutions LLC, | Case No. 3:22-cv-04809-AMO |
|---|---|
| Plaintiff, | [PROPOSED] ORDER |
| v. | |
| Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., | |
| Defendants, | |
| Seoul Semiconductor Co., Ltd., | |
| Intervenor-Defendant. | |

The parties' proposed briefing schedule for Plaintiff's Motion for Leave to File a Second Amended Complaint is approved and the parties shall file their respective briefs as follows:

| Event | Date |
|---|---|
| Plaintiff to file motion for leave to file a Second Amended Complaint | Tuesday, November 19, 2024 |
| Defendants to file opposition to Plaintiff's motion for leave | Tuesday, December 10, 2024 |
| Plaintiff to file reply in support of Plaintiff's motion for leave | Friday, December 20, 2024 |
| Defendants to file responsive pleadings or motions to dismiss, if any, as to the operative complaint | 14 days after the Court grants or denies leave |

IT IS SO ORDERED.

Dated: October 17, 2024

_____
HONORABLE ARACELI MARTÍNEZ-OLGUÍN
UNITED STATES DISTRICT JUDGE

## **ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained from each of the other signatories. I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 17, 2024                              /s/ *Frederick J. Ding*
                                                                  Frederick J. Ding (*pro hac vice*)