# Exhibit 1

1   Jon A. Birmingham (Cal. Bar. No. 271034)
    jbirmi@fitcheven.com
2   FITCH, EVEN, TABIN & FLANNERY LLP
    20929 Ventura Boulevard, Suite 47403
3   Woodland Hills, CA 91364
    Tel: (818) 650-1392
4   Fax: (312) 577-7007

5
    Mark S. Raskin (admitted *pro hac vice*)
6   mraskin@fitcheven.com
    Robert A. Whitman (admitted *pro hac vice*)
7   rwhitman@fitcheven.com
    FITCH, EVEN, TABIN & FLANNERY LLP
8   120 South LaSalle Street, Suite 2100
    Chicago, IL 60603
9   Telephone: (312) 577-7000

10
11  Karen J. Wang (Cal. Bar No. 255391)
    kwang@fitcheven.com
12  FITCH, EVEN, TABIN & FLANNERY LLP
    12707 High Bluff Drive, Suite 330
13  San Diego, CA 92130
    Telephone: (858) 552-1311
14

15  *Attorneys for Plaintiff*
    *LED Wafer Solutions LLC*
16

17                **UNITED STATES DISTRICT COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**
18

19  LED Wafer Solutions LLC,                    Case No. 3:22-cv-04809-AMO

20                        Plaintiff,
                                                **[PROPOSED] SECOND AMENDED**
21  v.                                          **COMPLAINT FOR PATENT INFRINGEMENT**

22  Samsung Electronics Co., Ltd.,
23  Samsung Electronics America, Inc.,

24                        Defendants,

25  Seoul Semiconductor Co., Ltd.,
26
27                        Intervenor-Defendant.

28

LED Wafer Solutions LLC ("LED Wafer" or "Plaintiff"), by and through its attorneys, for its Second Amended Complaint for patent infringement against Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. ("Samsung") and Seoul Semiconductor Co., Ltd. ("Seoul Semiconductor") (collectively "Defendants") and demanding trial by jury, hereby alleges, on information and belief with regard to the actions of Defendants and on knowledge with regard to its own actions, as follows:

## I.  NATURE OF THE ACTION

1.      This is an action for patent infringement arising under the patent laws of the United States, 35 U.S.C. §§ 271, *et seq.*, to enjoin and obtain damages resulting from Defendants' unauthorized use, sale, and offer to sell in the United States, and importation into the United States, of products, methods, processes, services and/or systems that infringe Plaintiff's United States patents, as described herein.

2.      Defendants, individually and collectively as a single business entity or partnership, manufacture, provide, use, sell, offer for sale, import, and/or distribute infringing products and services, and encourages others to use their products and services in an infringing manner, as set forth herein.

3.      Plaintiff seeks past and future damages and prejudgment and post-judgment interest for Defendants' infringement of the Asserted Patents, as defined below.

## II.  PARTIES

4.      Plaintiff LED Wafer is a limited liability company organized and existing under the law of the State of Delaware, with its principal place of business located at 7215 Bosque Blvd., Suite 156, Waco, TX 76710.

5.      LED Wafer is the owner of the entire right, title, and interest of the Asserted Patents, as defined below.

6.      On information and belief, Defendant Samsung Electronics Co., Ltd. is a Korean corporation with its principal place of business at 129 Samsung-Ro Yeongtong-gu, Gyeonggi-do 16677 Suwon-Shi, Republic of Korea. Samsung Electronics Co., Ltd. may be served pursuant to FED. R. CIV. P. 4(f)(1).

7.      On information and belief, Defendant Samsung Electronics America, Inc. is a New York corporation with its principal place of business at 85 Challenger Rd., Ridgefield Park, New Jersey 97660.

1    Samsung Electronics America, Inc. is a wholly-owned subsidiary of Samsung Electronics Co., Ltd.

2    Samsung Electronics America, Inc. may be served through its counsel of record.

3        8.    On information and belief, Samsung Electronics America, Inc. is registered to do business

4    in the State of California and has been since at least April 13, 1979.

5        9.    On information and belief, Intervenor-Defendant Seoul Semiconductor Co., Ltd. is a

6    Korean company with its principal place of business at 97-11, Sandan-ro 163beon-gil, Danwon-gu,

7    Ansan-si, Gyeonggi-do, Republic of Korea. Seoul Semiconductor Co., Ltd. may be served through its

8    counsel of record.

9        10.    Intervenor-Defendant Seoul Semiconductor Co. Ltd ("Seoul Semiconductor") is a supplier

10    for Defendant Samsung. Based on Seoul Semiconductor's own pleadings, Seoul Semiconductor

11    establishes itself as a "true defendant to LED Wafer's claims as it manufactures LED components accused

12    of infringement." Dkt. 23 at 6. Seoul Semiconductor has agreed to indemnify Samsung against certain

13    claims of patent infringement asserted against Samsung's products. Dkt. 23 at 7.

14        11.    On information and belief, Seoul Semiconductor acts as a third-party LED supplier to

15    Samsung for many of the Accused Products, including accused Samsung phones.

16    **III. JURISDICTION AND VENUE**

17        12.    This is an action for patent infringement that arises under the patent laws of the United

18    States, in particular, 35 U.S.C. §§ 271, 281, 283, 284, and 285.

19        13.    This Court has exclusive jurisdiction over the subject matter of this action under 28 U.S.C.

20    §§ 1331 and 1338(a).

21        14.    This Court has personal jurisdiction over Samsung Electronics Co., Ltd. in this action

22    because Samsung Electronics Co., Ltd. has committed acts within the Northern District of California

23    giving rise to this action and has established minimum contacts with this forum such that the exercise of

24    jurisdiction over Samsung Electronics Co., Ltd. would not offend traditional notions of fair play and

25    substantial justice. Samsung Electronics Co., Ltd., directly and/or through subsidiaries or intermediaries

26    (including distributors, retailers, and others), has committed and continues to commit acts of infringement

27    in this District by, among other things, offering to sell and selling products and/or services that infringe

28

1  the Asserted Patents. Moreover, Samsung Electronics Co., Ltd. actively directs its activities to customers
2  located in the State of California.

3       15.    This Court has personal jurisdiction over Samsung Electronics America, Inc. in this action
4  because Samsung Electronics America, Inc. has committed acts within the Northern District of California
5  giving rise to this action and has established minimum contacts with this forum such that the exercise of
6  jurisdiction over Samsung Electronics America, Inc. would not offend traditional notions of fair play and
7  substantial justice. Samsung Electronics America, Inc., directly and/or through subsidiaries or
8  intermediaries (including distributors, retailers, and others), has committed and continues to commit acts
9  of infringement in this District by, among other things, offering to sell and selling products and/or services
10  that infringe the Asserted Patents. Moreover, Samsung Electronics America, Inc. is registered to do
11  business in the State of California, has offices and facilities in the State of California, and actively directs
12  its activities to customers located in the State of California.

13       16.    This Court has personal jurisdiction over Seoul Semiconductor Co., Ltd. in this action
14  because Seoul Semiconductor Co., Ltd. has consented to personal jurisdiction such that the exercise of
15  jurisdiction over Seoul Semiconductor Co., Ltd would not offend traditional notions of fair play and
16  substantial justice.

17       17.    Venue is proper in this District under 28 U.S.C. §§ 1391(b)-(d) and 1400(b) for all
18  Defendants. Samsung Electronics Co., Ltd. is a foreign corporation not residing in the United States.
19  Defendant Seoul Semiconductor Co., Ltd. is a foreign corporation not residing in the United States. Upon
20  information and belief, Samsung Electronics Co., Ltd. has transacted business in the Northern District of
21  California and has committed acts of direct and indirect infringement in the Northern District of California.
22  Samsung Electronics America, Inc. is registered to do business in the State of California, has offices in
23  the State of California, and upon information and belief, has transacted business in the Northern District
24  of California and has committed acts of direct and indirect infringement in the Northern District of
25  California. Samsung Electronics America, Inc. maintains a regular and established place of business in
26  the Northern District of California, including an office located at 645 Clyde Avenue, Mountain View,
27  California.

28

## IV.  COUNTS OF PATENT INFRINGEMENT

18.    Plaintiff alleges that Defendants have infringed and continue to infringe the following United States patents (collectively, the "Asserted Patents"):

United States Patent No. 8,941,137 (the "'137 Patent") (Exhibit A)

United States Patent No. 8,952,405 (the "'405 Patent") (Exhibit B)

United States Patent No. 9,786,822 (the "'822 Patent") (Exhibit C)

### COUNT ONE

### INFRINGEMENT OF U.S. PATENT 8,941,137

19.    Plaintiff incorporates by reference the allegations in all preceding paragraphs as if fully set forth herein.

20.    The '137 Patent, entitled "LIGHT EMITTING DIODE PACKAGE AND METHOD OF MANUFACTURE," was filed on March 6, 2012, claims priority to a provisional application filed on March 6, 2011, and issued on January 27, 2015.

21.    Plaintiff is the assignee and owner of all rights, title, and interest to the '137 Patent, including the right to recover for past infringements, and has the legal right to enforce the patent, sue for infringement, and seek equitable relief and damages.

### Technical Description

22.    The '137 Patent claims a "light emitting diode (LED) device and packaging . . . manufactured using a vertical configuration including a plurality of layers." '137 Patent, abstract. LEDs "compare favorably to other sources of light and are especially useful in certain applications and markets [by providing] advantages with respect to energy efficiency, compact, rugged long-lasting design and form factor, as well as other advantages." '137 Patent, 1:27-39. Prior art and "conventional LED devices [however] can be relatively costly to manufacture by some metrics when compared to other light sources. One reason for this is the exacting packaging requirements for manufacturing LEDs. [C]onventional techniques require the use of a carrier substrate to support the LED, which can double the cost of making and packaging the LED device. In addition, the carrier substrate greatly increases the thermal resistivity

of the device and adversely affects its heat removal characteristics. Accordingly, there is a need for LED devices that do not suffer from [these] problems." '137 Patent, 1:27-62.

23.    The '137 Patent provides a technical solution to prior art problems by providing a LED having a plurality of layers. "Certain layers act to promote mechanical, electrical, thermal, or optical characteristics of the device. The device avoids design problems, including manufacturing complexities, costs and heat dissipation problems found in conventional LEDs." '137 Patent, 2:2-10. The layers may include "a semiconductor LED including doped and intrinsic regions thereof; a conducting carrier layer disposed proximal to a first surface of said semiconductor LED and separated therefrom by a metallic interface; an optically permissive layer proximal to a second surface of said semiconductor LED, said first and second surfaces of said semiconductor LED being on opposing faces thereof, an optically definable material proximal to or within said optically permissive layer that affects an optical characteristic of emitted light passing therethrough; and an optically permissive cover substrate covering at least a portion of the above components." '137 Patent, 2:12-24.

## Direct Infringement

24.    Defendants, individually or collectively as a joint enterprise or partnership and without authorization or license from Plaintiff, have been and are directly infringing the '137 Patent, either literally or equivalently, as infringement is defined by 35 U.S.C. § 271, including through making, using (including for testing purposes), importing, selling, and offering for sale products that infringe one or more claims of the '137 Patent. Defendants, individually or collectively as a joint enterprise or partnership, develop, design, manufacture, sell, and distribute products that infringe one or more claims of the '137 Patent. In some instances, Seoul Semiconductor supplies flash LEDs to Samsung that are incorporated into one of the '137 Accused Products and these flash LEDs provide infringing functionality or structure in that product. Defendants further provide services that practice methods that infringe one or more claims of the '137 Patent. Defendants are thus liable for direct infringement pursuant to 35 U.S.C. § 271. Exemplary infringing products include, but are not limited to, the Samsung Galaxy S22 and S24 mobile phones, and other Samsung mobile phones that include a flash LED.

25.     Plaintiff names these exemplary infringing products to serve as notice of Defendants' infringing acts, but Plaintiff reserves the right to name additional infringing products, known to or learned by Plaintiff or revealed during discovery, and include them in the definition of '137 Accused Products.

26.     Plaintiff names '137 patent claim 1 below as an exemplary infringed claim to serve as notice of Defendants' infringing acts, but Plaintiff reserves the right to name additional claims.  On information and belief, the exemplary Galaxy S22 and S24 products infringe the majority of the '137 patent claims, including the majority of the claims that were added during the recent reexamination.

27.     Defendants are liable for direct infringement pursuant to 35 U.S.C. § 271 for the manufacture, sale, use, offer for sale, importation, or distribution of the Samsung Galaxy S22 and S24 mobile phones.

28.     The Samsung Galaxy S22 mobile phone has a flash LED that is a non-limiting example of a LED that meets all limitations of claim 1 of the '137 Patent, either literally or equivalently.

29.     The Samsung Galaxy S22 has a light emitting device (LED) that serves as a flash for the camera, as well as a light source for various applications:



**Source:** Samsung Galaxy S22 Teardown ("S22 Teardown")[1]

30.     The Samsung Galaxy S22's LED is a semiconductor LED including doped and intrinsic regions. The semiconductor LED is a doped GaN LED. The LED has a positively doped region, a

---

[1] *See* Plaintiff's Disclosure of Asserted Claims and Infringement Contentions served on Defendants on November 23, 2022.

negatively doped region, and an intrinsic region between the positively doped region and the negatively doped region. The intrinsic region lies between the two doped regions:



**Source:** Samsung Galaxy S22 Teardown

31.    The Samsung Galaxy S22's LED has a conducting support layer of no more than 50 microns in thickness disposed proximal to a first surface of the semiconductor LED and separated therefrom by a metallic interface with no additional intervening layers. The conducting support layer is at the electrode. At the electrode, the conducting support layer is right next to the silver metallic interface, which both conduct electricity and reflect any photons towards the phosphor doped layer. There is a conducting support layer of less than 50 microns thick made up of various metals, including copper (Cu), next to a first surface of the semiconductor LED. There is also a metallic interface comprised of silver (Ag).



**Source:** Samsung Galaxy S22 Teardown



**Source:** Samsung Galaxy S22 Teardown

32.     The Samsung Galaxy S22's LED has an optically permissive layer proximal to a second surface of the semiconductor LED, the first and second surfaces of the semiconductor LED being on opposing faces thereof. There is an optically permissive layer of yellow phosphorus on top of the semiconductor LED:



**Source:** Samsung Galaxy S22 Teardown

33.     The optically permissive layer is on the opposing side of the LED from the conducting support layer. When the optically permissive layer is removed, the surface of the LED is exposed:



**Source:** Samsung Galaxy S22 Teardown

34.    The Samsung Galaxy S22's LED has an optically definable material proximal to or within the optically permissive layer that affects an optical characteristic of emitted light passing therethrough. The optically definable material is yellow phosphor contained within the yellow portion covering the LED, which changes the blue light emitted from the LED into white light:



**Source:** Samsung Galaxy S22 Teardown

35.    The Samsung Galaxy S22's LED has an optically permissive flat cover substrate covering at least a portion of the above components. There is a transparent cover substrate comprises silicon that was removed to reveal the yellow layer doped with phosphorus. The flash LED is protected by an optically transparent cover substrate, as shown:



**Source:** Samsung Galaxy S22 Teardown

36.    The Samsung Galaxy S22's LED has a metal pad between the semiconductor LED and the optically permissive layer:

Plaintiff's Second Amended Complaint                    Case No. 3:22-cv-04809-AMO
For Patent Infringement                    10



**Source:** Samsung Galaxy S22 Teardown

37.     The first surface of the Samsung Galaxy S22's LED, the metallic interface and the conducting support layer are all electrically coupled to one another:

**Source:** Samsung Galaxy S22 Teardown

38.    The Samsung Galaxy S24 mobile phone has a flash LED that is another non-limiting example of a LED that meets all limitations of claim 1 of the '137 Patent, either literally or equivalently.

39.    The Samsung Galaxy S24 has a light emitting device (LED) that serves as a flash for the camera, as well as a light source for various applications. Like the Galaxy S22 flash LED, the Galaxy S24 flash LED is another example of the Samsung flip-chip LED structure, which are all similar:



**Source:** Samsung Galaxy S24 Teardown

40.    The Samsung Galaxy S24's LED, like the Galaxy S22 LED, is a semiconductor LED that includes doped and intrinsic regions. The semiconductor LED is a doped GaN LED. The LED has a positively doped region, a negatively doped region, and an intrinsic region between the positively doped region and the negatively doped region. The intrinsic region lies between the two doped regions:

**Source:** Samsung Galaxy S24 Teardown

41.    The Samsung Galaxy S24's LED, like the Galaxy S22's LED, has a conducting support layer of no more than 50 microns in thickness disposed proximal to a first surface of the semiconductor LED and separated therefrom by a metallic interface with no additional intervening layers. The conducting support layer is at the electrode. At the electrode, the conducting support layer is right next to the silver metallic interface, which both conduct electricity and reflect any photons towards the phosphor doped layer. There is a conducting support layer of less than 50 microns thick made up of various metals, including copper (Cu), next to a first surface of the semiconductor LED. There is also a metallic interface comprised of silver (Ag).



Magnified cross-section image of via feature

**Source:** Samsung Galaxy S24 Teardown



**Source:** Samsung Galaxy S24 Teardown, elemental analysis anode region

42.     The Samsung Galaxy S24's LED, like the Galaxy's S22's LED, has an optically permissive layer proximal to a second surface of the semiconductor LED, the first and second surfaces of the semiconductor LED being on opposing faces thereof. There is an optically permissive layer of yellow phosphorus on top of the semiconductor LED:



**Source:** Samsung Galaxy S24 Teardown

43.    The Samsung Galaxy S24 optically permissive layer is on the opposing side of the LED from the conducting support layer, like the Galaxy S22. When the optically permissive layer is removed, the surface of the LED is exposed:



**Source:** Samsung Galaxy S24 Teardown

44.    The Samsung Galaxy S24's LED, like the Galaxy S22's LED, has an optically definable material proximal to or within the optically permissive layer that affects an optical characteristic of emitted light passing therethrough. The optically definable material is yellow phosphor contained within the yellow portion covering the LED, which changes the blue light emitted from the LED into white light:

1

2

3

4

5

6

7

8

9



**Source:** Samsung Galaxy S24 Teardown

10    45.    The Samsung Galaxy S24's LED, like the Galaxy S22's LED, has an optically permissive

11   flat cover substrate covering at least a portion of the above components. The flash LED is protected by an

12   optically transparent cover substrate, as shown:

13

14

15

16    

17

18

19

20

**Source:** Samsung Galaxy S24 Teardown

21    46.    The Samsung Galaxy S24's LED, like the Galaxy S22's LED, has a metal pad between the

22   semiconductor LED and the optically permissive layer:

23

24

25

26

27

28



**Source:** Samsung Galaxy S24 Teardown

47.     The first surface of the Samsung Galaxy S24's LED, the metallic interface and the conducting support layer are all electrically coupled to one another, like the Samsung Galaxy S22 LED:





Magnified cross-section image of via feature

**Source:** Samsung Galaxy S24 Teardown

**Source:** Samsung Galaxy S24 Teardown, elemental analysis anode region

### **Willful Infringement**

48.     Upon information and belief, Defendants have had actual knowledge (or should have been aware) of the '137 Patent and Defendants' infringement thereof since at least the issuance of the '137 Patent on January 27, 2015.

49.     Starting as early as 2013, Viagan (the previous owner of the Asserted Patents prior to their assignment to LED Wafer Solutions LLC) had a series of meetings and discussions with Samsung regarding Viagan's LED technology. On April 12, 2013, representatives of Viagan—including Mordehai Margalit, the inventor of the Asserted Patents and the CEO/Founder of Viagan—met with representatives of Samsung at Samsung's Kiheung Campus in South Korea. This meeting was arranged by Viagan and Samsung for the purpose of exploring a potential business partnership between Viagan and Samsung and exploring Samsung's potential use or adoption of Viagan's LED technology. At this meeting, and in other related discussions, Viagan presented its proprietary LED technology to Samsung, including to technical personnel such as Peter JH Lee, a senior researcher at Samsung. Also at this meeting, and in other related discussions, Viagan informed Samsung that Viagan had pending patent applications covering Viagan's LED technology and specifically identified the application from which the '137 Patent issued, i.e. Application No. 13/413,407 filed on March 6, 2012, as one such application covering the proprietary LED technology that Viagan was discussing with Samsung. The U.S. patent office had previously published the then-pending '137 patent application on November 15, 2012 as publication no. US2012/0286311.

50.    According to Section 1.56 of Title 37 of the Code of Federal Regulations:

Each individual associated with the filing and prosecution of a patent application has a duty of candor and good faith in dealing with the Office, which includes a duty to disclose to the Office all information known to that individual to be material to patentability as defined in this section. . . . There is no duty to submit information which is not material to the patentability of any existing claim. The duty to disclose all information known to be material to patentability is deemed to be satisfied if all information known to be material to patentability of any claim issued in a patent was cited by the Office or submitted to the Office in the manner prescribed by §§ 1.97(b)-(d) and 1.98 [which are the sections directed to the filing of an Information Disclosure Statement]. . . .

37 C.F.R. § 1.56(a).

51.    In February 2016, Samsung filed an Information Disclosure Statement in the prosecution of one its pending patent applications (U.S. Patent Application No. 14/987,410), expressly identifying U.S. Patent Application Publication No. US2012/0286311 (*i.e.*, the publication of the application that matured into the '137 and '822 patents (the '822 patent being a continuation of the application that matured into the '137 patent)).  Samsung believed Viagan's US2012/0286311 publication was material to the patentability of its pending patent application.

52.    By February 2016, Samsung had personal knowledge of the patent application that would ultimately issue as the '137 and '822 patents, and knowledge of its relevance to LEDs in general, and Samsung's LEDs in particular.

53.    Ultimately, Viagan and Samsung did not reach an agreement on a business partnership. Samsung nonetheless used Viagan's LED technology discussed at the meetings and disclosed in Application No. 13/413,407 in Samsung's products. On information and belief, Samsung did not engage in these discussions with Viagan in good faith. Instead Samsung intended to use the discussions as a pretense to learn more about Viagan's proprietary LED technology, including the technology disclosed in Application No. 13/413,407 and claimed by the '137 Patent. Samsung then knowingly and intentionally incorporated Viagan's LED technology, including that disclosed in Application No. 13/413,407, into its products, despite having actual knowledge of Application No. 13/413,407, and later the '137 Patent.

54.    In 2015, two years after meeting with Viagan's representatives and being taught of Viagan's LED technology, Samsung released "flip-chip" LED products, which Samsung also refers to alternatively as its "TF" LED chip technology. Samsung's flip-chip LED products / TF LED chip

1    technology bears a striking resemblance to Viagan's technology, which is no coincidence. Samsung's

2    May 4, 2015 world-wide press release announcing new flip-chip LED products proclaimed the new

3    structure "allow[ed] the LED chip to have the shortest distance from the junction to the base of the

4    package, and eliminate[d] the need for metal wire bonding in the packaging process. The changes enable

5    much lower heat resistance compared to conventional epi-up chip technology…." All of these features,

6    however, were features and benefits of Viagan's LED technology, as disclosed and patented in the '137

7    Patent and patented application, and as Viagan disclosed to and taught Samsung at the meetings years

8    earlier. The Samsung Galaxy S22 and S24 flash LEDs are examples of Samsung's flip-chip LED products,

9    which Samsung based on Viagan's technology.

10        55.    Samsung published an article explaining its flip-chip LED technology. It incorporated a

11   high-level drawing of its flip-chip, which is remarkably similar to a drawing of Viagan's flip-chip

12   technology dated November 2012 and that Viagan had provided to Samsung in 2013. Samsung's figures

13   show that it adopted from Viagan, among other things, a flipped LED, recessed electrode to the n-doped

14   region of GaN, metallization to the p-doped regions, an apparent intrinsic region between the p- and n-

15   doped regions, passivation, and an upper phosphor layer. Again, this is no coincidence.





| **Source:** Viagan Presentation to Samsung (Production No. Samsung-LWS00109334) | **Source:** "Samsung Flip Chip Technology" https://led.samsung.com/insights/insights-detail-2/ |

16        56.    On information and belief, based on their past meetings and discussions with Viagan and

25   the prior identification of Application No. 13/413,407, Samsung had actual knowledge of the '137 patent

26   application when it was pending, had actually knowledge of the published patent application

27   US2012/0286311 when it was published, and had actually knowledge of the '137 Patent upon its issuance.

Alternatively, at the latest, Samsung had actual knowledge of the '137 Patent upon its receipt of Plaintiff's Original Complaint. Since Samsung requested reexamination of the '137 Patent (as explained further below), it had actual knowledge of the Reexamination Certificate when it issued. Yet, Samsung did not and has not taken any steps to design around or otherwise avoid infringing the '137 Patent, either upon the issuance of the '137 Patent, its receipt of Plaintiff's Original Complaint, and/or upon issuance of the Reexamination Certificate. Samsung knowingly incorporated the technology disclosed in Application No. 13/413,407, and that Viagan had previously discussed with Samsung, into its products and did not take any remedial steps to avoid infringement upon issuance of the '137 Patent. Further, Samsung has continued to release new products containing the technology disclosed in and claimed by the '137 Patent.

57.     Despite Samsung's actual knowledge of the '137 Patent upon its issuance and Samsung's actual knowledge of Application No. 13/413,407 since as early as 2013, Samsung has continued to act recklessly and continues to willfully, wantonly, and deliberately infringe the '137 Patent. Samsung's bad faith intent concerning the discussions with Viagan and its subsequent and continued intentional infringement of the '137 Patent in these circumstances constitutes egregious conduct.

58.     Starting as early as April 2013, Viagan (the previous owner of the Asserted Patents prior to their assignment to LED Wafer Solutions LLC) had a series of meetings and discussions with Seoul Semiconductor regarding Viagan's LED technology. Representatives of Viagan had discussions with representatives of Seoul Semiconductor for the purpose of exploring a potential business partnership between Viagan and Seoul Semiconductor and exploring Seoul Semiconductor's potential use or adoption of Viagan's LED technology. At this meeting, and in other related discussions, Viagan presented its proprietary LED technology to Seoul Semiconductor, including to technical personnel such as Eunee Chun, an employee of Seoul Semiconductor. During these discussions, Viagan informed Seoul Semiconductor that Viagan had pending patent applications covering Viagan's LED technology and specifically identified the application from which the '137 Patent issued, i.e. Application No. 13/413,407 filed on March 6, 2012, as one such application covering the proprietary LED technology that Viagan was discussing with Seoul Semiconductor. The U.S. Patent Office had previously published the then-pending '137 patent application on November 15, 2012 as publication no. US2012/0286311.

59.    On information and belief, due in part to these past discussions, Seoul Semiconductor has had actual knowledge of the '137 patent application when it was pending, had actually knowledge of the published patent application US2012/0286311 when it was published, and had actually knowledge of the '137 Patent since its issuance, or at the latest, since its receipt or review of Plaintiff's Original Complaint. Since Seoul Semiconductor requested reexamination of the '137 Patent (as explained further below), it had actual knowledge of the Reexamination Certificate when it issued. Yet Seoul Semiconductor did not and has not taken any steps to design around or otherwise avoid infringing the '137 Patent, either upon the issuance of the '137 Patent, its receipt of Plaintiff's Original Complaint and/or upon the issuance of the Reexamination Certificate. Seoul Semiconductor knowingly incorporated the technology disclosed in Application No. 13/413,407, and that Viagan had previously discussed with Seoul Semiconductor, into its products and did not take any remedial steps to avoid infringement upon issuance of the '137 Patent. Further, Seoul Semiconductor has continued to release new products containing the technology disclosed in and claimed by the '137 Patent.

60.    Furthermore, on information and belief, as a supplier to Samsung in 2013, Seoul Semiconductor relayed information about Viagan's proprietary LED technology and pending patent applications to Samsung, thereby providing Samsung with further knowledge of Application No. 13/413,407 and the '137 Patent.

61.    The validity of the '137 Patent has been repeatedly confirmed. In November 2021, Defendants each filed different petitions for *inter partes* review of the '137 Patent. *See* IPR2021-01506 and IPR2021-01504. The Patent Trial and Appeal Board denied institution of both of Defendants' petitions for *inter partes* review. In both *inter partes* review proceedings, the Petitioners—who are the Defendants in this litigation—cited numerous prior art references, to attempt to establish that claims of the '137 Patent, including the asserted claims, were invalid. Yet, in both cases, the PTAB denied institution, finding that the Petitioners/Defendants had failed to establish a "reasonable likelihood" that any claim of the '137 Patent was invalid.

62.    Facing the Patent Trial and Appeal Board's denial of Defendants' IPR petitions, Defendants filed requests for *ex-parte* reexamination of the '137 Patent, hoping that the United States

1    Patent and Trademark Office's lower threshold and lower evidentiary standards would result in a more

2    favorable outcome including, for example, a substantial new question of patentability rather than

3    reasonable likelihood of invalidity, broadest reasonable interpretation, and no presumed validity. *See*

4    Reexamination Requests 90/015,092 (filed by Defendant Seoul Semiconductor) and 90/015,161(filed by

5    Samsung). The United States Patent and Trademark Office granted Defendants' requests for *ex parte*

6    reexamination of the '137 Patent. Over 200 references were cited during the reexamination and considered

7    by the patent examiner. After thorough review, the United States Patent and Trademark Office concluded

8    that all of the claims that Plaintiff LED Wafer Solutions had previously expressly asserted against

9    Defendants in this litigation were patentable, concluding, "The patentability of claims 1-8 is confirmed."[2]

10   In addition, the United States Patent and Trademark Office determined after thorough review that 99 new

11   claims presented by LED Wafer Solutions during the reexamination were also patentable, and allowed

12   those to be issued with its publication of the Ex Parte Reexamination Certificate. *See* Ex Parte

13   Reexamination Certificate for U.S. Patent No. 8,941,137, which is attached hereto as Exhibit D.

14       63.    Because (i) the PTAB rejected two extensive IPR invalidity challenges to the '137 Patent,

15   (ii) the United States Patent and Trademark Office expressly confirmed that all '137 claims previously

16   asserted by Led Wafer Solutions LLC were patentable in reexamination proceedings, and (iii) the United

17   States Patent and Trademark Office granted an additional 99 claims in the '137 Patent, Defendants cannot

18   reasonably believe that they have a viable invalidity defense. Yet Defendants continue to make, use, sell,

19   offer for sale, and import into the United States products that Defendants know infringe the '137 Patent,

20   including but not limited to the Galaxy S22 and S24 mobile phones – without any authority or basis to do

21   so, let alone a reasonable basis. Further, to this day, Defendants continue to instruct their customers as to

22   the use of the infringing LED flash on the Galaxy S22 and S24, thus knowingly inducing their customers

23   to infringe the '137 Patent on a daily basis (as explained further below). Defendants' decision to persist

24   in known, clearly-infringing conduct, despite the lack of any viable invalidity defense, is further evidence

25   of "egregiousness."

26

27

28
_____
[2] *See* Plaintiff's Disclosure of Asserted Claims and Infringement Contentions served on Defendants on November 23, 2022.

64. Although Samsung has incorporated Viagan's patented technology as set forth in this Complaint, Samsung has no license to use the technology described in Viagan's technical materials and claimed and disclosed in the '137 Patent, which has now been assigned to LED Wafer Solutions LLC.

65. Defendants' risk of infringement of the Asserted Patents was either known or was so obvious that it should have been known to Defendants.

66. Notwithstanding this knowledge, Defendants have knowingly or with reckless disregard willfully infringed the '137 Patent. Defendants have had actual notice of the '137 Patent and infringement thereof and acted despite an objectively high likelihood that their actions constituted infringement of Plaintiff's valid patent rights, either literally or equivalently. Samsung's willful blindness and continued infringing conduct has been egregious.

67. For at least the foregoing reasons, Defendants' conduct has been and continues to be willful and egregious and Plaintiff seeks enhanced damages pursuant to 35 U.S.C. §§ 284 and 285.

**Indirect, Induced Infringement**

68. Plaintiff incorporates by reference the allegations in the preceding paragraphs as if fully set forth herein as to Defendants' knowledge of the '137 Patent.

69. Defendants have induced and are knowingly inducing their distributors, testers, trainers, customers, and/or end-users to directly infringe the '137 Patent, with the specific intent to induce acts constituting infringement, and knowing that the induced acts constitute patent infringement, either literally or equivalently.

70. Defendants' indirect infringement includes, for example, providing data sheets, technical guides, demonstrations, software and hardware specifications, installation guides, and other forms of support that induce their customers and/or end-users to directly infringe the '137 Patent.

71. Defendants' indirect infringement additionally includes marketing their products for import by their customers into the United States. Defendants' indirect infringement further includes providing product specifications instructing its customers on infringing uses of the accused products. The '137 Accused Products are designed in such a way that when they are used for their intended purpose, the user infringes the '137 Patent, either literally or equivalently. Defendants know and intend that customers

who purchase the '137 Accused Products will use those products for their intended purpose. For example, Defendant's United States website, https://www.samsung.com, instructs customers to use the '137 Accused Products in numerous infringing applications. Defendants' customers directly infringe the '137 patent when they follow Defendant's provided instructions, including by using and importing the structure claimed in the '137 Patent. Defendants specifically intend that their customers, such as United States distributors, retailers and consumer product companies, will import, use, and sell infringing products in the United States to serve and develop the United States market for Defendants' infringing products.

72.    Defendant's website instructs customers and/or end-users to "use the flashlight on your Galaxy phone." *See* https://www.samsung.com/us/support/answer/ANS00084162/. The S22 and S24 are Galaxy phones.



73.    Defendant's website instructs customers and/or end-users to use the "flashlight feature [that] uses the phone's camera LED as a bright light that can illuminate the area around you." *See* https://www.samsung.com/us/support/answer/ANS00084162/;    *see    also* https://www.samsung.com/us/support/answer/ANS10003351/.



74.     Defendant's website instructs customers and/or end-users to adjust the brightness of the phone's          camera          LED          when          using          it          as          a          flashlight. https://www.samsung.com/us/support/answer/ANS00084162/;          *see*          *also* https://www.samsung.com/us/support/answer/ANS10003351/.

75.     Defendants know a third party that follows their instructions directly infringes claims of the '137 Patent via at least the use of the structure claimed in the '137 patent, including by Defendants' customers who follow Defendants' provided instructions.

76.     Defendants thus actively induce the direct infringement of third parties, constituting infringement of claims of the '137 Patent by Defendants under 35 U.S.C. § 271(b).

77.     As a result of Defendants' infringement, Plaintiff has suffered monetary damages, and is entitled to an award of damages adequate to compensate it for such infringement which, by law, can be

no less than a reasonable royalty, together with interest and costs as fixed by this Court under 35 U.S.C. § 284.

## COUNT TWO

### INFRINGEMENT OF U.S. PATENT 8,952,405

78.    Plaintiff incorporates by reference the allegations in all preceding paragraphs as if fully set forth herein.

79.    The '405 Patent, entitled "LIGHT EMITTING DIODE PACKAGE AND METHOD OF MANUFACTURE," was filed on March 6, 2012, claims priority to a provisional application filed on March 6, 2011, and issued on February 10, 2015.

80.    Plaintiff is the assignee and owner of all rights, title, and interest to the '405 Patent, including the right to recover for past infringements, and has the legal right to enforce the patent, sue for infringement, and seek equitable relief and damages.

81.    Samsung and Seoul Semiconductor filed petitions for *inter partes* review of the '405 Patent. *See* IPR2021-01526 and IPR2021-01504, respectively. The Patent Trial and Appeal Board denied institution of Samsung's and Seoul Semiconductor's petitions for *inter partes* review. Samsung then filed a request for *ex parte* reexamination of the '405 Patent pursuant to the lower threshold of substantial new question of patentability and broadest reasonable interpretation. *See* Reexamination Request Nos. 90/015,155 and 90/15,156. The USPTO granted the request. After consideration of hundreds of references, the USPTO allowed claims 1, 12 and 17 to issue with immaterial and insubstantial amendments, confirmed dependent claims 2-11 and 13-15, and allowed new claims 18-22 to issue.

### Technical Description

82.    The '405 Patent claims a "light emitting diode (LED) device and packaging . . . manufactured using a vertical configuration including a plurality of layers." '405 Patent, abstract. LEDs "compare favorably to other sources of light and are especially useful in certain applications and markets [by providing] advantages with respect to energy efficiency, compact, rugged long-lasting design and form factor, as well as other advantages." '405 Patent, 1:32-44. Prior art and "conventional LED devices [however] can be relatively costly to manufacture by some metrics when compared to other light sources.

One reason for this is the exacting packaging requirements for manufacturing LEDs. [C]onventional techniques require the use of a carrier substrate to support the LED, which can double the cost of making and packaging the LED device. In addition, the carrier substrate greatly increases the thermal resistivity of the device and adversely affects its heat removal characteristics. Accordingly, there is a need for LED devices that do not suffer from [these] problems." '405 Patent, 1:45-67.

83.     The '405 Patent provides a technical solution to prior art problems by providing a LED having a plurality of layers. "Certain layers act to promote mechanical, electrical, thermal, or optical characteristics of the device. The device avoids design problems, including manufacturing complexities, costs and heat dissipation problems found in conventional LEDs." '405 Patent, 2:6-14. layers may include "a semiconductor LED including doped and intrinsic regions thereof; a conducting carrier layer disposed proximal to a first surface of said semiconductor LED and separated therefrom by a metallic interface; an optically permissive layer proximal to a second surface of said semiconductor LED, said first and second surfaces of said semiconductor LED being on opposing faces thereof, an optically definable material proximal to or within said optically permissive layer that affects an optical characteristic of emitted light passing therethrough; and an optically permissive cover substrate covering at least a portion of the above components." '405 Patent, 2:15-27.

## Direct Infringement

84.     Defendants, individually or collectively as a joint enterprise or partnership and without authorization or license from Plaintiff, have been and are directly infringing the '405 Patent, either literally or equivalently, as infringement is defined by 35 U.S.C. § 271, including through making, using (including for testing purposes), importing, selling, and offering for sale products that infringe one or more claims of the '405 Patent. Defendants, individually or collectively as a joint enterprise or partnership, develop, design, manufacture, use, sell, import and distribute products that infringe one or more claims of the '405 Patent. In some instances, Seoul Semiconductor supplies flash LEDs to Samsung that are incorporated into one of the '405 Accused Products and these flash LEDs provide infringing functionality or structure in that product. Defendants further provide services that practice methods that infringe one or more claims of the '405 Patent. Defendants are thus liable for direct infringement pursuant to 35 U.S.C. § 271.

Exemplary infringing products include, but are not limited to, the Samsung Galaxy S22 and S24 smartphones, and other Samsung mobile phones that contain a flash LED.

85.    Plaintiff names these exemplary infringing products to serve as notice of Defendants' infringing acts, but Plaintiff reserves the right to name additional infringing products, known to or learned by Plaintiff or revealed during discovery, and include them in the definition of '405 Accused Products.

86.    Plaintiff names '405 patent claim 1 below as an exemplary infringed claim to serve as notice of Defendants' infringing acts, but Plaintiff reserves the right to name additional claims.  On information and belief, the exemplary Galaxy S22 and S24 products infringe the majority of the '405 patent claims, including new claims that were added during the recent reexamination.

87.    Defendants are liable for direct infringement pursuant to 35 U.S.C. § 271 for the manufacture, use, sale, offer for sale, importation, or distribution of the Samsung Galaxy S22 and S24 mobile phone and other similar products.

88.    The Samsung Galaxy S22 mobile phone has a flash LED that is a non-limiting example of a LED that meets all limitations of claim 1 of the '405 Patent, either literally or equivalently.

89.    The Samsung Galaxy S22 has a light emitting device (LED) that serves as a flash for the camera, as well as a light source for various applications:



**Source:** S22 Teardown

90.     The Samsung Galaxy S22's LED is a semiconductor LED including doped and intrinsic regions. The semiconductor LED is a doped GaN LED. The LED has a positively doped region, a negatively doped region, and an intrinsic region between the positively doped region and the negatively doped region. A recess exists in the LED exposing the negatively doped surface of the negatively doped region.



**Source:** S22 Teardown

91.     The Samsung Galaxy S22's LED has an electrically conducting metallization layer that is in direct contact with portions of the GaN semiconductor that are positively and negatively doped.

1
2
3
4
5
6
7
8
9
10
11



12
13
14
15
16
17

**Source:** S22 Teardown

18    92.    The electrically conducting metallization layer is in direct contact with exposed surfaces

19  of portions of both the positively doped and negatively doped GaN, and the positively doped and

20  negatively doped surfaces are parallel with each other.

21
22
23
24
25
26
27
28

Plaintiff's Second Amended Complaint                    Case No. 3:22-cv-04809-AMO
For Patent Infringement                    31



**Source:** S22 Teardown

93.    The Samsung Galaxy S22's LED contains a sapphire layer in direct contact with the first surface of the LED.



**Source:** S22 Teardown

94. The positively doped surface is in contact with the electrically conducting metallization layer, on the opposing side of the LED from the sapphire layer, and is parallel with the first surface of the LED.

95. The Samsung Galaxy S22's LED chip is covered by a phosphor encapsulant in direct contact with the sapphire layer. The optically permissive layer comprises the phosphor encapsulant and the phosphor is the optically definable material. The phosphor changes the frequency of some of the light emitted from the LED that passes through the phosphor encapsulant. The yellow material over the chip is consistent with a phosphor-containing covering.



**Source:** S22 Teardown

96. The Samsung Galaxy S22's LED is covered by an optically permissive cover substrate covering at least a portion of the above components, as shown below. The optically permissive flat cover substrate provides structural presence and mechanical coupling to at least some of the LED's components, including to the LED die, metallization layers, sapphire layer and/or optically permissive phosphor layer, as also shown below.



**Source:** S22 Teardown

97.     There is a passivation layer in direct contact with the metallization layer, sapphire layer, a surface of the optically permissive payer and semiconductor LED, as shown below. The passivation layer comprises Titanium Oxide ($TiO_2$), which is also known as white silicon. The titanium particles in the layer make it reflective, directing the photons generated in the LED die out through the optically permissive phosphor layer and optically permissive cover substrate.



**Source:** S22 Teardown

98.     The passivation layer defines a first contact hole to expose a first portion of an upper metal surface of the metallization layer disposed on the negatively-doped surface and the passivation layer is in direct contact with a second portion of the upper metal surface of the metallization layer disposed on the negatively-doped surface.

 

**Source:** S22 Teardown



**Source:** S22 Teardown

99.     The passivation layer defines a second contact hole to expose a first portion of a lower metal surface of the metallization layer disposed on the positively-doped surface and the passivation layer is in direct contact with a second portion of the lower metal surface of the metallization layer disposed on the positively-doped surface.



**Source:** S22 Teardown

100.     The upper metal surface, the lower metal surface, the negatively-doped surface, the positively-doped surface, and the surface of the optically permissive layer are parallel with one another.



**Source:** S22 Teardown

101.    The Samsung Galaxy S24 mobile phone has a flash LED that is another non-limiting example of a LED that meets all limitations of claim 1 of the '405 Patent, either literally or equivalently.

102.    The Samsung Galaxy S24 has a light emitting device (LED) that serves as a flash for the camera, as well as a light source for various applications. Like the Galaxy S22 Flash LED, the Galaxy S24 flash LED is another example of the Samsung flip-chip LED structure, which are all similar:



**Source:** Samsung Galaxy S24 Teardown

103.    Samsung Galaxy S24's LED, like the Galaxy S22's LED, is a semiconductor LED including doped and intrinsic regions. The semiconductor LED is a doped GaN LED. The LED has a positively doped region, a negatively doped region, and an intrinsic region between the positively doped region and the negatively doped region. A recess exists in the LED exposing the negatively doped surface of the negatively doped region.



**Source:** Samsung Galaxy S24 Teardown

104.     The Samsung Galaxy S24's LED, like the Galaxy S22 LED, has an electrically conducting metallization layer that is in direct contact with portions of the GaN semiconductor that are positively and negatively doped. See figure above, and:



**Source:** Samsung Galaxy S24 Teardown



**Source:** Samsung Galaxy S24 Teardown

105. The Samsung Galaxy S24, like the Galaxy S22, has an electrically conducting metallization layer in direct contact with exposed surfaces of portions of both the positively doped and negatively doped GaN, and the positively doped and negatively doped surfaces are parallel with each other.



**Source:** Samsung Galaxy S24 Teardown

1
2
3
4
5
6
7
8
9
10



**Source:** Samsung Galaxy S24 Teardown

11
12

106.    Samsung Galaxy S24's LED, like the Galaxy S22's LED, contains a sapphire layer in direct

13    contact with the first surface of the LED.

14
15
16
17
18
19
20
21



**Source:** Samsung Galaxy S24 Teardown

22
23

107.    The positively doped surface is in contact with the electrically conducting metallization

24    layer, is on the opposing side of the LED from the sapphire, and is parallel with the first surface of the

25    LED.

26
27
28

Plaintiff's Second Amended Complaint                    Case No. 3:22-cv-04809-AMO
For Patent Infringement                    40



**Source:** Samsung Galaxy S24 Teardown

108.     The Samsung Galaxy S24's LED, like the Galaxy S22's LED, is covered by a phosphor encapsulant in direct contact with the sapphire layer. The optically permissive layer comprises the phosphor encapsulant and the phosphor is the optically definable material. The phosphor changes the frequency of some of the light emitted from the LED that passes through the phosphor encapsulant.



**Source:** Samsung Galaxy S24 Teardown

109.     The Samsung Galaxy S24's LED, like the Galaxy S22's LED, is covered by an optically permissive cover substrate covering at least a portion of the above components, as shown below. The optically permissive flat cover substrate provides structural presence and mechanical coupling to at least

some of the LED's components, including to the LED die, metallization layers, sapphire layer and/or optically permissive phosphor layer, as also shown below.




**Source:** Samsung Galaxy S24 Teardown

110.     The Samsung Galaxy 24, like the Galaxy S22, has a passivation layer in direct contact with the metallization layer, sapphire layer, a surface of the optically permissive payer and semiconductor LED, as shown below. The passivation layer comprises Titanium Oxide ($TiO_2$), which is also known as white silicon. The titanium particles in the layer make it reflective, directing the photons generated in the LED die out through the optically permissive phosphor layer and optically permissive cover substrate.



**Source:** Samsung Galaxy S24 Teardown



**Source:** Samsung Galaxy S24 Teardown, EDX verification of Silicone with Titanium in passivation

111.    The Samsung Galaxy S24 passivation layer, like the Galaxy S22 passivation layer, defines a first contact hole to expose a first portion of an upper metal surface of the metallization layer disposed on the negatively-doped surface and the passivation layer is in direct contact with a second portion of the upper metal surface of the metallization layer disposed on the negatively-doped surface.



**Source:** Samsung Galaxy S24 Teardown (cathode)

112.     The Samsung Galaxy 24 passivation layer, like the Galaxy 22's passivation layer, defines a second contact hole to expose a first portion of a lower metal surface of the metallization layer disposed on the positively-doped surface and the passivation layer is in direct contact with a second portion of the lower metal surface of the metallization layer disposed on the positively-doped surface.



**Source:** Samsung Galaxy S24 Teardown (anode)

113.     The upper metal surface, the lower metal surface, the negatively-doped surface, the positively-doped surface, and the surface of the optically permissive layer are parallel with one another.



**Source:** Samsung Galaxy S24 Teardown

**Source:** Samsung Galaxy S24 Teardown

## Willful Infringement

114.    Upon information and belief, Defendants have had actual knowledge (or should have been aware) of the '405 Patent and Defendants' infringement thereof since at least the issuance of the '405 Patent on February 10, 2015.

115.    Starting as early as 2013, Viagan (the previous owner of the Asserted Patents prior to their assignment to LED Wafer Solutions LLC) had a series of meetings and discussions with Samsung regarding Viagan's LED technology. On April 12, 2013, representatives of Viagan—including Mordehai Margalit, the inventor of the Asserted Patents and the CEO/Founder of Viagan—met with representatives of Samsung at Samsung's Kiheung Campus in South Korea. This meeting was arranged by Viagan and Samsung for the purpose of exploring a potential business partnership between Viagan and Samsung and exploring Samsung's potential use or adoption of Viagan's LED technology. At this meeting, and in other related discussions, Viagan presented its proprietary LED technology to Samsung, including to technical personnel such as Peter JH Lee, a senior researcher at Samsung. Also at this meeting, and in other related discussions, Viagan informed Samsung that Viagan had pending patent applications covering Viagan's LED technology and specifically identified the application from which the '405 Patent issued, i.e.

Application No. 13/413,293 filed on March 6, 2012, as one such application covering the proprietary LED technology that Viagan was discussing with Samsung. The U.S. patent office had previously published the then-pending '405 patent application on September 6, 2012 as publication no. US2012/0223351.

116.    According to Section 1.56 of Title 37of the Code of Federal Regulations:

> Each individual associated with the filing and prosecution of a patent application has a duty of candor and good faith in dealing with the Office, which includes a duty to disclose to the Office all information known to that individual to be material to patentability as defined in this section. . . . There is no duty to submit information which is not material to the patentability of any existing claim. The duty to disclose all information known to be material to patentability is deemed to be satisfied if all information known to be material to patentability of any claim issued in a patent was cited by the Office or submitted to the Office in the manner prescribed by §§ 1.97(b)-(d) and 1.98 [which are the sections directed to the filing of an Information Disclosure Statement]. . . .

37 C.F.R. § 1.56(a).

117.    In January 2016, Samsung filed an Information Disclosure Statement in the prosecution of one its pending patent applications (U.S. Patent Application No. 14/991,540), expressly identifying U.S. Patent Application Publication No. US2012/0223351 (*i.e.*, the publication of the application that matured into the '405 patent).  The patent examiner then cited the publication as relevant prior art that, in combination, rendered certain pending patent claims non-patentable.  In response, Samsung cancelled those claims.

118.    The USPTO also applied U.S. Patent Application Publication No. US2012/0223351 as relevant, invalidating prior art in the prosecution of two other Samsung patent applications, namely U.S. Patent Application Numbers 13/413,293 and 14/297,233.

119.    Before January 2016, Samsung had personal knowledge of the patent application that would ultimately issue as the '405 patent, and knowledge of its relevance to LEDs in general, and Samsung's LEDs in particular.

120.    Ultimately, Viagan and Samsung did not reach an agreement on a business partnership. Samsung nonetheless used Viagan's LED technology discussed at the meetings and disclosed in Application No. 13/413,293 in Samsung's products. On information and belief, Samsung did not engage in these discussions with Viagan in good faith, but instead Samsung's intent was to use the discussions as

a pretense to learn more about Viagan's proprietary LED technology, including the technology disclosed in Application No. 13/413,213 and claimed by the '405 Patent. Samsung then knowingly and intentionally incorporated Viagan's LED technology, including that disclosed in Application No. 13/413,293, into its products, despite having actual knowledge of Application No. 13/413,293, and later the '405 Patent.

121.    In 2015, two years after meeting with Viagan's representatives and being taught of Viagan's LED technology, Samsung released "flip-chip" LED products, which Samsung also refers to alternatively as its "TF" LED chip technology. Samsung's flip-chip LED products / TF LED chip technology bears striking resemblance to Viagan's technology, which is no coincidence. Samsung's May 4, 2015 world-wide press release announcing new flip-chip LED products proclaimed the new structure "allow[ed] the LED chip to have the shortest distance from the junction to the base of the package, and eliminate[d] the need for metal wire bonding in the packaging process. The changes enable much lower heat resistance compared to conventional epi-up chip technology…." All of these features, however, were features and benefits of Viagan's LED technology, as disclosed and patented in the '405 Patent and patented application, and as Viagan disclosed to and taught Samsung at the meetings years earlier. The Samsung Galaxy S22 and S24 flash LEDs are examples of Samsung's flip-chip LED products, which Samsung based on Viagan's technology.

122.    Samsung published an article explaining its flip-chip LED technology. It incorporated a high-level drawing of its flip-chip, which is remarkably similar to a drawing of Viagan's flip-chip technology dated November 2012 and that Viagan had provided to Samsung in 2013. Samsung's figures show that it adopted from Viagan, among other things, a flipped LED, recessed electrode to the n-doped region of GaN, metallization to the p-doped regions, an apparent intrinsic region between the p- and n-doped regions, passivation, and an upper phosphor layer. Again, this is no coincidence.



**Source:** Viagan Presentation to Samsung (Production No. Samsung-LWS00109334)

**Source:** "Samsung Flip Chip Technology" https://led.samsung.com/insights/insights-detail-2/

123.    On information and belief, based on their past meetings and discussions with Viagan and the prior identification of Application No. 13/413,293, Samsung had actual knowledge of the '405 patent application when it was pending, had actually knowledge of the published patent application US2012/0223351 when it was published, and had actually knowledge of the '405 Patent upon its issuance. Alternatively, at the latest, Samsung had actual knowledge of the '405 Patent upon its receipt of Plaintiff's Original Complaint. Since Samsung requested reexamination of the '405 Patent, it had actual knowledge of the Reexamination Certificate when it issued. Yet, Samsung did not and has not taken any steps to design around or otherwise avoid infringing the '405 Patent, either upon the issuance of the '405 Patent, its receipt of Plaintiff's Original Complaint and/or upon issuance of the Reexamination Certificate. Samsung knowingly incorporated the technology disclosed in Application No. 13/413,293, and that Viagan had previously discussed with Samsung, into its products and did not take any remedial steps to avoid infringement upon issuance of the '405 Patent. Further, Samsung has continued to release new products containing the technology disclosed in and claimed by the '405 Patent.

124.    Despite Samsung's actual knowledge of the '405 Patent upon its issuance and Samsung's actual knowledge of Application No. 13/413,293 since as early as 2013, Samsung has continued to act recklessly and continues to willfully, wantonly, and deliberately infringe the '405 Patent. Samsung's bad faith intent concerning the discussions with Viagan and its subsequent and continued intentional infringement of the '405 Patent in these circumstances constitutes egregious conduct.

125.    Starting as early as April 2013, Viagan (the previous owner of the Asserted Patents prior to their assignment to LED Wafer Solutions LLC) had a series of meetings and discussions with Seoul Semiconductor regarding Viagan's LED technology. Representatives of Viagan had discussions with representatives of Seoul Semiconductor for the purpose of exploring a potential business partnership between Viagan and Seoul Semiconductor and exploring Seoul Semiconductor's potential use or adoption of Viagan's LED technology. At this meeting, and in other related discussions, Viagan presented its proprietary LED technology to Seoul Semiconductor, including to technical personnel such as Eunee Chun, an employee of Seoul Semiconductor. During these discussions, Viagan informed Seoul Semiconductor that Viagan had pending patent applications covering Viagan's LED technology and specifically identified the application from which the '405 Patent issued, i.e. Application No. 13/413,293 filed on March 6, 2012, as one such application covering the proprietary LED technology that Viagan was discussing with Seoul Semiconductor. The U.S. patent office had previously published the then-pending '405 patent application on November 15, 2012 as publication no. US2012/0223351.

126.    On information and belief, due in part to these past discussions, Seoul Semiconductor has had actual knowledge of the '405 patent application when it was pending, had actually knowledge of the published patent application US2012/0223351 when it was published, and had actually knowledge of the '405 Patent since its issuance, or at the latest, since its receipt or review of Plaintiff's Original Complaint. Since Seoul Semiconductor was involved in requesting reexamination of the '405 Patent, it had actual knowledge of the Reexamination Certificate when it issued. Yet Seoul Semiconductor did not and has not taken any steps to design around or otherwise avoid infringing the '405 Patent, either upon the issuance of the '405 Patent, its receipt of Plaintiff's Original Complaint and/or upon the issuance of the Reexamination Certificate. Seoul Semiconductor knowingly incorporated the technology disclosed in Application No. 13/413,293, and that Viagan had previously discussed with Seoul Semiconductor, into its products and did not take any remedial steps to avoid infringement upon issuance of the '405 Patent. Further, Seoul Semiconductor has continued to release new products containing the technology disclosed in and claimed by the '405 Patent.

127.    Furthermore, on information and belief, as a supplier to Samsung in 2013, Seoul Semiconductor relayed information about Viagan's proprietary LED technology and pending patent applications to Samsung, thereby providing Samsung with further knowledge of Application No. 13/413,293 and the '405 Patent.

128.    The validity of the '405 Patent has been confirmed. In November 2021, Defendants each filed different petitions for *inter partes* review of the '405 Patent. *See* IPR2021-01479 (filed by Seoul Semiconductor) and IPR2021-01491 (filed by Samsung). The Patent Trial and Appeal Board denied institution of both of Defendants' petitions for *inter partes* review. In both *inter partes* review proceedings, the Petitioners—who are the Defendants in this litigation—cited numerous prior art references, to attempt to establish that claims of the '405 Patent, including the asserted claims, were invalid. Yet, in both cases, the PTAB denied institution, finding that the Petitioners/Defendants had failed to establish a "reasonable likelihood" that any claim of the '405 Patent was invalid.

129.    Facing the Patent Trial and Appeal Board's denial of Defendants' IPR petitions, Samsung filed requests for *ex-parte* reexamination of the '405 Patent, hoping that the United States Patent and Trademark Office's lower threshold and lower evidentiary standards would bear fruit including, for example, a substantial new question of patentability rather than reasonable likelihood of invalidity, broadest reasonable interpretation, and no presumed validity. *See* Reexamination Requests 90/015,155 and 90/015,156. The United States Patent and Trademark Office granted Samsung's requests for *ex parte* reexamination of the '405 Patent. Over 200 references were cited during the reexamination and considered by the patent examiner. After thorough review, the United States Patent and Trademark Office concluded that original independent claims 1, 12 and 17 were patentable with immaterial and insubstantial amendments, original dependent claims 2-11 and 13-15 were patentable, and it allowed new claims 18-22. *See* Ex Parte Reexamination Certificate for U.S. Patent No. 8,952,405, which is attached hereto as Exhibit E.

130.    Because (i) the PTAB rejected two extensive IPR invalidity challenges to the '405 Patent, (ii) the United States Patent and Trademark Office confirmed in reexamination the patentability of '405

claims, including that claims previously asserted by Led Wafer Solutions LLC[3] were patentable with immaterial and insubstantial amendments, and (iii) the United States Patent and Trademark Office granted an additional five claims in the '405 Patent, Defendants cannot reasonably believe that they have a viable invalidity defense. Yet Defendants continue to make, use, sell, offer for sale, and import into the United States products that Defendants know infringe the '405 Patent, including but not limited to the Galaxy S22 and S24 mobile phones – without any authority or basis to do so, let alone a reasonable basis. Further, to this day, Defendants continue to instruct their customers as to the use of the infringing LED flash on the Galaxy S22 and S24, thus knowingly inducing their customers to infringe the '405 Patent on a daily basis (as explained further below). Defendants' decision to persist in known, clearly-infringing conduct, despite the lack of any viable invalidity defense, is further evidence of "egregiousness".

131.    Although Samsung has incorporated Viagan's patented technology as set forth in this Complaint, Samsung has no license to use the technology described in Viagan's technical materials and claimed and disclosed in the '405 Patent, which has now been assigned to LED Wafter Solutions LLC.

132.    Defendants' risk of infringement of the Asserted Patents was either known or was so obvious that it should have been known to Defendants.

133.    Notwithstanding this knowledge, Defendants have knowingly or with reckless disregard willfully infringed the '405 Patent. Defendants have had actual notice of the '405 Patent and infringement thereof and acted despite an objectively high likelihood that their actions constituted infringement of Plaintiff's valid patent rights, either literally or equivalently.

134.    For at least the foregoing reasons, Defendants' conduct has been and continues to be willful and egregious and Plaintiff seeks enhanced damages pursuant to 35 U.S.C. §§ 284 and 285.

**Indirect, Induced Infringement**

135.    Plaintiff incorporates by reference the allegations in the preceding paragraphs as if fully set forth herein as to Defendants' knowledge of the '405 patent.

136.    Defendants have induced and are knowingly inducing their distributors, testers, trainers, customers, and/or end-users to directly infringe the '405 Patent, with the specific intent to induce acts

---

[3] *See* Plaintiff's Disclosure of Asserted Claims and Infringement Contentions served on Defendants on November 23, 2022.

1    constituting infringement, and knowing that the induced acts constitute patent infringement, either literally

2    or equivalently.

3         137.    Defendants' indirect infringement includes, for example, providing data sheets, technical

4    guides, demonstrations, software and hardware specifications, installation guides, and other forms of

5    support that induce their customers and/or end-users to directly infringe the '405 Patent.

6         138.    Defendants' indirect infringement additionally includes marketing their products for

7    import by their customers into the United States. Defendants' indirect infringement further includes

8    providing product specifications instructing its customers on infringing uses of the accused products. The

9    '405 Accused Products are designed in such a way that when they are used for their intended purpose, the

10   user infringes the '405 Patent, either literally or equivalently. Defendants know and intend that customers

11   who purchase the '405 Accused Products will use those products for their intended purpose. For example,

12   Defendant's United States website, https://www.samsung.com, instructs customers to use the '405

13   Accused Products in numerous infringing applications. Defendants' customers directly infringe the '405

14   patent when they follow Defendants' provided instructions, including by using and importing the structure

15   claimed in the '405 patent. Defendants specifically intend that their customers, such as United States

16   distributors, retailers and consumer product companies, will import, use, and sell infringing products in

17   the United States to serve and develop the United States market for Defendants' infringing products.

18        139.    Defendant's website instructs customers and/or end-users to "use the flashlight on your

19   Galaxy phone." *See* https://www.samsung.com/us/support/answer/ANS00084162/. The S22 and S24 are

20   Galaxy phones.

21

22

23

24

25

26

27

28



140.    Defendant's website instructs customers and/or end-users to use the "flashlight feature [that] uses the phone's camera LED as a bright light that can illuminate the area around you." *See* https://www.samsung.com/us/support/answer/ANS00084162/;    *see    also* https://www.samsung.com/us/support/answer/ANS10003351.



141.    Defendant's website instructs customers and/or end-users to adjust the brightness of the phone's    camera    LED    when    using    it    as    a    flashlight.    *See* https://www.samsung.com/us/support/answer/ANS00084162/;    *see    also* https://www.samsung.com/us/support/answer/ANS10003351.

**Adjust the brightness**

Depending on the situation, you may need brighter or dimmer lights. Thankfully, your Galaxy phone's flashlight can be adjusted for that too.

Open the Quick settings panel by swiping down from the top of the screen using two fingers. Tap the word **Flashlight** (the text right below the icon). Turn on the flashlight by tapping the **switch**, and then adjust the **slider** to change the brightness level.

**Note:** The brightness slider will be grayed out if you don't turn on the flashlight first.

142.    Defendants know a third party that follows their instructions directly infringes claims of the '405 Patent via at least the use of the structure claimed in the '405 patent, including Defendants' customers who follow Defendants' provided instructions.

143.    Defendants thus actively induce the direct infringement of third parties, constituting infringement of claims of the '405 patent by Defendants under 35 U.S.C. § 271(b).

144.    As a result of Defendants' infringement, Plaintiff has suffered monetary damages, and is entitled to an award of damages adequate to compensate it for such infringement which, by law, can be no less than a reasonable royalty, together with interest and costs as fixed by this Court under 35 U.S.C. § 284.

## COUNT THREE

### INFRINGEMENT OF U.S. PATENT 9,786,822

145.    Plaintiff incorporates by reference the allegations in all preceding paragraphs as if fully set forth herein.

146.    The '822 Patent, entitled "LIGHT EMITTING DIODE PACKAGE AND METHOD OF MANUFACTURE," was filed on December 15, 2014, claims priority to a parent Patent number 8,941,137, which was filed on March 6, 2012 as U.S. Patent Application No. 14/570,449, and issued on October 10, 2017.

147.    Plaintiff is the assignee and owner of all rights, title, and interest to the '822 Patent, including the right to recover for past infringements, and has the legal right to enforce the patent, sue for infringement, and seek equitable relief and damages.

148.    Samsung filed a petition for *inter partes* review of the '822 Patent. *See* IPR2021-01526. The Patent Trial and Appeal Board denied institution of Samsung's petition for *inter partes* review. Samsung then filed a request for *ex parte* reexamination of the '822 Patent pursuant to the lower threshold of substantial new question of patentability and broadest reasonable interpretation. *See* Reexamination Request No. 90/015,130. The USPTO granted the request. After consideration of hundreds of references, the USPTO allowed claim 1 to issue with immaterial and insubstantial amendments, confirmed dependent claims 2-10, and allowed new claims 11-20 to issue.

### Technical Description

149.    The '822 Patent claims a "light emitting diode (LED) device and packaging . . . manufactured using a vertical configuration including a plurality of layers." '822 Patent, abstract.

150.    LEDs "compare favorably to other sources of light and are especially useful in certain applications and markets [by providing] advantages with respect to energy efficiency, compact, rugged long-lasting design and form factor, as well as other advantages." '822 Patent, 1:27-39. Prior art and "conventional LED devices [however] can be relatively costly to manufacture by some metrics when compared to other light sources. One reason for this is the exacting packaging requirements for manufacturing LEDs. [C]onventional techniques require the use of a carrier substrate to support the LED, which can double the cost of making and packaging the LED device. In addition, the carrier substrate greatly increases the thermal resistivity of the device and adversely affects its heat removal characteristics. Accordingly, there is a need for LED devices that do not suffer from [these] problems." '822 Patent, 1:27-62.

151.    The '822 Patent provides a technical solution to prior art problems by providing a LED having a plurality of layers. "Certain layers act to promote mechanical, electrical, thermal, or optical characteristics of the device. The device avoids design problems, including manufacturing complexities, costs and heat dissipation problems found in conventional LEDs." '822 Patent, 2:2-10. The layers may

include "a semiconductor LED including doped and intrinsic regions thereof; a conducting carrier layer disposed proximal to a first surface of said semiconductor LED and separated therefrom by a metallic interface; an optically permissive layer proximal to a second surface of said semiconductor LED, said first and second surfaces of said semiconductor LED being on opposing faces thereof, an optically definable material proximal to or within said optically permissive layer that affects an optical characteristic of emitted light passing therethrough; and an optically permissive cover substrate covering at least a portion of the above components." '822 Patent, 2:12-24.

## Direct Infringement

152.     Defendants, individually or collectively as a joint enterprise or partnership and without authorization or license from Plaintiff, have been and are directly infringing the '822 Patent, either literally or equivalently, as infringement is defined by 35 U.S.C. § 271, including through making, using (including for testing purposes), importing, selling, and offering for sale devices that infringe one or more claims of the '822 Patent. Defendants, individually or collectively as a joint enterprise or partnership, develop, design, manufacture, sell, and distribute devices, including products that infringe one or more claims of the '822 Patent. In some instances, Seoul Semiconductor supplies flash LEDs to Samsung that are incorporated into one of the '822 Accused Products and these flash LEDs provide infringing functionality or structure in that product. Defendants further provide services that practice methods that infringe one or more claims of the '822 Patent. Defendants are thus liable for direct infringement pursuant to 35 U.S.C. § 271. Exemplary infringing products include, but are not limited to, the Samsung Galaxy S22 and S24 mobile phones, and all other Samsung mobile phones that include a flash LED.

153.     Plaintiff names these exemplary infringing products to serve as notice of Defendants' infringing acts, but Plaintiff reserves the right to name additional infringing products, known to or learned by Plaintiff or revealed during discovery, and include them in the definition of '822 Accused Products.

154.     Plaintiff names '822 patent claim 1 below as an exemplary infringed claim to serve as notice of Defendants' infringing acts, but Plaintiff reserves the right to name additional claims.  On information and belief, the exemplary Galaxy S22 and S24 products infringe multiple '822 patent claims, including at least one of the new claims that were added during the recent reexamination.

155.    Defendants are liable for direct infringement pursuant to 35 U.S.C. § 271 for the manufacture, sale, offer for sale, importation, or distribution of the Samsung Galaxy S22 and S24 mobile phones.

156.    The Samsung Galaxy S22 mobile phone has a flash LED that is a non-limiting example of a LED that meets all limitations of claim 1 of the '822 Patent, either literally or equivalently.

157.    The Samsung Galaxy S22 has a light emitting device (LED) that serves as a flash for the camera, as well as a light source for various applications:



**Source:** S22 Teardown

158.    The Samsung Galaxy S22's flash LED is protected by an optically transparent cover substrate:




**Source:** S22 Teardown

159.     The Samsung Galaxy S22, includes an optically transparent layer attached to a bottom surface of the optically transparent cover substrate. The optically transparent layer is silicon based, which is electrically insulating and adhesive. The optically transparent layer also includes an optically definable material (phosphor).



**Source:** S22 Teardown

160.     The Samsung Galaxy S22 includes a semiconductor LED including a positively-doped region, an intrinsic region, and a negatively-doped region, wherein the intrinsic region is between the positively-doped region and the negatively-doped region, and a first surface of the semiconductor LED directly contacts a first portion of a bottom surface of the electrically insulating, adhesive, optically transparent layer, as shown above and below:

1
2
3
4
5
6
7
8
9
10
11



**Source:** S22 Teardown

12
13
14

161.    The Samsung Galaxy S22's LED has a carrier layer proximal to a second surface of the semiconductor LED, the first and second surfaces on opposing sides of the semiconductor LED:

15
16
17
18
19
20
21
22
23
24
25
26
27
28



**Source:** S22 Teardown

162.    The Samsung Galaxy S22's LED includes a passivation layer disposed on the carrier layer and on an exposed portion of the bottom surface of the optically transparent layer.



**Source:** S22 Teardown

163.    The Samsung Galaxy S22's LED has a first electrical contact disposed on the carrier layer in a first contact hole defined in the passivation layer:

 

**Source:** S22 Teardown

164.    The Samsung Galaxy S22's LED has a second electrical contact disposed in a second contact hole defined in the passivation layer, the carrier layer, and the semiconductor LED, the second electrical contact in electrical communication with the first surface of the semiconductor LED.



**Source:** S22 Teardown



**Source:** S22 Teardown

165. The Samsung Galaxy S24 mobile phone has a flash LED that is a non-limiting example of a LED that meets all limitations of claim 1 of the '822 Patent, either literally or equivalently.

166. The Samsung Galaxy S24 mobile phone, like Samsung Galaxy S22, has a light emitting device (LED) that serves as a flash for the camera, as well as a light source for various applications:



**Source:** Samsung Galaxy S24 Teardown

167. The Samsung Galaxy S24's flash LED, like the Galaxy S22, is protected by an optically transparent cover substrate:



**Source:** Samsung Galaxy S24 Teardown

168. The Samsung Galaxy S24, like the Galaxy S22, includes an optically transparent layer attached to a bottom surface of the optically transparent cover substrate. The optically transparent layer is

silicone based, which is electrically insulating and adhesive. The optically transparent layer also includes an optically definable material (phosphor).




**Source:** Samsung Galaxy S24 Teardown



**Source:** Samsung Galaxy S24 Teardown

169.    The Samsung Galaxy S24, like the Galaxy S22, includes a semiconductor LED including a positively-doped region, an intrinsic region, and a negatively-doped region, wherein the intrinsic region is between the positively-doped region and the negatively-doped region, and a first surface of the semiconductor LED directly contacts a first portion of a bottom surface of the electrically insulating, adhesive, optically transparent layer:



**Source:** Samsung Galaxy S24 Teardown

**Source:** Samsung Galaxy S24 Teardown

170.    The Samsung Galaxy S24's LED, like the Galaxy S22's LED, has a carrier layer proximal to a second surface of the semiconductor LED, the first and second surfaces on opposing sides of the semiconductor LED:



**Source:** Samsung Galaxy S24 Teardown

**Source:** Samsung Galaxy S24 Teardown

171.    The Samsung Galaxy S24's LED, like the Samsung Galaxy's S22 LED, includes a passivation layer disposed on the carrier layer and on an exposed portion of the bottom surface of the optically transparent layer:



**Source:** Samsung Galaxy S24 Teardown

**Source:** Samsung Galaxy S24 Teardown

172.    Samsung Galaxy S24's LED, like the Galaxy S22's LED, has a first electrical contact disposed on the carrier layer in a first contact hole defined in the passivation:




**Source:** Samsung Galaxy S24 Teardown

173.    The Samsung Galaxy S24's LED, like the Galaxy S22's LED, has a second electrical contact disposed in a second contact hole defined in the passivation layer, the carrier layer, and the semiconductor LED, the second electrical contact in electrical communication with the first surface of the semiconductor LED:



**Source:** Samsung Galaxy S24 Teardown

**Willful Infringement**

174.    Upon information and belief, Defendants have had actual knowledge (or should have been aware) of the '822 Patent and Defendants' infringement thereof since at least the issuance of the '822 Patent on October 10, 2017.

175.    Starting as early as 2013, Viagan (the previous owner of the Asserted Patents prior to their assignment to LED Wafer Solutions LLC) had a series of meetings and discussions with Samsung regarding Viagan's LED technology. On April 12, 2013, representatives of Viagan—including Mordehai Margalit, the inventor of the Asserted Patents and the CEO/Founder of Viagan—met with representatives of Samsung at Samsung's Kiheung Campus in South Korea. This meeting was arranged by Viagan and Samsung for the purpose of exploring a potential business partnership between Viagan and Samsung and exploring Samsung's potential use or adoption of Viagan's LED technology. At this meeting, and in other related discussions, Viagan presented its proprietary LED technology to Samsung, including to technical personnel such as Peter JH Lee, a senior researcher at Samsung. Also at this meeting, and in other related discussions, Viagan informed Samsung that Viagan had pending patent applications covering Viagan's LED technology and specifically identified the application from which the '822 Patent claims priority as a continuation, i.e. Application No. 13/413,407 filed on March 6, 2012, as one such application covering the proprietary LED technology that Viagan was discussing with Samsung. The U.S. patent office had previously published the then-pending 13/413,407 patent application on September 6, 2012 as publication no. US2012/0286311.

176.    According to Section 1.56 of Title 37of the Code of Federal Regulations:

> Each individual associated with the filing and prosecution of a patent application has a duty of candor and good faith in dealing with the Office, which includes a duty to disclose to the Office all information known to that individual to be material to patentability as defined in this section. . . . There is no duty to submit information which is not material to the patentability of any existing claim. The duty to disclose all information known to be material to patentability is deemed to be satisfied if all information known to be material to patentability of any claim issued in a patent was cited by the Office or submitted to the Office in the manner prescribed by §§ 1.97(b)-(d) and 1.98 [which are the sections directed to the filing of an Information Disclosure Statement]. . . .

37 C.F.R. § 1.56(a).

177.     In February 2016, Samsung filed an Information Disclosure Statement in the prosecution of one its pending patent applications (U.S. Patent Application No. 14/987,410), expressly identifying U.S. Patent Application Publication No. US2012/0286311 (*i.e.*, the publication of the application that would mature into the '137 and '822 patents (the '822 patent being a continuation of the application that would issue as the '137 patent)).  Samsung believed Viagan's US2012/0286311 publication was material to the patentability of its pending patent application.

178.     Before February 2016, Samsung had personal knowledge of the patent application that would ultimately issue as the '822 and '137 patents, and knowledge of its relevance to LEDs in general, and Samsung's LEDs in particular.

179.     Ultimately, Viagan and Samsung did not reach an agreement on a business partnership. Samsung nonetheless used Viagan's LED technology discussed at the meetings and disclosed in Application No. 13/413,293 in Samsung's products. On information and belief, Samsung did not engage in these discussions with Viagan in good faith, but instead Samsung's intent was to use the discussions as a pretense to learn more about Viagan's proprietary LED technology, including the technology disclosed in Application No. 13/413,407 and claimed by the '822 Patent. Samsung then knowingly and intentionally incorporated Viagan's LED technology, including that disclosed in Application No. 13/413,407, into its products, despite having actual knowledge of Application No. 13/413,407, and later the '822 Patent.

180.     In 2015, two years after meeting with Viagan's  and being taught of Viagan's LED technology, Samsung released "flip-chip" LED products, which Samsung also refers to alternatively as its "TF" LED chip technology. Samsung's flip-chip LED products / TF LED chip technology bears striking resemblance to Viagan's technology, which is no coincidence. Samsung's May 4, 2015 world-wide press release announcing new flip-chip LED products proclaimed the new structure "allow[ed] the LED chip to have the shortest distance from the junction to the base of the package, and eliminate[d] the need for metal wire bonding in the packaging process. The changes enable much lower heat resistance compared to conventional epi-up chip technology…." All of these features, however, were features and benefits of Viagan's LED technology, as disclosed and patented in the '822 Patent and patented application, and as Viagan disclosed to and taught Samsung at the meetings years earlier. The Samsung Galaxy S22 and S24

flash LEDs are examples of Samsung's flip-chip LED products, which Samsung based on Viagan's technology.

181.    Samsung published an article explaining at a high level its flip-chip LED technology. It incorporated a high-level cartoon drawing of its flip-chip, which is remarkably similar to a drawing of Viagan's flip-chip technology dated November 2012 and that Viagan had provided to Samsung in 2013. Samsung's figures show that it adopted from Viagan, among other things, a flipped LED, recessed electrode to the n-doped region of GaN, metallization to the p-doped regions, an apparent intrinsic region between the p- and n-doped regions, passivation, and an upper phosphor layer. Again, this was no coincidence.



| **Source:** Viagan Presentation to Samsung (Production No. Samsung-LWS00109334) | **Source:** "Samsung Flip Chip Technology" https://led.samsung.com/insights/insights-detail-2/ |
|---|---|

182.    On information and belief, based on their past meetings and discussions with Viagan and the prior identification of Application No. 13/413,407, Samsung had actual knowledge of the '822 patent application when it was pending, had actually knowledge of the published patent application US2012/0286311 when it was published, and had actually knowledge of the '822 Patent upon its issuance. Alternatively, at the latest, Samsung had actual knowledge of the '822 Patent upon its receipt of Plaintiff's Original Complaint. Since Samsung requested reexamination of the '822 Patent, it also had actual knowledge of the Reexamination Certificate when it was issued. Yet, Samsung did not and has not taken any steps to design around or otherwise avoid infringing the '822 Patent, either upon the issuance of the '822 Patent, its receipt of Plaintiff's Original Complaint and/or upon the issuance of the Reexamination Certificate. Samsung knowingly incorporated the technology disclosed in Application No. 13/413,407,

and that Viagan had previously discussed with Samsung, into its products and did not take any remedial steps to avoid infringement upon issuance of the '822 Patent. Further, Samsung has continued to release new products containing the technology disclosed in and claimed by the '822 Patent.

183.    Despite Samsung's actual knowledge of the '822 Patent upon its issuance and Samsung's actual knowledge of Application No. 13/413,407 since as early as 2013, Samsung has continued to act recklessly and continues to willfully, wantonly, and deliberately infringe the '822 Patent. Samsung's bad faith intent concerning the discussions with Viagan and its subsequent and continued intentional infringement of the '822 Patent in these circumstances constitutes egregious conduct.

184.    Starting as early as April 2013, Viagan (the previous owner of the Asserted Patents prior to their assignment to LED Wafer Solutions LLC) had a series of meetings and discussions with Seoul Semiconductor regarding Viagan's LED technology. Representatives of Viagan had discussions with representatives of Seoul Semiconductor for the purpose of exploring a potential business partnership between Viagan and Seoul Semiconductor and exploring Seoul Semiconductor's potential use or adoption of Viagan's LED technology. At this meeting, and in other related discussions, Viagan presented its proprietary LED technology to Seoul Semiconductor, including to technical personnel such as Eunee Chun, an employee of Seoul Semiconductor. During these discussions, Viagan informed Seoul Semiconductor that Viagan had pending patent applications covering Viagan's LED technology and specifically identified the application from which the '822 Patent claims priority as a continuation, i.e. Application No. 13/413,407 filed on March 6, 2012, as one such application covering the proprietary LED technology that Viagan was discussing with Samsung. The U.S. patent office had previously published the then-pending 13/413,407 patent application on September 6, 2012 as publication no. US2012/0286311.

185.    On information and belief, due in part to these past discussions, Seoul Semiconductor has had actual knowledge of the 13/413,407 patent application when it was pending, had actually knowledge of the published patent application US2012/0286311 when it was published, and had actually knowledge of the '822 Patent since its issuance, or at the latest, since its receipt or review of Plaintiff's Original Complaint. Since Seoul Semiconductor was involved in requesting reexamination of the '822 Patent, it

1    also had actual knowledge of the Reexamination Certificate when it was issued. Yet Seoul Semiconductor

2    did not and has not taken any steps to design around or otherwise avoid infringing the '822 Patent, either

3    upon the issuance of the '822 Patent, its receipt of Plaintiff's Original Complaint and/or upon the issuance

4    of the Reexamination Certificate. Seoul Semiconductor knowingly incorporated the technology disclosed

5    in Application No. 13/413,407, and that Viagan had previously discussed with Seoul Semiconductor, into

6    its products and did not take any remedial steps to avoid infringement upon issuance of the '822 Patent.

7    Further, Seoul Semiconductor has continued to release new products containing the technology disclosed

8    in and claimed by the '822 Patent.

9        186.    Furthermore, on information and belief, as a supplier to Samsung in 2013, Seoul

10    Semiconductor relayed information about Viagan's proprietary LED technology and pending patent

11    applications to Samsung, thereby providing Samsung with further knowledge of Application No.

12    13/413,407 and the '822 Patent.

13        187.    The validity of the '822 Patent has been confirmed. In November 2021, Samsung filed a

14    petition for *inter partes* review of the '822 Patent. *See* IPR2021-01526. The Patent Trial and Appeal Board

15    denied institution of Samsung's petition for *inter partes* review. In the *inter partes* review proceedings,

16    the Petitioner—who is a Defendant in this litigation—cited numerous prior art references, to attempt to

17    establish that claims of the '822 Patent, including the asserted claims, were invalid. Yet the PTAB denied

18    institution, finding that the Petitioner/Defendant had failed to establish a "reasonable likelihood" that any

19    claim of the '822 Patent was invalid.

20        188.    Facing the Patent Trial and Appeal Board's denial of Defendant's IPR petition, Samsung

21    filed a request for *ex-parte* reexamination of the '822 Patent, hoping that the United States Patent and

22    Trademark Office's lower threshold and evidentiary standards would bear fruit including, for example, a

23    substantial new question of patentability rather than reasonable likelihood of invalidity, broadest

24    reasonable interpretation, and no presumed validity. *See* Reexamination Request 90/015,130. The United

25    States Patent and Trademark Office granted Samsung's requests for *ex parte* reexamination of the '822

26    Patent. Over 200 references were cited during the reexamination and considered by the patent examiner.

27    After thorough review, the United States Patent and Trademark Office concluded that original independent

28

claim 1 was patentable with immaterial and insubstantial amendments, original dependent claims 2-10 were patentable, and it allowed new claims 11-20. *See* Ex Parte Reexamination Certificate for U.S. Patent No. 9,786,822, which is attached hereto as Exhibit F.

189.    Because the PTAB rejected two extensive IPR invalidity challenges to the '822 Patent, the United States Patent and Trademark Office confirmed in reexamination the patentability of '822 claims, including that all of the claims previously asserted by Led Wafer Solutions LLC[4] were patentable with immaterial and insubstantial amendments, and the United States Patent and Trademark Office granted an additional ten claims in the '405 Patent, Defendants cannot reasonably believe that they have a viable invalidity defense. Yet Defendants continue to make, use, sell, offer for sale, and import into the United States products that Defendants know infringe the '822 Patent, including but not limited to the Galaxy S22 and S24 mobile phones – without any authority or basis to do so, let alone a reasonable basis. Further, to this day, Defendants continue to instruct their customers as to the use of the infringing LED flash on the Galaxy S22 and S24, thus knowingly inducing their customers to infringe the '822 Patent on a daily basis (as explained further below). Defendants' decision to persist in known, clearly-infringing conduct, despite the lack of any viable invalidity defense, is further evidence of "egregiousness."

190.    Furthermore, on information and belief, as a supplier to Samsung in 2013, Seoul Semiconductor relayed information about Viagan's proprietary LED technology and pending patent applications to Samsung, thereby providing Samsung with further knowledge of Application No. 13/413,407 and the '822 Patent.

191.    The validity of the '822 Patent has been confirmed. Samsung filed a petition for *inter partes* review of the '822 Patent. *See* IPR2021-01526. The Patent Trial and Appeal Board denied institution of Samsung's petition for *inter partes* review. In the *inter partes* review proceeding, Samsung cited numerous prior art references, to attempt to establish that claims of the '822 Patent, including the asserted claims, were invalid. Yet, the PTAB denied institution, finding that the Samsung had failed to establish a "reasonable likelihood" that any claim of the '822 Patent was invalid. Because the PTAB has already rejected an extensive invalidity challenge to the '822 Patent, Defendants cannot reasonably believe that

---

[4] *See* Plaintiff's Disclosure of Asserted Claims and Infringement Contentions served on Defendants on November 23, 2022.

1  they have a viable invalidity defense. Defendants' decision to persist in known, clearly-infringing conduct,

2  despite the lack of any viable invalidity defense, is further evidence of "egregiousness."

3      192.    Although Samsung has incorporated Viagan's patented technology as set forth in this

4  Complaint, Samsung has no license to use the technology described in Viagan's technical materials and

5  claimed and disclosed in the '822 Patent, which has now been assigned to LED Wafer Solutions LLC.

6      193.    Defendants' risk of infringement of the Asserted Patents was either known or was so

7  obvious that it should have been known to Defendants.

8      194.    Notwithstanding this knowledge, Defendants have knowingly or with reckless disregard

9  willfully infringed the '822 Patent. Defendants have had actual notice of the '822 Patent and infringement

10 thereof and acted despite an objectively high likelihood that their actions constituted infringement of

11 Plaintiff's valid patent rights, either literally or equivalently.

12     195.    For at least the foregoing reasons, Defendants' conduct has been and continues to be willful

13 and egregious and Plaintiff seeks enhanced damages pursuant to 35 U.S.C. §§ 284 and 285.

14                           **Indirect, Induced Infringement**

15     196.    Plaintiff incorporates by reference the allegations in the preceding paragraphs as if fully

16 set forth herein as to Defendants' knowledge of the '822 patent.

17     197.    Defendants have induced and are knowingly inducing their distributors, testers, trainers,

18 customers, and/or end-users to directly infringe the '822 Patent, with the specific intent to induce acts

19 constituting infringement, and knowing that the induced acts constitute patent infringement, either literally

20 or equivalently.

21     198.    Defendants' indirect infringement includes, for example, providing data sheets, technical

22 guides, demonstrations, software and hardware specifications, installation guides, and other forms of

23 support that induce their customers and/or end-users to directly infringe the '822 Patent.

24     199.    Defendants' indirect infringement additionally includes marketing their products for

25 import by their customers into the United States. Defendants' indirect infringement further includes

26 providing product specifications instructing its customers on infringing uses of the accused products. The

27 '822 Accused Products are designed in such a way that when they are used for their intended purpose, the

28

user infringes the '822 Patent, either literally or equivalently. Defendants know and intend that customers who purchase the '822 Accused Products will use those products for their intended purpose. For example, Defendants' United States website, https://www.samsung.com, instructs customers to use the '822 Accused Products in numerous infringing applications. Defendants' customers directly infringe the '822 patent when they follow Defendant's provided instructions, including by using and importing the structure claimed in the '405 patent. Defendants specifically intend that their customers, such as United States distributors, retailers and consumer product companies, will import, use, and sell infringing products in the United States to serve and develop the United States market for Defendants' infringing products.

200.    Defendant's website instructs customers and/or end-users to "use the flashlight on your Galaxy phone." *See* https://www.samsung.com/us/support/answer/ANS00084162/. The S22 and S24 are Galaxy phones.



201.    Defendant's website instructs customers and/or end-users to use the "flashlight feature [that] uses the phone's camera LED as a bright light that can illuminate the area around you." *See* https://www.samsung.com/us/support/answer/ANS00084162/;                *see            also* https://www.samsung.com/us/support/answer/ANS10003351/.



202.    Defendant's website instructs customers and/or end-users to adjust the brightness of the phone's camera LED when using it as a flashlight. *See* https://www.samsung.com/us/support/answer/ANS00084162/; *see also* https://www.samsung.com/us/support/answer/ANS10003351/.

203.    Defendants know a third party that follows their instructions directly infringes claims of the '822 Patent via at least the use of the structure claimed in the '822 patent, including Defendants' customers who follow Defendants' provided instructions.

204.    Defendants thus actively induce the direct infringement of third parties, constituting infringement of claims of the '822 patent by Defendants under 35 U.S.C. § 271(b).

205.    As a result of Defendants' infringement, Plaintiff has suffered monetary damages, and is entitled to an award of damages adequate to compensate it for such infringement which, by law, can be no less than a reasonable royalty, together with interest and costs as fixed by this Court under 35 U.S.C. § 284.

## V.  NOTICE

206.    LED Wafer has complied with the notice requirement of 35 U.S.C. § 287. This notice requirement has been complied with by all relevant persons at all relevant times.

## VI.  JURY DEMAND

207.    Plaintiff demands a trial by jury of all matters to which it is entitled to trial by jury, pursuant to FED. R. CIV. P. 38.

## VII.  PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment and seeks relief against Defendants as follows:

A.    That the Court determined that one or more claims of the Asserted Patents is infringed by Defendants, both literally and under the doctrine of equivalents;

B.    That the Court determine that one or more claims of the Asserted Patents is indirectly infringed by Defendants;

C.    That the Court award damages adequate to compensate Plaintiff for the patent infringement that has occurred, together with prejudgment and post-judgment interest and costs, and an ongoing royalty for continued infringement;

D.    That the Court permanently enjoin Defendants pursuant to 35 U.S.C. § 283;

E.    That the Court find this case to be exceptional pursuant to 35 U.S.C. § 285;

F.    That the Court determined that Defendants' infringements were willful;

G.    That the Court award enhanced damages against Defendants pursuant to 35 U.S.C. § 284;

H.    That the Court award reasonable attorneys' fees; and

I.    That the Court award such other relief to Plaintiff as the Court deems just and proper.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted,

Dated: _____

/s/ _____

Jon A. Birmingham (Cal. Bar No. 271034)
jbirmi@fitcheven.com
FITCH, EVEN, TABIN & FLANNERY LLP
20929 Ventura Boulevard, Suite 47403
Woodland Hills, CA 91364
Tel: (818) 650-1392
Fax: (312) 577-7007

Mark S. Raskin (admitted *pro hac vice*)
mraskin@fitcheven.com
Robert A. Whitman (admitted *pro hac vice*)
rwhitman@fitcheven.com
FITCH, EVEN, TABIN & FLANNERY LLP
120 South LaSalle Street, Suite 2100
Chicago, IL 60603
Telephone: (312) 577-7000

Karen J. Wang (Cal. Bar No. 255391)
kwang@fitcheven.com
FITCH, EVEN, TABIN & FLANNERY LLP
12707 High Bluff Drive, Suite 330
San Diego, CA 92130
Telephone: (858) 552-1311

*Attorneys for Plaintiff*
*LED Wafer Solutions LLC*

# Exhibit A

US008941137B2

(12) **United States Patent**
Margalit

(10) **Patent No.:** US 8,941,137 B2
(45) **Date of Patent:** *Jan. 27, 2015

(54) **LIGHT EMITTING DIODE PACKAGE AND METHOD OF MANUFACTURE**

(76) Inventor: **Mordehai Margalit**, Zichron Yaaqov (IL)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **13/413,407**

(22) Filed: **Mar. 6, 2012**

(65) **Prior Publication Data**

US 2012/0286311 A1 Nov. 15, 2012

**Related U.S. Application Data**

(60) Provisional application No. 61/449,685, filed on Mar. 6, 2011, provisional application No. 61/449,686, filed on Mar. 6, 2011.

(51) **Int. Cl.**
| | |
|---|---|
| *H01L 33/00* | (2010.01) |
| *H01L 21/00* | (2006.01) |
| *H01L 33/52* | (2010.01) |
| *H01L 33/58* | (2010.01) |
| *H01L 33/50* | (2010.01) |
| *H01L 33/60* | (2010.01) |

(52) **U.S. Cl.**
CPC ............... *H01L 33/52* (2013.01); *H01L 33/58* (2013.01); *H01L 33/50* (2013.01); *H01L 33/60* (2013.01); *H01L 2933/005* (2013.01)
USPC .......... **257/98**; 257/99; 257/E33.067; 438/26; 438/27; 438/29

(58) **Field of Classification Search**
USPC ........ 257/88, 98, 99, 100, 676, 778; 438/458,

438/455, 492, 22, 123, 27, 28, 29; 362/311, 362/351
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,501,091 B1 | 12/2002 | Bawendi et al. | |
| 7,232,754 B2 | 6/2007 | Kirby et al. | |
| 7,910,940 B2 | 3/2011 | Koike et al. | |
| 7,951,625 B2 | 5/2011 | Kamei | |
| 8,278,213 B2 | 10/2012 | Kameyama et al. | |
| 2003/0006418 A1* | 1/2003 | Emerson et al. | 257/79 |
| 2005/0017258 A1* | 1/2005 | Fehrer et al. | 257/98 |
| 2006/0006404 A1* | 1/2006 | Ibbetson et al. | 257/99 |
| 2006/0011935 A1* | 1/2006 | Krames et al. | 257/99 |
| 2006/0073692 A1 | 4/2006 | Yoshida et al. | |
| 2006/0081869 A1* | 4/2006 | Lu et al. | 257/99 |
| 2006/0284321 A1 | 12/2006 | Wu et al. | |

(Continued)

FOREIGN PATENT DOCUMENTS

WO 2011033516 A1 3/2011

*Primary Examiner* — Mary Wilczewski
*Assistant Examiner* — Erik T Peterson
(74) *Attorney, Agent, or Firm* — Intrinsic Law Corp.; Ibrahim M. Hallaj

(57) **ABSTRACT**

A light emitting diode (LED) device and packaging for same is disclosed. In some aspects, the LED is manufactured using a vertical configuration including a plurality of layers. Certain layers act to promote mechanical, electrical, thermal, or optical characteristics of the device. The device avoids design problems, including manufacturing complexities, costs and heat dissipation problems found in conventional LED devices. Some embodiments include a plurality of optically permissive layers, including an optically permissive cover substrate or wafer stacked over a semiconductor LED and positioned using one or more alignment markers.

**11 Claims, 18 Drawing Sheets**



US 8,941,137 B2

Page 2

(56)            **References Cited**

U.S. PATENT DOCUMENTS

2007/0166851  A1*  7/2007  Tran et al.  ...................... 438/22
2008/0068845  A1*  3/2008  Aida et al.  ................... 362/311
2009/0108283  A1    4/2009  Kadotani et al.
2009/0173958  A1*  7/2009  Chakraborty et al.  ......... 257/98
2009/0267096  A1*  10/2009  Kim  ............................... 257/98

2009/0273002  A1*  11/2009  Chiou et al.  .................... 257/99
2009/0283787  A1*  11/2009  Donofrio et al.  ............... 257/98
2009/0291518  A1    11/2009  Kim et al.
2009/0315054  A1*  12/2009  Kim et al.  ....................... 257/98
2010/0053929  A1*  3/2010  Bisberg  ............................ 362/84
2010/0148193  A1*  6/2010  Duong et al.  ................... 257/88
2010/0207145  A1    8/2010  Yoo
2011/0006322  A1*  1/2011  Li et al.  ........................... 257/98

* cited by examiner



Fig. 1
(Prior Art)



Fig. 2
(Prior Art)





Fig. 3
(Prior Art)

40



430                                      400

425



GaN layers

Carrier

420

Fig. 4



Fig. 5



Fig. 6



Fig. 7





Fig. 8





Fig. 9



Fig. 10



Fig. 11



Fig. 12



Fig. 13



Fig. 14





Fig. 15



Fig. 16

1701



Fig. 17



Fig. 18

US 8,941,137 B2

1

## LIGHT EMITTING DIODE PACKAGE AND METHOD OF MANUFACTURE

### RELATED APPLICATIONS

This application is related to and claims the benefit and priority of U.S. Provisional Application Nos. 61/449,685 and 61/449,686, both filed on Mar. 6, 2011, which are hereby incorporated by reference.

### TECHNICAL FIELD

The present application is directed to a light emitting diode (LED) device implemented on a wafer cover layer and provided with features permitting efficient and repeatable manufacture of the same.

### BACKGROUND

A light emitting diode (LED) is a semiconductor device that is configured to receive electrical power or stimulation and to output electromagnetic radiation, commonly in the visible range of the spectrum (light). Portions of a LED comprise doped semiconductor materials that operate to combine charge in a way that releases said light energy from the body of the LED material. The output energy or light is determined by the band gap of the semiconductor materials and operating conditions of the LED.

Light emitting diodes (LEDs) compare favorably to other sources of light and are especially useful in certain applications and markets. For example, LED lighting generally provides advantages with respect to energy efficiency, compact, rugged, long-lasting design and form factor, as well as other features. LED lighting compares favorably with other sources in the amount of light energy generated in the visible electromagnetic spectrum compared to the infra-red or heat energy wasted by the light source. In addition, LED lights include fewer environmentally damaging components when compared to other light forms, and therefore provide better compliance with restrictions on hazardous substances (RohS) regulations.

That said, conventional LED devices can be relatively costly to manufacture by some metrics when compared to other light sources. One reason for this is the exacting packaging requirements for manufacturing LEDs. LED packaging calls for proper clean conditions, micro-fabrication facilities similar to other semiconductor manufacturing operations, sealing requirements, optical requirements, the use of phosphor in LED applications, as well as packaging that is designed to handle the conduction of heat generated in the devices.

Conventional LED packaging includes silicon (Si) or Ceramic based carrier substrates. The LEDs can be mounted on the carrier, or alternatively the many LEDs can be mounted on a wafer of the carrier and the LEDs are singulated at the end of the packaging process. The wafer based approach is termed wafer level assembly packaging (WLP). However, these conventional techniques require the use of a carrier substrate to support the LED, which can double the cost of making and packaging the LED device. In addition, the carrier substrate greatly increases the thermal resistivity of the device and adversely affects its heat removal characteristics.

Accordingly, there is a need for LED devices that do not suffer from some or all of the above problems.

### SUMMARY

A light emitting diode (LED) device and packaging for same is disclosed. In some aspects, the LED is manufactured by epitaxial growth or other chemical or physical deposition techniques of a plurality of layers. Certain layers act to promote mechanical, electrical, thermal, or optical characteristics of the device. The device avoids design problems, including manufacturing complexities, costs and heat dissipation problems found in conventional LED devices. Some embodiments include a plurality of optically permissive layers, including an optically permissive cover substrate or wafer stacked over a semiconductor LED and positioned using one or more alignment markers.

Some embodiments are directed to a light emitting device, comprising a semiconductor LED including doped and intrinsic regions thereof; a conducting carrier layer disposed proximal to a first surface of said semiconductor LED and separated therefrom by a metallic interface; an optically permissive layer proximal to a second surface of said semiconductor LED, said first and second surfaces of said semiconductor LED being on opposing faces thereof; an optically definable material proximal to or within said optically permissive layer that affects an optical characteristic of emitted light passing therethrough; and an optically permissive cover substrate covering at least a portion of the above components.

Other embodiments are directed to ways of making such a light emitting device or a group of devices on a wafer in a manufacturing context. Specifically, embodiments are directed to a method for making a light emitting device, the method comprising forming a plurality of doped layers in a light emitting device (LED) disposed on conductive carrier layer; forming a recess in said conductive carrier layer and said LED so as to allow electrical contact with a first doped layer of said LED at a depth of said first doped layer in said LED; providing electrical contact to a second doped layer of said LED proximal to said conductive layer so as to bias the LED using a bias voltage applied between said first and second doped layers of the LED; and securing the LED to an optically permissive cover substrate using an optically permissive layer including an optically definable material through which light generated by said LED can pass.

### BRIEF DESCRIPTION OF THE DRAWINGS

For a fuller understanding of the nature and advantages of the present concepts, reference is made to the following detailed description of preferred embodiments and in connection with the accompanying drawings, in which:

FIG. 1 illustrates a semiconducting LED layer above a sapphire layer according to the prior art;

FIG. 2 illustrates an exemplary light emitting device or LED formed by laser liftoff according to the prior art;

FIG. 3 illustrates an exemplary light emitting device resulting from the laser liftoff according to the prior art;

FIG. 4 illustrates a device having a metal pad deposited on a portion of the GaN layers of the device;

FIG. 5 illustrates a top view of the above device;

FIG. 6 illustrates a cross sectional view of an exemplary light emitting device;

FIG. 7 illustrates an LED device in a top view thereof;

FIG. 8 illustrates another exemplary cross sectional view of a LED device;

FIG. 9 illustrates a light emitting device similar to those described above except that a recess is etched into the carrier layer;

FIG. 10 illustrates yet another exemplary light emitting device cross section;

FIG. 11 illustrates an exemplary light emitting device similar to the last described devices including a passivation layer;

US 8,941,137 B2

3                                                           4

FIG. **12** shows a similar device to those described above, with its passivation layer being cut;

FIG. **13** illustrates a shaped edge of the above passivation layer in a light emitting device;

FIG. **14** illustrates another exemplary light emitting LED device;

FIG. **15** illustrates yet another exemplary light emitting device;

FIG. **16** illustrates still another embodiment of a light emitting device;

FIG. **17** illustrates an exemplary light emitting LED device; and

FIG. **18** illustrates how more than one LED device like those described above can be manufactured on a single manufacturing platform or wafer.

DETAILED DESCRIPTION

Modern LED devices are based on semiconducting materials and their properties. For example, some LEDs are made using gallium nitride (GaN) which is a type of bandgap semiconductor suited for use in high power LEDs. GaN LEDs are typically epitaxially grown on a sapphire substrate. These LEDs comprise a P-I-N junction device having an intrinsic (I) layer disposed between a N-type doped layer and a P-type doped layer. The device is driven using suitable electrical driving signals by way of electrodes or contacts coupled to the N and the P type portions of the LED. Electronic activity causes the emission of visible electromagnetic radiation (light) from the intrinsic portion of the device according to the electromotive force applied thereto and configuration of the device.

The embodiments described and illustrated herein are not meant by way of limitation, and are rather exemplary of the kinds of features and techniques that those skilled in the art might benefit from in implementing a wide variety of useful products and processes. For example, in addition to the applications described in the embodiments below, those skilled in the art would appreciate that the present disclosure can be applied to making and packaging power integrated circuit (IC) components, radio frequency (RF) components, micro electro-mechanical systems (MEMS), or other discrete components.

FIG. **1** illustrates a light emitting device or LED device, **10** such as those described above, having a GaN layer **100**, which is a semiconductor LED, disposed on a sapphire layer **110**. The device of FIG. **1** is usually processed using some semiconductor micro fabrication techniques. In some examples, portions of the LED (GaN layer) are etched away or removed using techniques known to those skilled in the art. Other applications of conducting and non-conducting layers are applied to such a base design, along with channels and vias for various functionality as will be described below.

FIG. **2** illustrates an exemplary light emitting device or LED **20** including a semiconductor (e.g., GaN) layer **200** disposed on a sapphire, or Silicon wafer **210**. The LED layer **200** is further coupled on one side to a thermally and electrically conductive carrier layer **220**, which may be Copper or Silicon. A metallic interface **225** separates but provides an interface for GaN layer **200** and carrier layer **220**. In another embodiment, the LED layers are grown on a Silicon Carbide wafer, the Silicon Carbide wafer is electrically conductive and optically transparent. Hence it does not need to be removed and may be maintained. The electrically conductive aspect of it will be addressed in the specific description.

Laser liftoff is applied (represented by **230**) to cause separation of LED GaN layer **200** from underlying sapphire layer

**210**. The resulting structure after the step of laser liftoff is shown in FIG. **3**. In the case of a Silicon Carbide wafer there is no need for the laser lift off and the structure contains the Silicon Carbide wafer. In the case of Silicon, an alternative option to laser lift off is the chemical etching of the Silicon wafer.

FIG. **3** illustrates a light emitting device **30** comprising a semiconductor LED layer **300**, a metallic interface **325** and a Copper or Silicon (or similar) carrier layer **320**.

FIG. **4** illustrates a device similar to that of FIG. **3** with a metal pad **430** deposited on a portion of the GaN layers **400** of the device. In an embodiment, the GaN layer comprises a P-I-N junction having strata therein including a P-type doped layer, a N-type doped layer and an intrinsic (I) semiconductor layer in the middle between the P and N type layers. In operation, electrons flowing from the N type layer, recombine with holes flowing from the P-type layer in the intrinsic layer. The recombination results in the emission of a photon with a wavelength corresponding to the band gap of the semiconductor.

FIG. **5** illustrates a top view of the same device. The figure shows the relative configuration of the metal pad **530** connected to a mesh, labyrinthine or convoluted or serpentine or fingered top electrode **540**, which conducts bias current in the top layer of the GaN LED layers **500**.

It should be appreciated that GaN type LEDs are not the only kind of LED materials that can be employed in the present discussion, but that the present description is merely illustrative so that those skilled in the art can appreciate some preferred embodiments and methods for making and designing the present LEDs. Similarly, in the following preferred and exemplary illustrations, it is to be understood that many other similar and equivalent embodiments will be apparent to those skilled in the art and which accomplish substantially the same result. This is true as to variations in the geometry, layout, configurations, dimensions, and choice of materials and other aspects described in the present examples. Specifically, certain described elements and steps can be omitted, or others can be substituted or added to that which is described herein for the sake of illustration without materially affecting the scope of the present disclosure and inventions. Furthermore, the embodiments can also be used for additional electronic devices such as power transistors (power IC), RF components (RFIC) as well as Micro Electro Mechanical systems (MEMs).

FIG. **6** illustrates a cross sectional view of an exemplary light emitting device **60**. The device **60** includes the GaN LED layer **600** separated from the carrier layer **620** by a metallic interface **625** as described above. Metal pad **630** is disposed on the LED layer **600**.

An optically transparent or transmissive adhesive layer **640** is placed against the opposing side of the LED material **600** than the carrier **620** is (meaning, one face of the LED **600** is proximal to the carrier **620** and the other opposite face of the LED **600** is proximal to the transparent adhesive layer **640**. The transparent or optically permissive adhesive layer **640** may be composed of silicone or some other suitable material that can provide adhesion or epoxy quality to bond or mechanically couple elements of light emitting device **60**. In an additional embodiment, the adhesive layer may be photo definable. In case the Silicon Carbide wafer is kept, in an additional embodiment, the adhesive is index matched to the Silicon Carbide to reduce optical reflections at the interface. In other cases the adhesive layer refractive index, or composition, can be designed to minimize reflections from the GaN layers.

US 8,941,137 B2

5

Within, or contiguous to transparent or optically permissive adhesive layer **640** is a region containing phosphor and/or quantum dot material (QD) **645**. In operation, photons emitted from LED layer **600** travel through said optically transparent adhesive layer **640** and the region containing the phosphor and/or quantum dots **645**. This causes color (wavelength) control and emission of selective desired light out of the LED device as further described herein.

One, two or more alignment marks **650** are provided on or in the transparent adhesive layer **630** and are used to align the LED body over a cover substrate **655** sheet and generally in an extended wafer structure during manufacture. The cover substrate **655** provides structural presence and mechanical coupling for elements of the LED device **60**. The cover substrate **655** is also transparent or optically permissive to light in the wavelength emitted by LED layer **600** and Phosphor layer.

In some embodiments, an optical lens **660** may be placed on the cover substrate **655** substantially above the body of the LED emitting portions of the device **60**. The lens **660** can act to spread, diffuse, collimate, or otherwise redirect and form the output of the LED.

FIG. **7** illustrates an LED device **70** in a top view thereof. The device includes substantially the elements described above with regard to FIG. **6**, including an LED emitting body **700** and positioning or alignment markers **750**, lens **760**, arranged on a patterned cover substrate **710**, and including metal pad **730** thereon. In an embodiment, the LED is positioned with respect to said alignment marks **750**. Between adjacent LEDs on a wafer there is a space of, e.g., 50 microns for subsequent processing and dicing of the LEDs.

The LEDs are individually assembled on a carrier wafer, with the GaN layers facing the carrier wafer. In case of Silicon Carbide, the Silicon Carbide would be facing the carrier. The carrier wafer layer is of optically transparent material such as glass or plastic as described above. The cover can include other optical components such as lenses or light diffusing structures or light guiding structures. As mentioned, the phosphor or quantum dot layers enable the conversion of the light generated by the LED to other colors. The most common is the use of phosphor to enable White light from a blue LED. In one embodiment the lens shape is created by the surface tension of a drop of polymer or silicone material. In another embodiment the lens is created by hot embossing of a polymer, which is applied to one side of the carrier wafer. The carrier wafer may be further patterned to create specific drop shapes, sizes and desired surface qualities.

The system may be coupled to other optical elements as would be appreciated by those skilled in the art. One or more optical lens or assembly of optical lenses, Fresnel lenses, filters, polarizing elements, or other members can be used to further affect the quality of the light provided by the LED device.

FIG. **8** illustrates another exemplary cross sectional view of a LED device **80**. Standoff structures **837**, made of a suitable mechanically supportive material are created on the carrier wafer. The standoff structures **837** can comprise a thermoplastic material and created by embossing or injection molding, or the structures can be made by applying a layer of photo definable material such as polymide or solder mask and exposing the material to light using a suitable mask. The standoff structures **837** can be used to encase the QD or phosphor material **845**, or alternatively to provide a cavity for the material deposition.

FIG. **9** illustrates a light emitting device **90** similar to those described above except that a recess is etched into the carrier layer **920** exposing the metallic interface **925** separating the

6

carrier layer **920** from the GaN LED layers **900**. The recess **922** can form the basis for electrical contact points for the device.

FIG. **10** illustrates yet another exemplary light emitting device **1001** cross section. Here, the recess **1022** has been etched or created deeper into the device so that it extends through the carrier layer **1020** and the metallic interface **1025** and also into GaN layer **1000** all the way to reach the metal pad **1030**. Electrical contact with the exposed components is possible, or the assembly can be further filled with suitable materials as described below.

FIG. **11** illustrates an exemplary light emitting device **1101** similar to the last described devices including a passivation layer **1170** that has been applied to surround certain portions of the device around LED semiconducting layer **1100**, metallic interface **1125**, and carrier layer **1120**. The passivation material **1170** fills the cavity or recess **1122** described earlier. The passivation layer **1170** can comprise a non conductive layer and can be composed of SiO2, SiN, AlN, Al2O3 or an organic material such as epoxy, or electrophoretic deposited paint as used in the car industry, or spray coated. In one embodiment, the passivation layer **1170** has a thickness that ranges from 1 to 40 microns, depending on the material and required electrical passivation level. In an embodiment, the passivation layer **1170** covers in a conformal manner the space between LEDs during manufacture. In another embodiment the spacing between the LEDs is not covered, or alternatively is revealed in a mechanical process such as dicing. The other elements of LED device **1101** are similar to similar elements described above.

In an additional embodiment the passivation layer can be designed to be reflective by incorporating appropriate material particles within such as ZnO. The passivation layer is also removed to enhance the heat conduction of the LED. Hence to optimize the heat conductance, a maximal contact should be made between the metal and metal pads on the LED and the metal layer. This is done by opening the largest possible area on the passivation layer and preferably greater than 80%. If the LED is designed with a thermal pad structure then the P connection can be connected to thermal and P pad or alternatively three metal connections are facilitated, N, P and thermal.

In another embodiment, the passivation is also removed in areas where there is no metal layer, only the electrically insulating layer. This can occur, if instead of the LED described previously, a standard LED is used in which the metal covers only a small portion of the top of the LED. In this case the metal layer deposited in this stage will provide the heat removal and light reflection. In this manner, the exposed portions of the LED will extend beyond the metal areas. The newly deposited metal will again cover substantially all of the LED structure. In another embodiment, if the electrical passivation layer is optically reflecting and heat conducting the layer may be maintained and the metal passivation will cover substantially all the LED area but will make a direct connection to the LED metal pads, and in other areas the connection layers would be through the passivation layer, i.e. the layer stack would be, LED, LED passivation layer, packaging passivation layer which provides low thermal resistance and light reflection, packaging metal for heat conduction.

FIG. **12** shows a similar device **1201** to those described above, except the passivation layer **1270** has been cut and dimensioned to expose a shoulder **1202** in the device, which can be shaped in a beveled or contoured or angled way as shown in FIG. **13** to provide a mirrored surface **1302** for reflecting light out of the light emitting device **1301**. The passivation layer **1370** or shoulders **1302** can be patterned in

US 8,941,137 B2

7

a manner to provide for example optical reflectivity by angling or shaping the edges of passivation layer **1370** or shoulders **1302**.

FIG. **14** illustrates another exemplary light emitting LED device **1401**. Similarly numbered elements discussed earlier are common to or similar to those in this exemplary embodiment. Here, contact holes **1472**, **1474** are drilled or etched into passivation layer material **1470**, in one embodiment by use of a laser. This exposes a first contact **1472** at metal pad **1430** and a second contact **1474** at carrier **1420**. If SiN or SiO2 are used, a plasma etch can also be used to create the contact holes. If the passivation layer is photo definable, a lithography step can expose the pads. In another embodiment the organic passivation layer is etched using a hard mask made of inorganic material such as a thin metal or insulating layer and then using plasma etch to remove the organic material.

If a laser is used to drill through the passivation layers **1570** as shown in FIG. **15**, the laser drilling can either stop at the metal pad (blind via) as above, or it can continue so as to cut through the metal pad **1530** as shown in FIG. **15** to make electrical contact therewith.

It is noted that passivation layer **1570** is cut or etched away as stated above so as to provide conducting access at least to the N-type semiconductor proximal to laser drilled recess **1572** and the P-type semiconductor proximal to the metallization layer as described earlier.

FIG. **16** illustrates yet another embodiment of a light emitting LED device **1601**. Here, a metal seed layer **1680** is applied over the passivation layer **1670**. The metal seed layer **1680** may be composed of any of titanium, chrome, nickel, palladium, platinum, copper or combinations of these. The seed layer can be thickened using sputtering over the initial seed layer. In one embodiment the seed layer **1680** is patterned using electrophoretic deposited photo resist, spray coating resist, or thick resist, in one embodiment greater than 50 microns. The resist is patterned to create the electrical routing connections and under bump metallization (UBM).

After patterning the resist, a thick metal layer, in one preferred embodiment between 10 and 40 microns is plated in the defined patterns. The resist is removed and the bare seed layer is etched, in one non-limiting embodiment by using a wet metal etch. In one embodiment a solder mask is applied to form such a layer. In operation, the layer **1680** provides enhanced electrical conductivity between external electrical components and the metallization layer or conducting pads of the device. This layer **1680** also provides maximum enhanced heat removal from LED layer **1600**. A drilled aperture **1685** may be provided to allow electrical contact with metal pad **1630**, or may be filled in with some conducting or nonconducting material after formation.

FIG. **17** illustrates an exemplary light emitting LED device **1701** where the edges of the passivation layer **1770** and the metallizing layer **1780** have been beveled, cut, formed, cast, shaped or otherwise contoured at the edges thereof to form a configuration that is suitable for reflecting light upwards and out of the device. In some embodiments the metallization layer **1780** acts like silvering of a face of a mirror to achieve the above result.

FIG. **18** illustrates how more than one LED device like those described above can be manufactured on a single manufacturing platform or wafer. Here, two LED units **1801***a* and **1801***b* are electrically connected in the metallization step of manufacturing the units. The LEDs can be connected in parallel, serial or combinations of such connections. These can

8

be cut apart or in other embodiments can be left arranged on the substrate without cutting so as to form a multi LED unit or light source.

The present invention should not be considered limited to the particular embodiments described above, but rather should be understood to cover all aspects of the invention as fairly set out in the present claims. Various modifications, equivalent processes, as well as numerous structures to which the present invention may be applicable, will be readily apparent to those skilled in the art to which the present invention is directed upon review of the present disclosure. The claims are intended to cover such modifications.

What is claimed is:

1. A light emitting device, comprising:
   a semiconductor LED including doped and intrinsic regions thereof;
   a conducting support layer disposed proximal to a first surface of said semiconductor LED and separated therefrom by a metallic interface with no additional intervening layers, said conducting support layer is no more than 50 microns in thickness;
   an optically permissive layer proximal to a second surface of said semiconductor LED, said first and second surfaces of said semiconductor LED being on opposing faces thereof;
   an optically definable material proximal to or within said optically permissive layer that affects an optical characteristic of emitted light passing therethrough;
   an optically permissive flat cover substrate covering at least a portion of the above components; and
   a metal pad between said semiconductor LED and said optically permissive layer,
   wherein, said first surface of said semiconductor LED, said metallic interface and said conducting support layer are all electrically coupled to one another.

2. The light emitting device of claim 1, further comprising a lens covering at least a portion of said optically permissive flat cover substrate.

3. The light emitting device of claim 1, further comprising a passivation layer disposed on said conducting support layer, said passivation layer being substantially non-conductive yet provided with at least a pair of apertures for connection of conducting electrodes thereto.

4. The light emitting device of claim 3, said passivation layer further comprising a shaped edge configured to reflect light generated by said light emitting device outwardly therefrom.

5. The light emitting device of claim 1, further comprising a mechanical offsetting member providing a dimensional spacing between said optically permissive layer and said semiconductor LED layer.

6. The light emitting device of claim 1, further comprising at least one alignment mark indicative of a required position of said device with respect to said optically permissive flat cover substrate.

7. The light emitting device of claim 1, wherein the metallic interface is adjacent to both the conducting support layer and the semiconductor LED.

8. The light emitting device of claim 1, said conducting support layer comprises copper.

9. A method for making a light emitting device, the method comprising:
   growing a plurality of doped layers in a light emitting device (LED) on a substrate;
   depositing a metallic interface onto said LED opposite to said substrate;

US 8,941,137 B2

9

10

electroplating a conductive support layer onto said metallic interface;

lifting off said substrate from said LED;

forming a metal pad on the newly exposed LED surface;

etching a recess through said conductive support layer, said metallic interface and said LED so as to allow electrical contact with said metal pad and consequently a first doped layer of said LED;

providing electrical contact to said conductive support layer and consequently to a second doped layer of said LED so as to bias the LED using a bias voltage applied between said first and second doped layers of the LED; and

securing the LED to an optically permissive cover substrate using an optically permissive layer including an optically definable material through which light generated by said LED can pass.

**10**. The method of claim **9**, further comprising applying an electrically isolating passivation layer to said conductive support layer, and further providing at least a pair of apertures in said passivation layer for electrical coupling of a corresponding pair of biasing electrodes with corresponding first and second doped layers of said LED.

**11**. The method of claim **10**, further comprising placing one or more alignment marks on said LED so as to permit proper positioning of said LED with respect to said optically permissive cover substrate.

*    *    *    *    *

# Exhibit B

US008952405B2

(12) **United States Patent**
Margalit

(10) **Patent No.:**     **US 8,952,405 B2**
(45) **Date of Patent:**      *Feb. 10, 2015

(54) **LIGHT EMITTING DIODE PACKAGE AND METHOD OF MANUFACTURE**

(76) Inventor:  **Mordehai Margalit**, Zichron Yaaqov (IL)

( * )   Notice:   Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **13/413,293**

(22) Filed:   **Mar. 6, 2012**

(65)          **Prior Publication Data**

US 2012/0223351 A1    Sep. 6, 2012

**Related U.S. Application Data**

(60) Provisional application No. 61/449,685, filed on Mar. 6, 2011, provisional application No. 61/449,686, filed on Mar. 6, 2011.

(51) **Int. Cl.**
| | | |
|---|---|---|
| *H01L 33/00* | (2010.01) | |
| *H01L 21/00* | (2006.01) | |
| *H01L 33/52* | (2010.01) | |
| *H01L 33/58* | (2010.01) | |
| *H01L 33/50* | (2010.01) | |
| *H01L 33/60* | (2010.01) | |

(52) **U.S. Cl.**
CPC ................ *H01L 33/52* (2013.01); *H01L 33/58* (2013.01); *H01L 33/50* (2013.01); *H01L 33/60* (2013.01); *H01L 2933/005* (2013.01)
USPC ........ **257/98**; 257/99; 257/100; 257/E33.067; 257/E33.068; 438/27; 438/29

(58) **Field of Classification Search**
CPC ........................................... H01L 2924/12041

USPC ........ 257/88, 98, 99, 100, 676, 778; 438/458, 438/455, 492, 22, 123, 27, 28, 26, 29; 362/311, 351
See application file for complete search history.

(56)          **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,501,091 B1 * | 12/2002 | Bawendi et al. | ................ 257/14 |
| 7,232,754 B2 | 6/2007 | Kirby et al. | |
| 7,910,940 B2 * | 3/2011 | Koike et al. | ..................... 257/98 |
| 7,951,625 B2 | 5/2011 | Kamei | |
| 8,278,213 B2 | 10/2012 | Kameyama et al. | |
| 2003/0006418 A1 | 1/2003 | Emerson et al. | |
| 2005/0017258 A1 * | 1/2005 | Fehrer et al. | ..................... 257/98 |
| 2006/0001035 A1 * | 1/2006 | Suehiro et al. | .................. 257/91 |

(Continued)

OTHER PUBLICATIONS

N.M. Abdul-Ameer, M.C. Abdulrida, "Direct Optical Energy Gap in Amorphous Silicon Quantum Dots", Journal of Modern Physics, 2011, 2, 1530-1537.*

*Primary Examiner* — Mary Wilczewski
*Assistant Examiner* — Erik T Peterson
(74) *Attorney, Agent, or Firm* — Instrinsic Law Corp.; Ibrahim M. Hallaj

(57)          **ABSTRACT**

A light emitting diode (LED) device and packaging for same is disclosed. In some aspects, the LED is manufactured using a vertical configuration including a plurality of layers. Certain layers act to promote mechanical, electrical, thermal, or optical characteristics of the device. The device avoids design problems, including manufacturing complexities, costs and heat dissipation problems found in conventional LED devices. Some embodiments include a plurality of optically permissive layers, including an optically permissive cover substrate or wafer stacked over a semiconductor LED and positioned using one or more alignment markers.

**17 Claims, 12 Drawing Sheets**



US 8,952,405 B2

Page 2

(56)                **References Cited**

U.S. PATENT DOCUMENTS

2006/0006404  A1*   1/2006  Ibbetson et al.  ................  257/99
2006/0011935  A1*   1/2006  Krames et al.  .................  257/99
2006/0073692  A1*   4/2006  Yoshida et al.  ...............  438/605
2006/0081869  A1*   4/2006  Lu et al.  ..........................  257/99
2006/0261364  A1*  11/2006  Suehiro et al.  ...............  257/100
2006/0284321  A1*  12/2006  Wu et al.  ......................  257/778
2007/0166851  A1    7/2007  Tran et al.
2008/0057343  A1*   3/2008  Kawai et al.  ..................  428/690

2008/0068845  A1*   3/2008  Aida et al.  ....................  362/311
2009/0108283  A1    4/2009  Kadotani et al.
2009/0173958  A1*   7/2009  Chakraborty et al.  ..........  257/98
2009/0267096  A1   10/2009  Kim
2009/0273002  A1   11/2009  Chiou et al.
2009/0283787  A1   11/2009  Donofrio et al.
2009/0291518  A1*  11/2009  Kim et al.  .......................  438/33
2010/0053929  A1*   3/2010  Bisberg  ..........................  362/84
2010/0148193  A1*   6/2010  Duong et al.  ..................  257/88
2010/0207145  A1*   8/2010  Yoo  ................................  257/98
2011/0006322  A1    1/2011  Li

* cited by examiner



Fig. 1
(Prior Art)



Fig. 2
(Prior Art)



Fig. 3



Fig. 4



Fig. 5

U.S. Patent      Feb. 10, 2015      Sheet 6 of 12      US 8,952,405 B2



Fig. 6



Fig. 7



Fig. 8



Fig. 9



Fig. 10



Fig. 11



Fig. 12

US 8,952,405 B2

**1**

# LIGHT EMITTING DIODE PACKAGE AND METHOD OF MANUFACTURE

## RELATED APPLICATIONS

This application is related to and claims the benefit and priority of U.S. Provisional Application Nos. 61/449,685 and 61/449,686, both filed on Mar. 6, 2011, which are hereby incorporated by reference.

## TECHNICAL FIELD

The present application is directed to a light emitting diode (LED) device implemented on a wafer cover layer and provided with features permitting efficient and repeatable manufacture of the same.

## BACKGROUND

A light emitting diode (LED) is a semiconductor device that is configured to receive electrical power or stimulation and to output electromagnetic radiation, commonly in the visible range of the spectrum (light). Portions of a LED comprise doped semiconductor materials that operate to combine charge in a way that releases said light energy from the body of the LED material. This effect is sometimes referred to as electroluminescence. The output energy or light is determined by the materials and operating conditions of the LED, including the energy band gap of the LED material and the electrical biasing of the LED.

Light emitting diodes (LEDs) compare favorably to other sources of light and are especially useful in certain applications and markets. For example, LED lighting generally provides advantages with respect to energy efficiency, compact and rugged and long-lasting design and form factor, and other features. LED lighting compares favorably with other sources in the amount of light energy generated in the visible electromagnetic spectrum compared to the infra-red or heat energy wasted by the light source. In addition, LED lights include fewer environmentally damaging components when compared to other light forms, and therefore provide better compliance with restrictions on hazardous substances (RohS) regulations.

That said, conventional LED devices can be relatively costly to manufacture by some metrics when compared to other light sources. One reason for this is the exacting packaging requirements for manufacturing LEDs. LED packaging calls for proper clean conditions, micro-fabrication facilities similar to other semiconductor manufacturing operations, sealing requirements, optical requirements, the use of phosphor in LED applications, as well as packaging that is designed to handle the conduction of heat generated in the devices.

Conventional LED packaging includes silicon (Si) or Ceramic based carrier substrates. The LEDs can be mounted on the carrier, or alternatively the many LEDs can be mounted on a wafer of the carrier and the LEDs are singulated at the end of the packaging process. The wafer based approach is termed wafer level assembly packaging (WLP). However, these conventional techniques require the use of a carrier substrate to support the LED, which can double the cost of making and packaging the LED device. In addition, the carrier substrate greatly increases the thermal resistivity of the device and adversely affects its heat removal characteristics.

Accordingly, there is a need for LED devices that do not suffer from some or all of the above problems.

**2**

## SUMMARY

A light emitting diode (LED) device and packaging for same is disclosed. In some aspects, the LED is manufactured by epitaxial growth or other chemical or physical deposition techniques of a plurality of layers. Certain layers act to promote mechanical, electrical, thermal, or optical characteristics of the device. The device avoids design problems, including manufacturing complexities, costs and heat dissipation problems found in conventional LED devices. Some embodiments include a plurality of optically permissive layers, including an optically permissive cover substrate or wafer stacked over a semiconductor LED and positioned using one or more alignment markers.

Some embodiments are directed to a light emitting device, comprising a semiconductor LED including doped and intrinsic regions thereof; a first surface of said semiconductor LED being metallized with an electrically conducting metallization layer over at least a portion of said first surface; an optically permissive layer proximal to a second surface of said semiconductor LED, said first and second surfaces of said semiconductor LED being on opposing faces thereof; an optically definable material proximal to or within said optically permissive layer that affects an optical characteristic of emitted light passing there through; and an optically permissive cover substrate covering at least a portion of the above components.

Other embodiments are directed to ways of making such a light emitting device or a group of devices on a wafer in a manufacturing context. Specifically, embodiments are directed to a method for making a light emitting device, the method comprising forming a plurality of doped layers in a light emitting device (LED) disposed on an optically permissive layer; forming a recess in said LED so as to allow electrical contact with a first doped layer of said LED at a depth of said first doped layer in said LED; metallizing at least a portion of a face of said LED so as to form a metallization layer provide electrical contact with said first doped layer and a second doped layer of said LED proximal to said face thereof; and using an optically permissive adhesive to mechanically secure said optically permissive layer to an optically permissive cover substrate.

## BRIEF DESCRIPTION OF THE DRAWINGS

For a fuller understanding of the nature and advantages of the present concepts, reference is made to the following detailed description of preferred embodiments and in connection with the accompanying drawings, in which:

FIG. **1** illustrates a semiconducting LED layer above a sapphire layer according to the prior art;

FIG. **2** illustrates a semiconducting LED layer with a cavity etched in a portion thereof on a sapphire layer according to the prior art;

FIG. **3** illustrates metallization of a LED device according to some aspects;

FIG. **4** illustrates a top view of an exemplary LED device;

FIG. **5** illustrates a cross sectional view of another exemplary LED device;

FIG. **6** illustrates an LED device **60** in a top view thereof;

FIG. **7** illustrates another exemplary cross sectional view of a LED device;

FIG. **8** illustrates an exemplary LED device comprising a passivation layer;

FIG. **9** illustrates an exemplary LED device having a shaped an optionally mirrored or metallized passivation layer;

US 8,952,405 B2

**3**

FIG. **10** illustrates another exemplary LED device;

FIG. **11** illustrates yet another embodiment of a LED device; and

FIG. **12** illustrates how more than one LED device can be manufactured on a single manufacturing platform or wafer.

DETAILED DESCRIPTION

Modern LED devices are based on semiconducting materials and their properties. For example, some LEDs are made using gallium nitride (GaN) which is a type of bandgap semiconductor suited for use in high power LEDs. GaN LEDs are typically epitaxially grown on a sapphire substrate. These LEDs comprise a P-I-N junction device having an intrinsic (I) layer disposed between an N-type doped layer and a P-type doped layer. The device is driven using suitable electrical driving signals by way of electrodes or contacts coupled to the N and the P type portions of the LED. Electronic activity causes the emission of visible electromagnetic radiation (light) from the intrinsic portion of the device according to the electromotive force applied thereto and configuration of the device.

The embodiments described and illustrated herein are not meant by way of limitation, and are rather exemplary of the kinds of features and techniques that those skilled in the art might benefit from in implementing a wide variety of useful products and processes. For example, in addition to the applications described in the embodiments below, those skilled in the art would appreciate that the present disclosure can be applied to making and packaging power integrated circuit (IC) components, radio frequency (RF) components, micro electro-mechanical systems (MEMS), or other discrete components.

FIG. **1** illustrates a LED device **10** such as those described above, having a GaN layer **100**, commonly referred to as the LED, disposed on a sapphire layer **100**. The device of FIG. **1** is usually processed using some semiconductor micro fabrication techniques. In some examples, portions of the LED (GaN layer) are etched away or removed using techniques known to those skilled in the art. Other applications of conducting and non-conducting layers are applied to such a base design, along with channels and vias for various functionality as will be described below.

FIG. **2** illustrates a LED device **20** like the one shown in FIG. **1** where a GaN layer **200** is disposed above a sapphire layer **210**. A recess or groove or channel **202** is etched into a portion of the GaN layer **200**.

It should be appreciated that GaN type LEDs are not the only kind of LED materials that can be employed in the present discussion, and that the present description is merely illustrative so that those skilled in the art can appreciate some preferred embodiments and methods for making and designing the present LEDs. Similarly, in the following preferred and exemplary illustrations, it is to be understood that many other similar and equivalent embodiments will be apparent to those skilled in the art and which accomplish substantially the same result. This is true as to variations in the geometry, layout, configurations, dimensions, and choice of materials and other aspects described in the present examples. Specifically, certain described elements and steps can be omitted, or others can be substituted or added to that which is described herein for the sake of illustration without materially affecting the scope of the present disclosure and inventions.

FIG. **3** illustrates the result of metallization of the surface of the GaN layer **300** of the device of FIG. **2** using a step of applying a suitable metallic layer **320** to portions of LED device **30**. Here, as before, a GaN layer **300** is disposed on a

**4**

sapphire layer **310**. In an embodiment, the GaN layer **300** comprises a P-I-N junction having strata therein including a P-type doped layer **301** that is proximal to the bulk surface of the GaN layer **300** and distal from the sapphire layer **310**, a N-type doped layer **303** within GaN layer **300** that is proximal to the sapphire layer **310**, and an intrinsic (I) semiconductor layer **305** in the middle, between the P and N type layers **301** and **303**. In operation, electrical biasing of the P-type layer **301** against the N-type layer **303** causes photon emission from intrinsic layer **305**.

As mentioned before, a recess **302** is etched into a portion of the surface of GaN layer **300**. The depth of recess **302** may be shallow or deep, and is commensurate with the thickness of the GaN layer **300** and the P-I-N strata therein.

Furthermore, a metallization layer **320** is applied to at least a portion of the surface of the GaN layer **300**. The metallization layer **320** can extend to cover both the bulk surface of the GaN layer **300** as well as areas that became exposed in recess **302** after it was etched into the bulk of the GaN layer **300**.

In an embodiment, the recess **302** is created sufficiently deep so as to allow contact between an electrical connection and the N-type layer **303** to drive the LED. In this way, a set of contacts can be applied to the N-type layer **303** and the P-type layer **301** to drive or excite the LED device **30**. Current can thus generally flow from a conducting electrode coupled to the N-type layer **303** to another conducting electrode coupled to the P-type layer **301**. The metal can be Al, Au, Ag, Cu or other conducting material. It should be noted that state of art method of electrode formation includes depositing a SiO2 or other electrically insulating and optically transparent layer on top of the P and exposed N layers. This layer is then exposed using lithography and chemical etching to reveal the layers in specific locations which become the contact pads. The metal is then deposited on top the insulating layer and electrical contact is facilitated in the exposed portions. Other state of art techniques include selective doping of contact areas to reduce electrical resistivity. In an embodiment the top metal layer extends over the contact openings in the insulating layer to cover substantially all the unetched parts of the LED as shown in FIGS. **3** and **4**. In another embodiment, the metal is designed to have contact pads, areas where the metal has a substantially continuous area greater than 100×100 microns. The extended metal covering provides a mirror for reflecting the light towards the Sapphire. The metal layer for providing the mirror is preferably Al, or Ag. The metal contact can have a plurality of metal constituents each with a specific purpose, e.g. light reflection, adhesion to the GaN layers or matching the work function of the GaN layers. In another embodiment, the metal cover can be composed of two or more, electrically isolated parts. One part(s) is electrically connected to the P layer and provides electrical contact as well as thermal contact, and the other part(s) provide optical reflection and thermal connection.

FIG. **4** illustrates a top view of an exemplary LED device **40**. The cross sectional line **420** is substantially corresponding to the side view shown in FIG. **3**. The drawing shows an example of features arranged on a face **400** of the device configured to have a convoluted or fingered or patterned layout **410**. A bottom metal pad area defines an alignment tolerance in the assembly of the LED and creation of the electrical contacts. Hence in one embodiment it is taught to increase the pad size to 150×150 microns to relax the required tolerances. The thickness of the metal can be 0.5-5 microns, but this example is not given by way of limitation.

FIG. **5** illustrates a cross sectional view of an exemplary LED device **50**. The device **50** includes the stated LED semiconducting layer or layers **500** as discussed above, along with

US 8,952,405 B2

5

etched recess 502 and metallization areas 520. The LED (e.g., GaN) layer 500 is disposed on a sapphire layer 510 as before.

Here, an optically transparent or transmissive adhesive layer 530 is placed against the opposing side of the sapphire layer 510 than the LED material 500 (meaning, one face of the sapphire layer 510 is proximal to the LED material layer 500 and the other opposing face of sapphire layer 510 is proximal to the transparent adhesive layer 530. The transparent adhesive layer 530 may be composed of silicone or some other suitable adhesive, which may also be photo definable material that can provide adhesion or epoxy quality to bond or mechanically couple elements of LED device 50. In an additional embodiment, the adhesive is index matched to the Sapphire to reduce optical reflections at the interface.

Within, or contiguous to transparent adhesive layer 530 is a region containing phosphor and/or quantum dot material (QD) 535. In operation, photons emitted from LED layer 500 travel through said sapphire layer 510 and pass through the optically transparent layer 530 and the region containing the phosphor and/or quantum dots 535. This causes color (wavelength) control and emission of selective desired light out of the LED device as further described herein.

One, two or more alignment marks 540 are provided on or in the transparent adhesive layer 530 and are used to align the LED body over a cover substrate 550 sheet and generally in an extended wafer structure during manufacture. The cover substrate 550 provide structural presence and mechanical coupling for elements of the LED device 50. The cover substrate 550 is also transparent or optically transmissive to light in the wavelength emitted by LED layer 500 or by the combination of the LED layer 500 and the phosphor material.

In some embodiments, an optical lens 560 may be placed on the cover substrate 550 substantially above the body of the LED emitting portions of the device 50. The lens 560 can act to spread, diffuse, collimate, or otherwise redirect and form the output of the LED.

The system may be coupled to other optical elements as would be appreciated by those skilled in the art. One or more optical lens or assembly of optical lenses, Fresnel layers, filters, polarizing elements, or other members can be used to further affect the quality of the light provided by the LED device.

FIG. 6 illustrates an LED device 60 in a top view thereof. The device includes substantially the elements described above with regard to FIG. 5, including an LED emitting body 600 and positioning or alignment markers 640, lens 660, arranged on a patterned cover substrate 610. In an embodiment, the LED is positioned with respect to said alignment marks. Between adjacent LEDs on a wafer there is a space of, e.g., 50-1000 microns for subsequent processing and dicing of the LEDs.

The LEDs are individually assembled on a carrier wafer, with the sapphire layer facing the carrier wafer layer. The carrier wafer layer is of optically transparent material such as glass or plastic as described above. The cover can include other optical components such as lenses or light diffusing structures or light guiding structures. As mentioned, the phosphor or quantum dot layers enable the conversion of the light generated by the LED to other colors. The most common is the use of phosphor to enable White light from a blue LED. In one embodiment the lens shape is created by the surface tension of a drop of polymer or silicone material. In another embodiment the lens is created by hot embossing of a polymer which is applied to one side of the carrier wafer. The carrier wafer may be further patterned to create specific drop shapes, sizes and desired surface qualities.

6

FIG. 7 illustrates another exemplary cross sectional view of a LED device 70. Standoff structures 737, made of a suitable mechanically supportive material are created on the carrier wafer. The standoff structures 737 can comprise a thermoplastic material and created by embossing or injection molding, or the structures can be made by applying a layer of photo definable material such as polyamide or solder mask and exposing the material to light using a suitable mask. The standoff structures 737 can be used to encase the QD or phosphor material 735, or alternatively to provide a cavity for the material deposition. The other elements of LED device 70 are similar to similarly numbered elements described above.

FIG. 8 illustrates a LED device 80 similar to those described above. Here, a passivation layer 870 has been applied to surround certain portions of the device around LED semiconducting layer 800, metallization layer 820, and sapphire layer 810. The passivation layer 870 can comprise a non conductive layer and can be composed of SiO2, SiN, AlN, Al2O3 or an organic material such as epoxy, or electrophoretic deposited paint as used in the car industry, or spray coated. In one embodiment, the passivation layer 870 has a thickness that ranges from 1 to 40 microns, depending on the material and required electrical passivation level. In an embodiment, the passivation layer 870 covers in a conformal manner the space between LEDs during manufacture. In another embodiment the spacing between the LEDs is not covered, or alternatively is revealed in a mechanical process such as dicing. The other elements of LED device 80 are similar to similarly numbered elements described above. In an additional embodiment the passivation layer can be designed to be reflective by incorporating appropriate material particles within such as ZnO.

FIG. 9 illustrates an exemplary LED device 90 having a shaped an optionally mirrored or metallized passivation layer 970 to enhance the performance of the device. The passivation at the diode side can be patterned in a manner to provide for example optical reflectivity by angling or shaping the edges 975 of passivation layer 970. The patterning of passivation layer 970 can be done using a mechanical dicing system with special blade or via chemical etching. In one embodiment a thermally conductive layer such as SiN or AlN is preferred to minimize the thermal conductance of the LED device package. The other elements of LED device 90 are similar to similarly numbered elements described above.

FIG. 10 illustrates another exemplary LED device 1001. Similarly numbered elements discussed earlier are common to or similar to those in this exemplary embodiment. Here, contact holes are drilled, in one embodiment by use of a laser, through the passivation layer until reaching the metal pad and silicon substrate. If SiN or SiO2 are used, a plasma etch can also be used to create the contact holes. If a laser is used, the laser can either stop at the metal pad (blind via) or cut through the pad and the electrical connection would then be done using the pad thickness. If the passivation layer is photo definable, than a lithography step can expose the pads. In another embodiment the organic passivation layer is etched using a hard mask made of inorganic material such as a thin metal or insulating layer and then using plasma etch to remove the organic material.

It is noted that passivation layer 1075 is cut or etched away as stated above so as to provide conducting access at least to the N-type semiconductor proximal to laser drilled recess 1002 and the P-type semiconductor proximal to portion 1074 of metallization layer 1020. The passivation layer is also removed to enhance the heat conduction of the LED. Hence to optimize the heat conductance, a maximal contact should be made between the metal and metal pads on the LED and the

US 8,952,405 B2

7

metal layer. This is done by opening the largest possible area on the passivation layer and preferably greater than 80%. If the LED is designed with a thermal pad structure then the P connection can be connected to thermal and P pad or alternatively three metal connections are facilitated, N, P and thermal. In another embodiment, the passivation is also removed in areas where there is no metal layer, only the electrically insulating layer. This can occur, if instead of the LED described previously, a standard LED is used in which the metal covers only a small portion of the top of the LED. In this case the metal layer deposited in this stage will provide the heat removal and light reflection. In this manner, the exposed portions of the LED will extend beyond the metal areas. The newly deposited metal will again cover substantially all of the LED structure. In another embodiment, if the electrical passivation layer is optically reflecting and heat conducting the layer may be maintained and the metal passivation will cover substantially all the LED area but will make a direct connection to the LED metal pads, and in other areas the connection layers would be through the passivation layer, i.e. the layer stack would be, LED, LED passivation layer, packaging passivation layer which provides low thermal resistance and light reflection, packaging metal for heat conduction.

FIG. **11** illustrates yet another embodiment of a LED device **1101**. Here, a metal seed layer **1177** is applied to the passivation layer **1170**. The metal seed layer **1177** may be composed of any of titanium, chrome, nickel, palladium, platinum, copper or combinations of these. In a preferred embodiment, if the metal layer serves to reflect light from the LED towards the Sapphire, then the first metal seed layer should be a suitable light reflecting material such as Al, or Ag. The seed layer can be thickened using sputtering over the initial seed layer. In one embodiment the seed layer is patterned using electrophoretic deposited photo resist, spray coating resist, or thick resist, in one embodiment greater than 50 microns. The resist is patterned to create the electrical routing connections and under bump metallization (UBM). After patterning the resist, a thick metal layer, in one preferred embodiment between 10 and 40 microns is plated in the defined patterns. The resist is removed and the bare seed layer is etched, in one non-limiting embodiment by using a wet metal etch. In one embodiment a solder mask is applied to form such a layer. In operation, the layer **1177** provides enhanced electrical conductivity between external electrical components and the metallization layer or conducting pads of the device. This layer **1177** also provides maximum enhanced heat removal from LED layer **1100**.

FIG. **12** illustrates how more than one LED device like those described above can be manufactured on a single manufacturing platform or wafer. Here, two LED units **1201** and **1202** are electrically connected in the metallization step of manufacturing the units. The LEDs can be connected in parallel, serial or combinations of such connections. These can be cut apart or in other embodiments can be left arranged on the substrate without cutting so as to form a multi LED unit or light source. In addition to LED devices, this approach can support placement and electrical connection of differing LEDs, or other electronic components including integrated circuit LED driver, capacitors, diodes, anti static discharge diodes, temperature sensors, color sensors, image sensors, fuses and other similar elements.

The present invention should not be considered limited to the particular embodiments described above, but rather should be understood to cover all aspects of the invention as fairly set out in the present claims. Various modifications, equivalent processes, as well as numerous structures to which the present invention may be applicable, will be readily

8

apparent to those skilled in the art to which the present invention is directed upon review of the present disclosure. The claims are intended to cover such modifications.

What is claimed is:

**1**. A light emitting device, comprising:

a semiconductor LED including a positively-doped region, an intrinsic region, and a negatively-doped region, wherein said intrinsic region is between said positively-doped region and said negatively-doped region, said semiconductor LED defining a first recess to expose a negatively-doped surface of said negatively-doped region;

an electrically conducting metallization layer in direct contact with at least a portion of each of a positively-doped surface and said negatively-doped surface of said semiconductor LED, wherein said positively-doped surface is on an exposed portion of said positively-doped region of said semiconductor LED and said negatively-doped surface and said positively-doped surface are parallel with each other;

a sapphire layer in direct contact with a first surface of said semiconductor LED, said positively-doped surface and said first surface of said semiconductor LED being parallel with one another and on opposing faces of said semiconductor LED;

an optically permissive layer in direct contact with said sapphire layer, said optically permissive layer comprising an optically definable material containing quantum dots and/or phosphor, said optically definable material adapted to change the frequency of at least some of emitted light passing therethrough;

an optically permissive cover substrate covering at least a portion of the above components; and

a passivation layer in direct contact with said metallization layer, said sapphire layer, a surface of said optically permissive layer, and said semiconductor LED,

wherein said passivation layer defines a first contact hole to expose a first portion of an upper metal surface of said metallization layer disposed on said negatively-doped surface and said passivation layer is in direct contact with a second portion of said upper metal surface of said metallization layer disposed on said negatively-doped surface,

wherein said passivation layer defines a second contact hole to expose a first portion of a lower metal surface of said metallization layer disposed on said positively-doped surface and said passivation layer is in direct contact with a second portion of said lower metal surface of said metallization layer disposed on said positively-doped surface, and

wherein said upper metal surface, said lower metal surface, said negatively-doped surface, said positively-doped surface, and said surface of said optically permissive layer are parallel with one another.

**2**. The light emitting device of claim **1**, further comprising a lens covering at least a portion of said optically permissive cover substrate.

**3**. The light emitting device of claim **1**, wherein said passivation layer is substantially electrically non-conductive.

**4**. The light emitting device of claim **3**, said passivation layer further comprising a shaped edge on a lateral portion of said passivation layer at least between said positively-doped surface and said first surface, said shaped edge configured to reflect light generated by said light emitting device outwardly therefrom.

**5**. The light emitting device of claim **1**, further comprising an optically permissive adhesive layer coupling said optically permissive layer and said sapphire layer.

**6**. The light emitting device of claim **1**, further comprising a mechanical offsetting member providing a dimensional spacing between said optically permissive layer and said optically permissive cover substrate.

**7**. The light emitting device of claim **1**, further comprising at least one alignment mark indicative of a required position of said device with respect to said optically permissive cover substrate.

**8**. The light emitting device of claim **1** further comprising a metal seed layer in direct contact with said passivation layer, said upper metal surface of said metallization layer, and said lower metal surface of said metallization layer.

**9**. The light emitting device of claim **8** wherein said metal seed layer is patterned.

**10**. The light emitting device of claim **8** further comprising a metal layer on said metal seed layer, said metal layer having a thickness of between about 10 microns and about 40 microns.

**11**. The light emitting device of claim **8** wherein the metal seed layer is comprised of a light reflecting material.

**12**. A method for making a light emitting device, the method comprising:

forming a light emitting device (LED) comprised of a positively-doped layer, an intrinsic layer, and a negatively-doped layer, wherein said intrinsic layer is between said positively-doped layer and a first surface of said LED is in direct contact with a sapphire layer;

forming a recess in said positively-doped layer and said intrinsic layer of said LED so as to expose a negatively-doped surface of said negatively-doped layer;

depositing a metallization layer on a positively-doped surface of said positively-doped layer and said negatively-doped surface of said negatively-doped layer to provide electrical contact with said positively-doped layer and said negatively-doped layer of said LED, said positively-doped surface and said first surface on opposing faces of said LED;

depositing an optically permissive layer on said sapphire layer, said optically permissive layer comprising an opti-

cally definable material containing quantum dots and/or phosphor, said optically definable material adapted to change the frequency of at least some of emitted light passing therethrough;

depositing a passivation layer in direct contact with said metallization layer, said sapphire layer, a surface of said optically permissive layer, and said LED;

defining a first contact hole in said passivation layer to expose a first portion of an upper metal surface of said metallization layer disposed on said negatively-doped surface wherein said passivation layer is in direct contact with a second portion of said upper metal surface of said metallization layer disposed on said negatively-doped surface;

defining a second contact hole in said passivation layer to expose a first portion of a lower metal surface of said metallization layer disposed on said positively-doped surface wherein said passivation layer is in direct contact with a second portion of said lower metal surface of said metallization layer disposed on said positively-doped surface, and

wherein said upper metal surface, said lower metal surface, said negatively-doped surface, said positively-doped surface, and said surface of said optically permissive layer are parallel with one another.

**13**. The method of claim **12**, further comprising depositing a metal seed layer on said passivation layer, said upper metal surface of said metallization layer, and lower second metal surface of said metallization layer.

**14**. The method of claim **13** wherein said metal seed layer is comprised of a light reflecting material.

**15**. The method of claim **13**, further depositing a metal layer on said metal seed layer, said metal layer having a thickness of between about 10 microns and about 40 microns.

**16**. The method of claim **12**, further comprising depositing an optically permissive cover substrate covering said optically permissive layer, said sapphire layer, and said LED.

**17**. The method of claim **16**, further comprising placing one or more alignment marks on said LED so as to permit proper positioning of said LED with respect to an optically permissive cover substrate.

\* \* \* \* \*

# Exhibit C

US009786822B2

(12) **United States Patent**
Margalit

(10) **Patent No.:** **US 9,786,822 B2**
(45) **Date of Patent:** **Oct. 10, 2017**

(54) **LIGHT EMITTING DIODE PACKAGE AND METHOD OF MANUFACTURE**

(71) Applicant: **Mordehai Margalit**, Zichron Yaaqov (IL)

(72) Inventor: **Mordehai Margalit**, Zichron Yaaqov (IL)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 153 days.

(21) Appl. No.: **14/570,449**

(22) Filed: **Dec. 15, 2014**

(65) **Prior Publication Data**
US 2015/0194576 A1    Jul. 9, 2015

**Related U.S. Application Data**

(63) Continuation of application No. 13/413,407, filed on Mar. 6, 2012, now Pat. No. 8,941,137.
(Continued)

(51) **Int. Cl.**
| | |
|---|---|
| *H01L 33/50* | (2010.01) |
| *H01L 33/64* | (2010.01) |
| *H01L 33/62* | (2010.01) |
| *H01L 33/00* | (2010.01) |
| *H01L 33/56* | (2010.01) |
(Continued)

(52) **U.S. Cl.**
CPC ........ *H01L 33/502* (2013.01); *H01L 33/0012* (2013.01); *H01L 33/32* (2013.01); *H01L 33/40* (2013.01); *H01L 33/44* (2013.01); *H01L 33/507* (2013.01); *H01L 33/52* (2013.01); *H01L 33/56* (2013.01); *H01L 33/58* (2013.01); *H01L 33/62* (2013.01); *H01L 33/647* (2013.01); *H01L 33/50* (2013.01); *H01L 33/60* (2013.01); *H01L 2933/005* (2013.01); *H01L*

*2933/0016* (2013.01); *H01L 2933/0025* (2013.01); *H01L 2933/0033* (2013.01); *H01L 2933/0041* (2013.01); *H01L 2933/0066* (2013.01)

(58) **Field of Classification Search**
CPC ..... H01L 33/64; H01L 33/644; H01L 33/647; H01L 33/50–33/508; H01L 33/52–33/58; H01L 33/0079; H01L 33/95; H01L 33/44
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,501,091 | B1 | 12/2002 | Bawendi |
| 7,232,754 | B2 | 6/2007 | Kirby et al. |
(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CN | 1552104 A | 12/2004 |
| CN | 101032034 A | 9/2007 |
(Continued)

*Primary Examiner* — Brett Feeney
*Assistant Examiner* — Erik T Peterson
(74) *Attorney, Agent, or Firm* — Intrinsic Law Group

(57) **ABSTRACT**

A light emitting diode (LED) device and packaging for same is disclosed. In some aspects, the LED is manufactured using a vertical configuration including a plurality of layers. Certain layers act to promote mechanical, electrical, thermal, or optical characteristics of the device. The device avoids design problems, including manufacturing complexities, costs and heat dissipation problems found in conventional LED devices. Some embodiments include a plurality of optically permissive layers, including an optically permissive cover substrate or wafer stacked over a semiconductor LED and positioned using one or more alignment markers.

**10 Claims, 18 Drawing Sheets**



## US 9,786,822 B2
### Page 2

### Related U.S. Application Data

(60) Provisional application No. 61/449,685, filed on Mar. 6, 2011, provisional application No. 61/449,686, filed on Mar. 6, 2011.

(51) **Int. Cl.**

| | |
|---|---|
| *H01L 33/40* | (2010.01) |
| *H01L 33/44* | (2010.01) |
| *H01L 33/32* | (2010.01) |
| *H01L 33/58* | (2010.01) |
| *H01L 33/52* | (2010.01) |
| H01L 33/60 | (2010.01) |

(56) **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 7,910,940 B2 | 3/2011 | Koike et al. | |
| 7,951,625 B2 | 5/2011 | Kamei | |
| 8,278,213 B2 | 10/2012 | Kameyama et al. | |
| 2003/0006418 A1 | 1/2003 | Emerson et al. | |
| 2005/0017258 A1 | 1/2005 | Fehrer et al. | |
| 2006/0006404 A1 | 1/2006 | Ibbetson et al. | |
| 2006/0011935 A1 | 1/2006 | Krames et al. | |
| 2006/0073692 A1 | 4/2006 | Yoshida et al. | |
| 2006/0081869 A1 | 4/2006 | Lu et al. | |
| 2006/0097385 A1* | 5/2006 | Negley | H01L 33/486 |
| | | | 257/722 |
| 2006/0198162 A1* | 9/2006 | Ishidu | H01L 33/60 |
| | | | 362/623 |
| 2006/0284321 A1 | 12/2006 | Wu et al. | |
| 2007/0166851 A1 | 7/2007 | Tran et al. | |
| 2008/0068845 A1 | 3/2008 | Aida et al. | |
| 2009/0108283 A1 | 4/2009 | Kadotani et al. | |
| 2009/0173958 A1 | 7/2009 | Chakraborty et al. | |
| 2009/0179207 A1* | 7/2009 | Chitnis | H01L 33/44 |
| | | | 257/88 |

| | | | |
|---|---|---|---|
| 2009/0262516 A1 | 10/2009 | Li | |
| 2009/0267096 A1 | 10/2009 | Kim | |
| 2009/0273002 A1 | 11/2009 | Chiou et al. | |
| 2009/0283787 A1 | 11/2009 | Donofrio et al. | |
| 2009/0291518 A1 | 11/2009 | Kim et al. | |
| 2009/0315054 A1 | 12/2009 | Kim et al. | |
| 2010/0053929 A1 | 3/2010 | Bisberg | |
| 2010/0148193 A1 | 6/2010 | Duong et al. | |
| 2010/0207145 A1 | 8/2010 | Yoo | |
| 2010/0276706 A1* | 11/2010 | Herrmann | H01L 33/0079 |
| | | | 257/89 |
| 2011/0006322 A1 | 1/2011 | Li | |
| 2011/0012164 A1* | 1/2011 | Kim | H01L 33/387 |
| | | | 257/99 |
| 2011/0073889 A1* | 3/2011 | Sugizaki | H01L 25/048 |
| | | | 257/98 |
| 2011/0114978 A1* | 5/2011 | Kojima | H01L 33/382 |
| | | | 257/98 |
| 2011/0233585 A1* | 9/2011 | Kojima | H01L 33/486 |
| | | | 257/98 |
| 2011/0233586 A1* | 9/2011 | Kojima | H01L 33/0079 |
| | | | 257/98 |
| 2011/0266560 A1* | 11/2011 | Yao | H01L 33/0079 |
| | | | 257/98 |
| 2011/0297980 A1* | 12/2011 | Sugizaki | H01L 33/38 |
| | | | 257/98 |
| 2012/0074441 A1* | 3/2012 | Seo | H01L 27/153 |
| | | | 257/91 |
| 2012/0138988 A1* | 6/2012 | Lee | H01L 33/58 |
| | | | 257/98 |
| 2012/0193660 A1* | 8/2012 | Donofrio | H01L 33/505 |
| | | | 257/98 |

#### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CN | 101577304 A | 11/2009 |
| WO | WO2009005062 A2 | 1/2006 |
| WO | 2011033516 A1 | 3/2011 |

\* cited by examiner



Fig. 1
(Prior Art)



Fig. 2
(Prior Art)





Fig. 3
(Prior Art)

40





430

400

425

GaN layers

Carrier

420

Fig. 4



Fig. 5



Fig. 6



Fig. 7



80



side view

Fig. 8

90





Fig. 9



Fig. 10

1101



Fig. 11



Fig. 12



Fig. 13



Fig. 14



Fig. 15



Fig. 16



Fig. 17



Fig. 18

US 9,786,822 B2

1

**LIGHT EMITTING DIODE PACKAGE AND METHOD OF MANUFACTURE**

RELATED APPLICATIONS

This application is a continuation of and claims the benefit and priority of U.S. application Ser. No. 13/413,407 entitled "Light Emitting Diode Package and Method of Manufacture" filed on Mar. 6, 2012, which claims the benefit and priority of U.S. Provisional Application Nos. 61/449,685 and 61/449,686, both filed on Mar. 6, 2011, all of which are hereby incorporated by reference.

TECHNICAL FIELD

The present application is directed to a light emitting diode (LED) device implemented on a light cover layer and provided with features permitting efficient and repeatable manufacture of the same.

BACKGROUND

A light emitting diode (LED) is a semiconductor device that is configured to receive electrical power or stimulation and to output electromagnetic radiation, commonly in the visible range of the spectrum (light). Portions of a LED comprise doped semiconductor materials that operate to combine charge in a way that releases said light energy from the body of the LED material. The output energy or light is determined by the band gap of the semiconductor materials and operating conditions of the LED.

Light emitting diodes (LEDs) compare favorably to other sources of light and are especially useful in certain applications and markets. For example, LED lighting generally provides advantages with respect to energy efficiency, compact, rugged, long-lasting design and form factor, as well as other features. LED lighting compares favorably with other sources in the amount of light energy generated in the visible electromagnetic spectrum compared to the infra-red or heat energy wasted by the light source. In addition, LED lights include fewer environmentally damaging components when compared to other light forms, and therefore provide better compliance with restrictions on hazardous substances (RohS) regulations.

That said, conventional LED devices can be relatively costly to manufacture by some metrics when compared to other light sources. One reason for this is the exacting packaging requirements for manufacturing LEDs. LED packaging calls for proper clean conditions, micro-fabrication facilities similar to other semiconductor manufacturing operations, sealing requirements, optical requirements, the use of phosphor in LED applications, as well as packaging that is designed to handle the conduction of heat generated in the devices.

Conventional LED packaging includes silicon (Si) or Ceramic based carrier substrates. The LEDs can be mounted on the carrier, or alternatively the many LEDs can be mounted on a wafer of the carrier and the LEDs are singulated at the end of the packaging process. The wafer based approach is termed wafer level assembly packaging (WLP). However, these conventional techniques require the use of a carrier substrate to support the LED, which can double the cost of making and packaging the LED device. In addition, the carrier substrate greatly increases the thermal resistivity of the device and adversely affects its heat removal characteristics.

2

Accordingly, there is a need for LED devices that do not suffer from some or all of the above problems.

SUMMARY

A light emitting diode (LED) device and packaging for same is disclosed. In some aspects, the LED is manufactured by epitaxial growth or other chemical or physical deposition techniques of a plurality of layers. Certain layers act to promote mechanical, electrical, thermal, or optical characteristics of the device. The device avoids design problems, including manufacturing complexities, costs and heat dissipation problems found in conventional LED devices. Some embodiments include a plurality of optically permissive layers, including an optically permissive cover substrate or wafer stacked over a semiconductor LED and positioned using one or more alignment markers.

Some embodiments are directed to a light emitting device, comprising a semiconductor LED including doped and intrinsic regions thereof; a conducting carrier layer disposed proximal to a first surface of said semiconductor LED and separated therefrom by a metallic interface; an optically permissive layer proximal to a second surface of said semiconductor LED, said first and second surfaces of said semiconductor LED being on opposing faces thereof; an optically definable material proximal to or within said optically permissive layer that affects an optical characteristic of emitted light passing therethrough; and an optically permissive cover substrate covering at least a portion of the above components.

Other embodiments are directed to ways of making such a light emitting device or a group of devices on a wafer in a manufacturing context. Specifically, embodiments are directed to a method for making a light emitting device, the method comprising forming a plurality of doped layers in a light emitting device (LED) disposed on conductive carrier layer; forming a recess in said conductive carrier layer and said LED so as to allow electrical contact with a first doped layer of said LED at a depth of said first doped layer in said LED; providing electrical contact to a second doped layer of said LED proximal to said conductive layer so as to bias the LED using a bias voltage applied between said first and second doped layers of the LED; and securing the LED to an optically permissive cover substrate using an optically permissive layer including an optically definable material through which light generated by said LED can pass.

BRIEF DESCRIPTION OF THE DRAWINGS

For a fuller understanding of the nature and advantages of the present concepts, reference is made to the following detailed description of preferred embodiments and in connection with the accompanying drawings, in which:

FIG. **1** illustrates a semiconducting LED layer above a sapphire layer according to the prior art;

FIG. **2** illustrates an exemplary light emitting device or LED formed by laser liftoff according to the prior art;

FIG. **3** illustrates an exemplary light emitting device resulting from the laser liftoff according to the prior art;

FIG. **4** illustrates a device having a metal pad deposited on a portion of the GaN layers of the device;

FIG. **5** illustrates a top view of the above device;

FIG. **6** illustrates a cross sectional view of an exemplary light emitting device;

FIG. **7** illustrates an LED device in a top view thereof;

FIG. **8** illustrates another exemplary cross sectional view of a LED device;

US 9,786,822 B2

3

FIG. **9** illustrates a light emitting device similar to those described above except that a recess is etched into the carrier layer;

FIG. **10** illustrates yet another exemplary light emitting device cross section;

FIG. **11** illustrates an exemplary light emitting device similar to the last described devices including a passivation layer;

FIG. **12** shows a similar device to those described above, with its passivation layer being cut;

FIG. **13** illustrates a shaped edge of the above passivation layer in a light emitting device;

FIG. **14** illustrates another exemplary light emitting LED device;

FIG. **15** illustrates yet another exemplary light emitting device;

FIG. **16** illustrates still another embodiment of a light emitting device;

FIG. **17** illustrates an exemplary light emitting LED device; and

FIG. **18** illustrates how more than one LED device like those described above can be manufactured on a single manufacturing platform or wafer.

DETAILED DESCRIPTION

Modern LED devices are based on semiconducting materials and their properties. For example, some LEDs are made using gallium nitride (GaN) which is a type of bandgap semiconductor suited for use in high power LEDs. GaN LEDs are typically epitaxially grown on a sapphire substrate. These LEDs comprise a P-I-N junction having an intrinsic (I) layer disposed between an N-type doped layer and a P-type doped layer. The device is driven using suitable electrical driving signals by way of electrodes or contacts coupled to the N and the P type portions of the device. Electronic activity causes the emission of visible electromagnetic radiation (light) from the intrinsic portion of the device according to the electromotive force applied thereto and configuration of the device.

The embodiments described and illustrated herein are not meant by way of limitation, and are rather exemplary of the kinds of features and techniques that those skilled in the art might benefit from in implementing a wide variety of useful products and processes. For example, in addition to the applications described in the embodiments below, those skilled in the art would appreciate that the present disclosure can be applied to making and packaging power integrated circuit (IC) components, radio frequency (RF) components, micro electro-mechanical systems (MEMS), or other discrete components.

FIG. **1** illustrates a light emitting device or LED device, **10** such as those described above, having a GaN layer **100**, which is a semiconductor LED, disposed on a sapphire base **110**. The device of FIG. **1** is usually processed using some semiconductor micro fabrication techniques. In some examples, portions of the LED (GaN layer) are etched away or removed using techniques known to those skilled in the art. Other applications of conducting and non-conducting layers are applied to such a base design, along with channels and vias for various functionality as will be described below.

FIG. **2** illustrates an exemplary light emitting device or LED **20** including a semiconductor (e.g., GaN) layer **200** disposed on a sapphire, or Silicon wafer **210**. The LED layer **200** is further coupled on one side to a thermally and electrically conductive carrier layer **220**, which may be Copper or Silicon. A metallic interface **225** separates but

4

provides an interface for GaN layer **200** and carrier layer **220**. In another embodiment, the LED layers are grown on a Silicon Carbide wafer, the Silicon Carbide wafer is electrically conductive and optically transparent. Hence it does not need to be removed and may be maintained. The electrically conductive aspect of it will be addressed in the specific description.

Laser liftoff is applied (represented by **230**) to cause separation of LED GaN layer **200** from underlying sapphire layer **210**. The resulting structure after the step of laser liftoff is shown in FIG. **3**. In the case of a Silicon Carbide wafer there is no need for the laser lift off and the structure contains the Silicon Carbide wafer. In the case of Silicon, an alternative option to laser lift off is the chemical etching of the Silicon wafer.

FIG. **3** illustrates a light emitting device **30** comprising a semiconductor LED layer **300**, a metallic interface **325** and a Copper or Silicon (or similar) carrier layer **320**.

FIG. **4** illustrates a device similar to that of FIG. **3** with a metal pad **430** deposited on a portion of the GaN layers **400** of the device. In an embodiment, the GaN layer comprises a P-I-N junction having strata therein including a P-type doped layer, a N-type doped layer and an intrinsic (I) semiconductor layer in the middle between the P and N type layers. In operation, electrons flowing from the N type layer, recombine with holes flowing from the P-type layer in the intrinsic layer. The recombination results in the emission of a photon with a wavelength corresponding to the band gap of the semiconductor.

FIG. **5** illustrates a top view of the same device. The figure shows the relative configuration of the metal pad **530** connected to a mesh, labyrinthine or convoluted or serpentine or fingered top electrode **540**, which conducts bias current in the top layer of the GaN LED layers **500**.

It should be appreciated that GaN type LEDs are not the only kind of LED materials that can be employed in the present discussion, but that the present description is merely illustrative so that those skilled in the art can appreciate some preferred embodiments and methods for making and designing the present LEDs. Similarly, in the following preferred and exemplary illustrations, it is to be understood that many other similar and equivalent embodiments will be apparent to those skilled in the art and which accomplish substantially the same result. This is true as to variations in the geometry, layout, configurations, dimensions, and choice of materials and other aspects described in the present examples. Specifically, certain described elements and steps can be omitted, or others can be substituted or added to that which is described herein for the sake of illustration without materially affecting the scope of the present disclosure and inventions. Furthermore, the embodiments can also be used for additional electronic devices such as power transistors (power IC), RF components (RFIC) as well as Micro Electro Mechanical systems (MEMs).

FIG. **6** illustrates a cross sectional view of an exemplary light emitting device **60**. The device **60** includes the GaN LED layer **600** separated from the carrier layer **620** by a metallic interface **625** as described above. Metal pad **630** is disposed on the LED layer **600**.

An optically transparent or transmissive adhesive layer **640** is placed against the opposing side of the LED material **600** than the carrier **620** is (meaning, one face of the LED **600** is proximal to the carrier **620** and the other opposite face of the LED **600** is proximal to the transparent adhesive layer **640**. The transparent or optically permissive adhesive layer **640** may be composed of silicone or some other suitable material that can provide adhesion or epoxy quality to bond

US 9,786,822 B2

5

or mechanically couple elements of light emitting device **60**. In an additional embodiment, the adhesive layer may be photo definable. In case the Silicon Carbide wafer is kept, in an additional embodiment, the adhesive is index matched to the Silicon Carbide to reduce optical reflections at the interface. In other cases the adhesive layer refractive index, or composition, can be designed to minimize reflections from the GaN layers.

Within, or contiguous to transparent or optically permissive adhesive layer **640** is a region containing phosphor and/or quantum dot (QD) **645**. In operation, photons emitted from LED layer **600** travel through said optically transparent adhesive layer **640** and the region containing the phosphor and/or quantum dots **645**. This causes color (wavelength) control and emission of selective desired light out of the LED device as further described herein.

One, two or more alignment marks **650** are provided on or in the transparent adhesive layer **630** and are used to align the LED body over a cover substrate **655** sheet and generally in an extended wafer structure during manufacture. The cover substrate **655** provides structural presence and mechanical coupling for elements of the LED device **60**. The cover substrate **655** is also transparent or optically permissive to light in the wavelength emitted by LED layer **600** and Phosphor layer.

In some embodiments, an optical lens **660** may be placed on the cover substrate **655** substantially above the body of the LED emitting portions of the device **60**. The lens **660** can act to spread, diffuse, collimate, or otherwise redirect and form the output of the LED.

FIG. **7** illustrates an LED device **70** in a top view thereof. The device includes substantially the elements described above with regard to FIG. **6**, including an LED emitting body **700** and positioning or alignment markers **750**, lens **760**, arranged on a patterned cover substrate **710**, and including metal pad **730** thereon. In an embodiment, the LED is positioned with respect to said alignment marks **750**. Between adjacent LEDs on a wafer there is a space of, e.g., 50 microns for subsequent processing and dicing of the LEDs.

The LEDs are individually assembled on a carrier wafer, with the GaN layers facing the carrier wafer. In case of Silicon Carbide, the Silicon Carbide would be facing the carrier. The carrier wafer layer is of optically transparent material such as glass or plastic as described above. The cover can include other optical components such as lenses or light diffusing structures or light guiding structures. As mentioned, the phosphor or quantum dot layers enable the conversion of the light generated by the LED to other colors. The most common is the use of phosphor to enable White light from a blue LED. In one embodiment the lens shape is created by the surface tension of a drop of polymer or silicone material. In another embodiment the lens is created by hot embossing of a polymer, which is applied to one side of the carrier wafer. The carrier wafer may be further patterned to create specific drop shapes, sizes and desired surface qualities.

The system may be coupled to other optical elements as would be appreciated by those skilled in the art. One or more optical lens or assembly of optical lenses, Fresnel layers, filters, polarizing elements, or other members can be used to further affect the quality of the light provided by the LED device.

FIG. **8** illustrates another exemplary cross sectional view of a LED device **80**. Standoff structures **837**, made of a suitable mechanically supportive material are created on the carrier wafer. The standoff structures **837** can comprise a

6

thermoplastic material and created by embossing or injection molding, or the structures can be made by applying a layer of photo definable material such as polymide or solder mask and exposing the material to light using a suitable mask. The standoff structures **837** can be used to encase the QD or phosphor material **845**, or alternatively to provide a cavity for the material deposition.

FIG. **9** illustrates a light emitting device **90** similar to those described above except that a recess is etched into the carrier layer **920** exposing the metallic interface **925** separating the carrier layer **920** from the GaN LED layers **900**. The recess **922** can form the basis for electrical contact points for the device.

FIG. **10** illustrates yet another exemplary light emitting device **1001** cross section. Here, the recess **1022** has been etched or created deeper into the device so that it extends through the carrier layer **1020** and the metallic interface **1025** and also into GaN layer **1000** all the way to reach the metal pad **1030**. Electrical contact with the exposed components is possible, or the assembly can be further filled with suitable materials as described below.

FIG. **11** illustrates an exemplary light emitting device **1101** similar to the last described devices including a passivation layer **1170** that has been applied to surround certain portions of the device around LED semiconducting layer **1100**, metallic interface **1125**, and carrier layer **1120**. The passivation material **1170** fills the cavity or recess **1122** described earlier. The passivation layer **1170** can comprise a non conductive layer and can be composed of SiO2, SiN, AlN, Al2O3 or an organic material such as epoxy, or electrophoretic deposited paint as used in the car industry, or spray coated. In one embodiment, the passivation layer **1170** has a thickness that ranges from 1 to 40 microns, depending on the material and required electrical passivation level. In an embodiment, the passivation layer **1170** covers in a conformal manner the space between LEDs during manufacture. In another embodiment the spacing between the LEDs is not covered, or alternatively is revealed in a mechanical process such as dicing. The other elements of LED device **1101** are similar to similar elements described above.

In an additional embodiment the passivation layer can be designed to be reflective by incorporating appropriate material particles within such as ZnO. The passivation layer is also removed to enhance the heat conduction of the LED. Hence to optimize the heat conductance, a maximal contact should be made between the metal and metal pads on the LED and the metal layer. This is done by opening the largest possible area on the passivation layer and preferably greater than 80%. If the LED is designed with a thermal pad structure then the P connection can be connected to thermal and P pad or alternatively three metal connections are facilitated, N, P and thermal.

In another embodiment, the passivation is also removed in areas where there is no metal layer, only the electrically insulating layer. This can occur, if instead of the LED described previously, a standard LED is used in which the metal covers only a small portion of the top of the LED. In this case the metal layer deposited in this stage will provide the heat removal and light reflection. In this manner, the exposed portions of the LED will extend beyond the metal areas. The newly deposited metal will again cover substantially all of the LED structure. In another embodiment, if the electrical passivation layer is optically reflecting and heat conducting the layer may be maintained and the metal passivation will cover substantially all the LED area but will make a direct connection to the LED metal pads, and in other

US 9,786,822 B2

7

areas the connection layers would be through the passivation layer, i.e. the layer stack would be, LED, LED passivation layer, packaging passivation layer which provides low thermal resistance and light reflection, packaging metal for heat conduction.

FIG. 12 shows a similar device 1201 to those described above, except the passivation layer 1270 has been cut and dimensioned to expose a shoulder 1202 in the device, which can be shaped in a beveled or contoured or angled way as shown in FIG. 13 to provide a mirrored surface 1302 for reflecting light out of the light emitting device 1301. The passivation layer 1370 or shoulders 1302 can be patterned in a manner to provide for example optical reflectivity by angling or shaping the edges of passivation layer 1370 or shoulders 1302.

FIG. 14 illustrates another exemplary light emitting LED device 1401. Similarly numbered elements discussed earlier are common to or similar to those in this exemplary embodiment. Here, contact holes 1472, 1474 are drilled or etched into passivation layer material 1470, in one embodiment by use of a laser. This exposes a first contact 1472 at metal pad 1430 and a second contact 1474 at carrier 1420. If SiN or SiO2 are used, a plasma etch can also be used to create the contact holes. If the passivation layer is photo definable, a lithography step can expose the pads. In another embodiment the organic passivation layer is etched using a hard mask made of inorganic material such as a thin metal or insulating layer and then using plasma etch to remove the organic material.

If a laser is used to drill through the passivation layers 1570 as shown in FIG. 15, the laser drilling can either stop at the metal pad (blind via) as above, or it can continue so as to cut through the metal pad 1530 as shown in FIG. 15 to make electrical contact therewith.

It is noted that passivation layer 1570 is cut or etched away as stated above so as to provide conducting access at least to the N-type semiconductor proximal to laser drilled recess 1572 and the P-type semiconductor proximal to the metallization layer as described earlier.

FIG. 16 illustrates yet another embodiment of a light emitting LED device 1601. Here, a metal seed layer 1680 is applied over the passivation layer 1670. The metal seed layer 1680 may be composed of any of titanium, chrome, nickel, palladium, platinum, copper or combinations of these. The seed layer can be thickened using sputtering over the initial seed layer. In one embodiment the seed layer 1680 is patterned using electrophoretic deposited photo resist, spray coating resist, or thick resist, in one embodiment greater than 50 microns. The resist is patterned to create the electrical routing connections and under bump metallization (UBM).

After patterning the resist, a thick metal layer, in one preferred embodiment between 10 and 40 microns is plated in the defined patterns. The resist is removed and the bare seed layer is etched, in one non-limiting embodiment by using a wet metal etch. In one embodiment a solder mask is applied to form such a layer. In operation, the layer 1680 provides enhanced electrical conductivity between external electrical components and the metallization layer or conducting pads of the device. This layer 1680 also provides maximum enhanced heat removal from LED layer 1600. A drilled aperture 1685 may be provided to allow electrical contact with metal pad 1630, or may be filled in with some conducting or non-conducting material after formation.

FIG. 17 illustrates an exemplary light emitting LED device 1701 where the edges of the passivation layer 1770 and the metallizing layer 1780 have been beveled, cut,

8

formed, cast, shaped or otherwise contoured at the edges thereof to form a configuration that is suitable for reflecting light upwards and out of the device. In some embodiments the metallization layer 1780 acts like silvering of a face of a mirror to achieve the above result.

FIG. 18 illustrates how more than one LED device like those described above can be manufactured on a single manufacturing platform or wafer. Here, two LED units 1801a and 1801b are electrically connected in the metallization step of manufacturing the units. The LEDs can be connected in parallel, serial or combinations of such connections. These can be cut apart or in other embodiments can be left arranged on the substrate without cutting so as to form a multi LED unit or light source.

The present invention should not be considered limited to the particular embodiments described above, but rather should be understood to cover all aspects of the invention as fairly set out in the present claims. Various modifications, equivalent processes, as well as numerous structures to which the present invention may be applicable, will be readily apparent to those skilled in the art to whom the present invention is directed upon review of the present disclosure. The claims are intended to cover such modifications.

What is claimed is:

1. A light emitting device, comprising:
an optically transparent cover substrate;
an optically transparent layer attached to a bottom surface of said optically transparent cover substrate, said optically transparent layer including an optically definable material;
a semiconductor LED including a positively-doped region, an intrinsic region, and a negatively-doped region, wherein said intrinsic region is between said positively-doped region and said negatively-doped region, and a first surface of said semiconductor LED contacts a first portion of a bottom surface of said optically transparent layer;
a carrier layer proximal to a second surface of said semiconductor LED, said first and second surfaces on opposing sides of said semiconductor LED;
a passivation layer disposed on said carrier layer and on an exposed portion of said bottom surface of said optically transparent layer;
a first electrical contact disposed on said carrier layer in a first contact hole defined in said passivation layer; and
a second electrical contact disposed in a second contact hole defined in said passivation layer, said carrier layer, and said semiconductor LED, said second electrical contact in electrical communication with said first surface of said semiconductor LED.

2. The light emitting device of claim 1 wherein said optically definable material is disposed in a portion of said optically transparent layer.

3. The light emitting device of claim 2 wherein said first surface of said semiconductor LED has a first length along a horizontal axis, said horizontal axis parallel to said first surface of said semiconductor LED, and
wherein said portion of said optically transparent layer has a second length with respect to said horizontal axis, said second length less than said first length.

4. The light emitting device of claim 2 wherein said optically transparent layer has a first height along a vertical axis, said vertical axis orthogonal to said bottom surface of said optically transparent layer, and

US 9,786,822 B2

9

10

wherein said portion of said optically transparent layer has a second height along said vertical axis, said second height less than said first height.

**5**. The light emitting device of claim **2** wherein said optically definable material is embedded in said portion of said optically transparent layer.

**6**. The light emitting device of claim **1** wherein said optically transparent layer is comprised of silicone.

**7**. The light emitting device of claim **6** wherein said optically definable material is comprised of phosphor.

**8**. The light emitting device of claim **1** wherein said first and second electrical contacts are comprised of at least one of titanium, chrome, nickel, palladium, platinum, and copper.

**9**. The light emitting device of claim **1** wherein said passivation layer is comprised of at least one of $SiO_2$, SiN, AlN, $Al_2O_3$, an epoxy, and an electrophoretic deposited paint.

**10**. The light emitting device of claim **1** wherein said first and second electrical contacts comprise an electroplated material.

*  *  *  *  *

# Exhibit D

(12) **EX PARTE REEXAMINATION CERTIFICATE** (12406th)

# United States Patent
Margalit

(10) **Number:** US 8,941,137 C1

(45) **Certificate Issued:** *Sep. 15, 2023

(54) **LIGHT EMITTING DIODE PACKAGE AND METHOD OF MANUFACTURE**

(75) Inventor: **Mordehai Margalit**, Zichron Yaaqov (IL)

(73) Assignee: **LED WAFER SOLUTIONS LLC**

**Reexamination Request:**
No. 90/015,092, Aug. 15, 2022
No. 90/015,161, Nov. 15, 2022

**Reexamination Certificate for:**
Patent No.: **8,941,137**
Issued: **Jan. 27, 2015**
Appl. No.: **13/413,407**
Filed: **Mar. 6, 2012**

( * ) Notice: This patent is subject to a terminal disclaimer.

**Related U.S. Application Data**

(60) Provisional application No. 61/449,685, filed on Mar. 6, 2011, provisional application No. 61/449,686, filed on Mar. 6, 2011.

(51) **Int. Cl.**
| | |
|---|---|
| *H01L 33/38* | (2010.01) |
| *H01L 33/40* | (2010.01) |
| *H01L 33/56* | (2010.01) |
| *H01L 33/50* | (2010.01) |
| *H01L 33/00* | (2010.01) |
| *H01L 33/52* | (2010.01) |
| *H01L 33/32* | (2010.01) |
| *H01L 33/64* | (2010.01) |
| *H01L 33/58* | (2010.01) |
| *H01L 33/62* | (2010.01) |
| *H01L 33/44* | (2010.01) |
| *H01L 33/60* | (2010.01) |

(52) **U.S. Cl.**
CPC ........ *H01L 33/385* (2013.01); *H01L 33/0012* (2013.01); *H01L 33/32* (2013.01); *H01L 33/382* (2013.01); *H01L 33/40* (2013.01); *H01L 33/44* (2013.01); *H01L 33/502* (2013.01); *H01L 33/507* (2013.01); *H01L 33/508* (2013.01); *H01L 33/52* (2013.01); *H01L 33/56* (2013.01); *H01L 33/58* (2013.01); *H01L 33/62* (2013.01); *H01L 33/647* (2013.01); *H01L 33/50* (2013.01); *H01L 33/60* (2013.01); *H01L 2933/005* (2013.01); *H01L 2933/0016* (2013.01); *H01L 2933/0025* (2013.01); *H01L 2933/0033* (2013.01); *H01L 2933/0041* (2013.01); *H01L 2933/0066* (2013.01)

(58) **Field of Classification Search**
None
See application file for complete search history.

(56) **References Cited**

To view the complete listing of prior art documents cited during the proceedings for Reexamination Control Numbers 90/015,092 and 90/015,161, please refer to the USPTO's Patent Electronic System.

*Primary Examiner* — Minh Nguyen

(57) **ABSTRACT**

A light emitting diode (LED) device and packaging for same is disclosed. In some aspects, the LED is manufactured using a vertical configuration including a plurality of layers. Certain layers act to promote mechanical, electrical, thermal, or optical characteristics of the device. The device avoids design problems, including manufacturing complexities, costs and heat dissipation problems found in conventional LED devices. Some embodiments include a plurality of optically permissive layers, including an optically permissive cover substrate or wafer stacked over a semiconductor LED and positioned using one or more alignment markers.





US 8,941,137 C1

| 1 | 2 |

# EX PARTE
# REEXAMINATION CERTIFICATE

THE PATENT IS HEREBY AMENDED AS
INDICATED BELOW.

**Matter enclosed in heavy brackets [ ] appeared in the patent, but has been deleted and is no longer a part of the patent; matter printed in italics indicates additions made to the patent.**

AS A RESULT OF REEXAMINATION, IT HAS BEEN DETERMINED THAT:

The patentability of claims **1-8** is confirmed.

Claims **9-11** are cancelled.

New claims **12-111** are added and determined to be patentable.

*12. A light emitting device, comprising:*

*a semiconductor LED*

*including doped and intrinsic regions thereof;*

*a conducting support layer disposed proximal to a first surface of the semiconductor LED and separated therefrom by a metallic interface with no additional intervening layers, the conducting support layer is no more than 50 microns in thickness,*

*wherein, the metallic interface is disposed on a p-type semiconductor layer of the semiconductor LED;*

*an optically permissive layer proximal to a second surface of the semiconductor LED, the first and second surfaces of the semiconductor LED being on opposing faces thereof;*

*an optically definable material proximal to or within the optically permissive layer that affects an optical characteristic of emitted light passing therethrough;*

*an optically permissive flat cover substrate covering at least a portion of the above components; and*

*a metal pad between the semiconductor LED and the optically permissive layer,*

*wherein, the first surface of the semiconductor LED, the metallic interface, and the conducting support layer are all electrically coupled to one another.*

*13. The light emitting device of claim 12, further comprising a lens covering at least a portion of the optically permissive flat cover substrate.*

*14. The light emitting device of claim 12, further comprising a passivation layer disposed on the conducting support layer, the passivation layer being substantially non-conductive yet provided with at least a pair of apertures for connection of conducting electrodes thereto.*

*15. The light emitting device of claim 14, the passivation layer further comprising a shaped edge configured to reflect light generated by the light emitting device outwardly therefrom.*

*16. The light emitting device of claim 12, further comprising a mechanical offsetting member providing a dimensional spacing between the optically permissive layer and the semiconductor LED layer.*

*17. The light emitting device of claim 12, further comprising at least one alignment mark indicative of a required position of the device with respect to the optically permissive flat cover substrate.*

*18. The light emitting device of claim 12, wherein the metallic interface is adjacent to both the conducting support layer and the semiconductor LED.*

*19. The light emitting device of claim 12, the conducting support layer comprises copper.*

*20. A light emitting device, comprising:*

*a semiconductor LED*

*including doped and intrinsic regions thereof;*

*a conducting support layer disposed proximal to a first surface of the semiconductor LED and separated therefrom by a metallic interface with no additional intervening layers, the conducting support layer is no more than 50 microns in thickness;*

*an optically permissive layer proximal to a second surface of the semiconductor LED, the first and second surfaces of the semiconductor LED being on opposing faces thereof;*

*an optically definable material proximal to or within the optically permissive layer that affects an optical characteristic of emitted light passing therethrough;*

*an optically permissive flat cover substrate covering at least a portion of the above components, wherein the optically permissive flat cover comprises a first side and a second side, and wherein the first side includes the flat cover; and*

*a metal pad between the semiconductor LED and the optically permissive layer,*

*wherein, the first surface of the semiconductor LED, the metallic interface and the conducting support layer are all electrically coupled to one another.*

*21. The light emitting device of claim 20, further comprising a lens covering at least a portion of the optically permissive flat cover substrate.*

*22. The light emitting device of claim 20, further comprising a passivation layer disposed on the conducting support layer, the passivation layer being substantially non-conductive yet provided with at least a pair of apertures for connection of conducting electrodes thereto.*

*23. The light emitting device of claim 22, the passivation layer further comprising a shaped edge configured to reflect light generated by the light emitting device outwardly therefrom.*

*24. The light emitting device of claim 20, further comprising a mechanical offsetting member providing a dimensional spacing between the optically permissive layer and the semiconductor LED layer.*

*25. The light emitting device of claim 20, further comprising at least one alignment mark indicative of a required position of the device with respect to the optically permissive flat cover substrate.*

*26. The light emitting device of claim 20, wherein the metallic interface is adjacent to both the conducting support layer and the semiconductor LED.*

*27. The light emitting device of claim 20, the conducting support layer comprises copper.*

*28. A light emitting device, comprising:*

*a semiconductor LED*

*including doped and intrinsic regions thereof;*

*a conducting support layer disposed proximal to a first surface of the semiconductor LED and separated therefrom by a metallic interface with no additional intervening layers, the conducting support layer is no more than 50 microns in thickness;*

*an optically permissive layer proximal to a second surface of the semiconductor LED, the first and second surfaces of the semiconductor LED being on opposing faces thereof;*

*an optically definable material proximal to or within the optically permissive layer that affects an optical characteristic of emitted light passing therethrough;*

US 8,941,137 C1

**3**

an optically permissive flat cover substrate covering at least a portion of the above components, wherein the optically permissive flat cover comprises an optical lens; and

a metal pad between the semiconductor LED and the optically permissive layer,

wherein, the first surface of the semiconductor LED, the metallic interface and the conducting support layer are all electrically coupled to one another.

29. The light emitting device of claim 28, further comprising a lens covering at least a portion of the optically permissive flat cover substrate.

30. The light emitting device of claim 28, further comprising a passivation layer disposed on the conducting support layer, the passivation layer being substantially non-conductive yet provided with at least a pair of apertures for connection of conducting electrodes thereto.

31. The light emitting device of claim 30, the passivation layer further comprising a shaped edge configured to reflect light by the light emitting device out therefrom.

32. The light emitting device of claim 28, further comprising a mechanical offsetting member providing a dimensional spacing between the optically permissive layer and the semiconductor LED layer.

33. The light emitting device of claim 28, further comprising at least one alignment mark indicative of a required position of the device with respect to the optically permissive flat cover substrate.

34. The light emitting device of claim 28, wherein the metallic interface is adjacent to both the conducting support layer and the semiconductor LED.

35. The light emitting device of claim 28, the conducting support layer comprises copper.

36. A light emitting device, comprising:

a semiconductor LED

including doped and intrinsic regions thereof;

a conducting support layer disposed proximal to a first surface of the semiconductor LED and separated therefrom by a metallic interface with no additional intervening layers, the conducting support layer is no more than 50 microns in thickness;

an optically permissive layer proximal to a second surface of the semiconductor LED, the first and second surfaces of the semiconductor LED being on opposing faces thereof;

an optically definable material proximal to or within the optically permissive layer that affects an optical characteristic of emitted light passing therethrough;

an optically permissive flat cover substrate covering at least a portion of the above components, wherein the optically permissive flat cover comprises a Fresnel lens; and

a metal pad between the semiconductor LED and the optically permissive layer,

wherein, the first surface of the semiconductor LED, the metallic interface and the conducting support layer are all electrically coupled to one another.

37. The light emitting device of claim 36, further comprising a lens covering at least a portion of the optically permissive flat cover substrate.

38. The light emitting device of claim 36, further comprising a passivation layer disposed on the conducting support layer, the passivation layer being substantially non-conductive yet provided with at least a pair of apertures for connection of conducting electrodes thereto.

**4**

39. The light emitting device of claim 38, the passivation layer further comprising a shaped edge configured to reflect light generated by the light emitting device outwardly therefrom.

40. The light emitting device of claim 36, further comprising a mechanical offsetting member providing a dimensional spacing between the optically permissive layer and the semiconductor LED layer.

41. The light emitting device of claim 36, further comprising at least one alignment mark indicative of a required position of the device with respect to the optically permissive flat cover substrate.

42. The light emitting device of claim 36, wherein the metallic interface is adjacent to both the conducting support layer and the semiconductor LED.

43. The light emitting device of claim 36, the conducting support layer comprises copper.

44. A light emitting device, comprising:

a semiconductor LED, wherein the semiconductor LED consists essentially of an N-type layer and P-type layer and an intrinsic layer, wherein the intrinsic layer is disposed between the N-type layer and P-type layer;

a conducting support layer disposed proximal to a first surface of the semiconductor LED and separated therefrom by a metallic interface with no additional intervening layers, the conducting support layer is no more than 50 microns in thickness;

an optically permissive layer proximal to a second surface of the semiconductor LED, the first and second surfaces of the semiconductor LED being on opposing faces thereof;

an optically definable material proximal to or within the optically permissive layer that affects an optical characteristic of emitted light passing therethrough;

an optically permissive flat cover substrate covering at least a portion of the above components; and

a metal pad between the semiconductor LED and the optically permissive layer,

wherein, the first surface of the semiconductor LED, the metallic interface and the conducting support layer are all electrically coupled to one another.

45. The light emitting device of claim 44, further comprising a lens covering at least a portion of the optically permissive flat cover substrate.

46. The light emitting device of claim 44, further comprising a passivation layer disposed on the conducting support layer, the passivation layer being substantially non-conductive yet provided with at least a pair of apertures for connection of conducting electrodes thereto.

47. The light emitting device of claim 46, the passivation layer further comprising a shaped edge configured to reflect light generated by the light emitting device outwardly therefrom.

48. The light emitting device of claim 44, further comprising a mechanical offsetting member providing a dimensional spacing between the optically permissive layer and the semiconductor LED layer.

49. The light emitting device of claim 44, further comprising at least one alignment mark indicative of a required position of the device with respect to the optically permissive flat cover substrate.

50. The light emitting device of claim 44, wherein the metallic interface is adjacent to both the conducting support layer and the semiconductor LED.

51. The light emitting device of claim 44, the conducting support layer comprises copper.

US 8,941,137 C1

**5**

52. A light emitting device, comprising:

a semiconductor LED,

including doped and intrinsic regions thereof;

a conducting support layer disposed proximal to a first surface of the semiconductor LED and separated therefrom by a metallic interface with no additional intervening layers, the conducting support layer is no more than 50 microns in thickness;

an optically permissive layer proximal to a second surface of the semiconductor LED, the first and second surfaces of the semiconductor LED being on opposing faces thereof, wherein the optically permissive layer comprises silicone or epoxy;

an optically definable material proximal to or within the optically permissive layer that affects an optical characteristic of emitted light passing therethrough;

an optically permissive flat cover substrate covering at least a portion of the above components; and

a metal pad between the semiconductor LED and the optically permissive layer,

wherein, the first surface of the semiconductor LED, the metallic interface and the conducting support layer are all electrically coupled to one another.

53. The light emitting device of claim 52, further comprising a lens covering at least a portion of the optically permissive flat cover substrate.

54. The light emitting device of claim 52, further comprising a passivation layer disposed on the conducting support layer, the passivation layer being substantially non-conductive yet provided with at least a pair of apertures for connection of conducting electrodes thereto.

55. The light emitting device of claim 54, the passivation layer further comprising a shaped edge configured to reflect light by the light emitting device outwardly therefrom.

56. The light emitting device of claim 52, further comprising a mechanical offsetting member providing a dimensional spacing between the optically permissive layer and the semiconductor LED layer.

57. The light emitting device of claim 52, further comprising at least one alignment mark indicative of a required position of the device with respect to the optically permissive flat cover substrate.

58. The light emitting device of claim 52, wherein the metallic interface is adjacent to both the conducting support layer and the semiconductor LED.

59. The light emitting device of claim 52, the conducting support layer comprises copper.

60. A light emitting device, comprising:

a semiconductor LED

including doped and intrinsic regions thereof;

a conducting support layer disposed proximal to a first surface of the semiconductor LED and separated therefrom by a metallic interface with no additional intervening layers, the conducting support layer is no more than 50 microns in thickness;

an optically permissive layer proximal to a second surface of the semiconductor LED, wherein the optically permissive layer comprises a phosphor,

the first and second surfaces of the semiconductor LED being on opposing faces thereof;

an optically definable material proximal to or within the optically permissive layer that affects an optical characteristic of emitted light passing therethrough;

an optically permissive flat cover substrate covering at least a portion of the above components; and

a metal pad between the semiconductor LED and the optically permissive layer,

**6**

wherein, the first surface of the semiconductor LED, the metallic interface and the conducting support layer are all electrically coupled to one another.

61. The light emitting device of claim 60, further comprising a lens covering at least a portion of the optically permissive flat cover substrate.

62. The light emitting device of claim 60, further comprising a passivation layer disposed on the conducting support layer, the passivation layer being substantially non-conductive yet provided with at least a pair of apertures for connection of conducting electrodes thereto.

63. The light emitting device of claim 62, the passivation layer further comprising a shaped edge configured to reflect light generated by the light emitting device outwardly therefrom.

64. The light emitting device of claim 60, further comprising a mechanical offsetting member providing a dimensional spacing between the optically permissive layer and the semiconductor LED layer.

65. The light emitting device of claim 60, further comprising at least one alignment mark indicative of a required position of the device with respect to the optically permissive flat cover substrate.

66. The light emitting device of claim 60, wherein the metallic interface is adjacent to both the conducting support layer and the semiconductor LED.

67. The light emitting device of claim 60, the conducting support layer comprises copper.

68. A light emitting device, comprising:

a semiconductor LED

including doped and intrinsic regions thereof;

a conducting support layer disposed proximal to a first surface of the semiconductor LED and separated therefrom by a metallic interface with no additional intervening layers, the conducting support layer is no more than 50 microns in thickness;

an optically permissive layer proximal to a second surface of the semiconductor LED, the first and second surfaces of the semiconductor LED being on opposing faces thereof;

an optically definable material proximal to or within the optically permissive layer that affects an optical characteristic of emitted light passing therethrough, wherein the optically definable material comprises a phosphor;

an optically permissive flat cover substrate covering at least a portion of the above components; and

a metal pad between the semiconductor LED and the optically permissive layer,

wherein, the first surface of the semiconductor LED, the metallic interface and the conducting support layer are all electrically coupled to one another.

69. The light emitting device of claim 68, further comprising a lens covering at least a portion of the optically permissive flat cover substrate.

70. The light emitting device of claim 68, further comprising a passivation layer disposed on the conducting support layer, the passivation layer being substantially non-conductive yet provided with at least a pair of apertures for connection of conducting electrodes thereto.

71. The light emitting device of claim 70, the passivation layer further comprising a shaped edge configured to reflect light generated by the light emitting device outwardly therefrom.

72. The light emitting device of claim 68, further comprising a mechanical offsetting member providing a dimen-

US 8,941,137 C1

7

sional spacing between the optically permissive layer and the semiconductor LED layer.

73. The light emitting device of claim 68, further comprising at least one alignment mark indicative of a required position of the device with respect to the optically permissive flat cover substrate.

74. The light emitting device of claim 68, wherein the metallic interface is adjacent to both the conducting support layer and the semiconductor LED.

75. The light emitting device of claim 68, the conducting support layer comprises copper.

76. A light emitting device, comprising:
a semiconductor LED
including doped and intrinsic regions thereof;
a conducting support layer disposed proximal to a first surface of the semiconductor LED and separated therefrom by a metallic interface with no additional intervening layers, the conducting support layer is no more than 50 microns in thickness, wherein the metallic interface comprises an alloy;
an optically permissive layer proximal to a second surface of the semiconductor LED, the first and second surfaces of the semiconductor LED being on opposing faces thereof;
an optically definable material proximal to or within the optically permissive layer that affects an optical characteristic of emitted light passing therethrough;
an optically permissive flat cover substrate covering at least a portion of the above components; and
a metal pad between the semiconductor LED and the optically permissive layer,
wherein, the first surface of the semiconductor LED, the metallic interface and the conducting support layer are all electrically coupled to one another.

77. The light emitting device of claim 76, further comprising a lens covering at least a portion of the optically permissive flat cover substrate.

78. The light emitting device of claim 76, further comprising a passivation layer disposed on the conducting support layer, the passivation layer being substantially non-conductive yet provided with at least a pair of apertures for connection of conducting electrodes thereto.

79. The light emitting device of claim 78, the passivation layer further comprising a shaped edge configured to reflect light by the light emitting device outwardly therefrom.

80. The light emitting device of claim 76, further comprising a mechanical offsetting member providing a dimensional spacing between the optically permissive layer and the semiconductor LED layer.

81. The light emitting device of claim 76, further comprising at least one alignment mark indicative of a required position of the device with respect to the optically permissive flat cover substrate.

82. The light emitting device of claim 76, wherein the metallic interface is adjacent to both the conducting support layer and the semiconductor LED.

83. The light emitting device of claim 76, the conducting support layer comprises copper.

84. A light emitting device, comprising:
a semiconductor LED
including doped and intrinsic regions thereof;
a conducting support layer disposed proximal to a first surface of the semiconductor LED and separated therefrom by a metallic interface with no additional intervening layers, the conducting support layer is no more

8

than 50 microns in thickness, wherein the metallic interface further comprises a plurality of metallic layers;
an optically permissive layer proximal to a second surface of the semiconductor LED, the first and second surfaces of the semiconductor LED being on opposing faces thereof;
an optically definable material proximal to or within the optically permissive layer that affects an optical characteristic of emitted light passing therethrough;
an optically permissive flat cover substrate covering at least a portion of the above components; and
a metal pad between the semiconductor LED and the optically permissive layer,
wherein, the first surface of the semiconductor LED, the metallic interface and the conducting support layer are all electrically coupled to one another.

85. The light emitting device of claim 84, further comprising a lens covering at least a portion of the optically permissive flat cover substrate.

86. The light emitting device of claim 84, further comprising a passivation layer disposed on the conducting support layer, the passivation layer being substantially non-conductive yet provided with at least a pair of apertures for connection of conducting electrodes thereto.

87. The light emitting device of claim 86, the passivation layer further comprising a shaped edge configured to reflect light generated by the light emitting device outwardly therefrom.

88. The light emitting device of claim 84, further comprising a mechanical offsetting member providing a dimensional spacing between the optically permissive layer and the semiconductor LED layer.

89. The light emitting device of claim 84, further comprising at least one alignment mark indicative of a required position of the device with respect to the optically permissive flat cover substrate.

90. The light emitting device of claim 84, wherein the metallic interface is adjacent to both the conducting support layer and the semiconductor LED.

91. The light emitting device of claim 84, the conducting support layer comprises copper.

92. A light emitting device, comprising:
a semiconductor LED, wherein the semiconductor LED consists essentially of an N-type layer, a P-type portion, and an intrinsic layer, wherein the intrinsic layer is disposed between the N-type layer and P-type portion;
a conducting support layer disposed proximal to a first surface of the semiconductor LED and separated therefrom by a metallic interface with no additional intervening layers, the conducting support layer is no more than 50 microns in thickness;
an optically permissive layer proximal to a second surface of the semiconductor LED, the first and second surfaces of the semiconductor LED being on opposing faces thereof;
an optically definable material proximal to or within the optically permissive layer that affects an optical characteristic of emitted light passing therethrough;
an optically permissive flat cover substrate covering at least a portion of the above components; and
a metal pad between the semiconductor LED and the optically permissive layer,
wherein, the first surface of the semiconductor LED, the metallic interface and the conducting support layer are all electrically coupled to one another.

93. The light emitting device of claim 92, further comprising a lens covering at least a portion of the optically permissive flat cover substrate.

94. The light emitting device of claim 92, further comprising a passivation layer disposed on the conducting support layer, the passivation layer being substantially non-conductive yet provided with at least a pair of apertures for connection of conducting electrodes thereto.

95. The light emitting device of claim 94, the passivation layer further comprising a shaped edge configured to reflect light generated by the light emitting device outwardly therefrom.

96. The light emitting device of claim 92, further comprising a mechanical offsetting member providing a dimensional spacing between the optically permissive layer and the semiconductor LED layer.

97. The light emitting device of claim 92, further comprising at least one alignment mark indicative of a required position of the device with respect to the optically permissive flat cover substrate.

98. The light emitting device of claim 92, wherein the metallic interface is adjacent to both the conducting support layer and the semiconductor LED.

99. The light emitting device of claim 92, the conducting support layer comprises copper.

100. The light emitting device of claim 92, the P-type portion comprising a plurality of P-type layers.

101. A light emitting device, comprising:

a semiconductor LED including doped and intrinsic regions thereof;

a conducting support layer disposed proximal to a first surface of the semiconductor LED and separated therefrom by a metallic interface with no additional intervening layers, the conducting support layer is no more than 50 microns in thickness;

an optically permissive layer proximal to and above a second surface of the semiconductor LED, the first and second surfaces of the semiconductor LED being on opposing faces thereof;

an optically definable material proximal to or within the optically permissive layer that affects an optical characteristic of emitted light passing therethrough;

an optically permissive flat cover substrate covering at least a portion of the above components; and

a metal pad between the intrinsic region of the semiconductor LED and the optically permissive layer,

wherein, the first surface of the semiconductor LED, the metallic interface and the conducting support layer are all electrically coupled to one another.

102. The light emitting device of claim 101, further comprising a lens covering at least a portion of the optically permissive flat cover substrate.

103. The light emitting device of claim 101, further comprising a passivation layer disposed on the conducting support layer, the passivation layer being substantially non-conductive yet provided with at least a pair of apertures for connection of conducting electrodes thereto.

104. The light emitting device of claim 103, the passivation layer further comprising a shaped edge configured to reflect light generated by the light emitting device outwardly therefrom.

105. The light emitting device of claim 101, further comprising a mechanical offsetting member providing a dimensional spacing between the optically permissive layer and the semiconductor LED layer.

106. The light emitting device of claim 101, further comprising at least one alignment mark indicative of a required position of the device with respect to the optically permissive flat cover substrate.

107. The light emitting device of claim 101, wherein the metallic interface is adjacent to both the conducting support layer and the semiconductor LED.

108. The light emitting device of claim 101, the conducting support layer comprises copper.

109. The light emitting device of claim 1, the metallic interface is placed against the first surface of the semiconductor LED.

110. The light emitting device of claim 1, the optically permissive layer is placed against the second surface of the semiconductor LED.

111. The light emitting device of claim 1, the metal pad is on a portion of the second surface of the semiconductor LED.

\* \* \* \* \*

# Exhibit E

(12) **EX PARTE REEXAMINATION CERTIFICATE** (12690th)

# United States Patent

Margalit

(10) **Number:** **US 8,952,405 C1**

(45) **Certificate Issued:** **Aug. 28, 2024**

(54) **LIGHT EMITTING DIODE PACKAGE AND METHOD OF MANUFACTURE**

(75) Inventor: **Mordehai Margalit**, Zichron Yaaqov (IL)

(73) Assignee: **LED WAFER SOLUTIONS LLC**, Waco, TX (US)

**Reexamination Request:**
No. 90/015,156, Nov. 7, 2022
No. 90/015,155, Nov. 7, 2022

**Reexamination Certificate for:**
Patent No.: **8,952,405**
Issued: **Feb. 10, 2015**
Appl. No.: **13/413,293**
Filed: **Mar. 6, 2012**

**Related U.S. Application Data**

(60) Provisional application No. 61/449,686, filed on Mar. 6, 2011, provisional application No. 61/449,685, filed on Mar. 6, 2011.

(51) **Int. Cl.**
| | |
|---|---|
| *H01L 33/52* | (2010.01) |
| *H01L 33/00* | (2010.01) |
| *H01L 33/32* | (2010.01) |
| *H01L 33/38* | (2010.01) |
| *H01L 33/40* | (2010.01) |
| *H01L 33/44* | (2010.01) |
| *H01L 33/50* | (2010.01) |
| *H01L 33/56* | (2010.01) |
| *H01L 33/58* | (2010.01) |
| *H01L 33/60* | (2010.01) |
| *H01L 33/62* | (2010.01) |
| *H01L 33/64* | (2010.01) |

(52) **U.S. Cl.**
CPC ........ *H01L 33/502* (2013.01); *H01L 33/0012* (2013.01); *H01L 33/32* (2013.01); *H01L 33/382* (2013.01); *H01L 33/385* (2013.01); *H01L 33/40* (2013.01); *H01L 33/44* (2013.01); *H01L 33/507* (2013.01); *H01L 33/508* (2013.01); *H01L 33/52* (2013.01); *H01L 33/56* (2013.01); *H01L 33/58* (2013.01); *H01L 33/62* (2013.01); *H01L 33/647* (2013.01); *H01L 33/50* (2013.01); *H01L 33/60* (2013.01); *H01L 2933/0016* (2013.01); *H01L 2933/0025* (2013.01); *H01L 2933/0033* (2013.01); *H01L 2933/0041* (2013.01); *H01L 2933/005* (2013.01); *H01L 2933/0066* (2013.01)

(58) **Field of Classification Search**
None
See application file for complete search history.

(56) **References Cited**

To view the complete listing of prior art documents cited during the proceedings for Reexamination Control Numbers 90/015,156 and 90/015,155, please refer to the USPTO's Patent Electronic System.

*Primary Examiner* — Leonardo Andujar

(57) **ABSTRACT**

A light emitting diode (LED) device and packaging for same is disclosed. In some aspects, the LED is manufactured using a vertical configuration including a plurality of layers. Certain layers act to promote mechanical, electrical, thermal, or optical characteristics of the device. The device avoids design problems, including manufacturing complexities, costs and heat dissipation problems found in conventional LED devices. Some embodiments include a plurality of optically permissive layers, including an optically permissive cover substrate or wafer stacked over a semiconductor LED and positioned using one or more alignment markers.



US 8,952,405 C1

**1**

# EX PARTE
# REEXAMINATION CERTIFICATE

THE PATENT IS HEREBY AMENDED AS
INDICATED BELOW.

**Matter enclosed in heavy brackets [ ] appeared in the patent, but has been deleted and is no longer a part of the patent; matter printed in italics indicates additions made to the patent.**

AS A RESULT OF REEXAMINATION, IT HAS BEEN
DETERMINED THAT:

Claim **16** is cancelled.

Claims **1**, **12** and **17** are determined to be patentable as
amended.

Claims **2-11** and **13-15**, dependent on an amended claim,
are determined to be patentable.

New claims **18-22** are added and determined to be
patentable.

**1**. A light emitting device, comprising:
a semiconductor LED including a positively-doped
region, an intrinsic region, and a negatively-doped
region, wherein said intrinsic region is between said
positively-doped region and said negatively-doped
region, said semiconductor LED defining a first recess
to expose a negatively-doped surface of said nega-
tively-doped region;
an electrically conducting metallization layer in direct
contact with at least a portion of each of a positively-
doped surface and said negatively-doped surface of
said semiconductor LED, wherein said positively-
doped surface is on an exposed portion of said posi-
tively-doped region of said semiconductor LED and
said negatively-doped surface and said positively-
doped surface are parallel with each other;
a sapphire layer in direct contact with a first surface of
said semiconductor LED, said positively-doped surface
and said first surface of said semiconductor LED being
parallel with one another and on opposing faces of said
semiconductor LED;
an optically permissive layer in direct contact with said
sapphire layer, said optically permissive layer compris-
ing an optically definable material containing quantum
dots and/or phosphor, said optically definable material
adapted to change the frequency of at least some of
emitted light passing therethrough;
an optically permissive cover substrate covering *and
configured to provide structural presence and mechani-
cal coupling to* at least a portion of the above compo-
nents*, wherein the optically permissive layer is posi-
tioned between the sapphire layer and the optically
permissive cover substrate*; and
a passivation layer in direct contact with said metalliza-
tion layer, said sapphire layer, a surface of said opti-
cally permissive layer, and said semiconductor LED,
*wherein said passivation layer comprises material par-
ticles that are configured to make said passivation layer
reflective,*
wherein said passivation layer defines a first contact hole
to expose a first portion of an upper metal surface of
said metallization layer disposed on said negatively-
doped surface and said passivation layer is in direct

**2**

contact with a second portion of said upper metal
surface of said metallization layer disposed on said
negatively-doped surface,
wherein said passivation layer defines a second contact
hole to expose a first portion of a lower metal surface
of said metallization layer disposed on said positively-
doped surface and said passivation layer is in direct
contact with a second portion of said lower metal
surface of said metallization layer disposed on said
positively-doped surface, and
wherein said upper metal surface, said lower metal sur-
face, said negatively-doped surface, said positively-
doped surface, and said surface of said optically per-
missive layer are parallel with one another.

**7**. The light emitting device of claim **1**, further comprising
at least one alignment mark *in said optically permissive
layer, wherein said at least one alignment mark is* indicative
of a required position of said device with respect to said
optically permissive cover substrate.

**12**. A method for making a light emitting device, the
method comprising:
forming a light emitting device (LED) comprised of a
positively-doped layer, an intrinsic layer, and a nega-
tively-doped layer, wherein said intrinsic layer is
between said positively-doped layer and a first surface
of said LED is in direct contact with a sapphire layer;
forming a recess in said positively-doped layer and said
intrinsic layer of said LED so as to expose a negatively-
doped surface of said negatively-doped layer;
depositing a metallization layer on a positively-doped
surface of said positively-doped layer and said nega-
tively-doped surface of said negatively-doped layer to
provide electrical contact with said positively-doped
layer and said negatively-doped layer of said LED, said
positively-doped surface and said first surface on
opposing faces of said LED;
depositing an optically permissive layer on said sapphire
layer, said optically permissive layer comprising an
optically definable material containing quantum dots
and/or phosphor, said optically definable material
adapted to change the frequency of at least some of
emitted light passing therethrough;
*depositing an optically permissive cover substrate cover-
ing and providing structural presence and mechanical
coupling to at least the optically permissive layer, the
sapphire layer, and the LED, the optically permissive
layer being positioned between the sapphire layer and
the optically permissive cover substrate;*
depositing a passivation layer in direct contact with said
metallization layer, said sapphire layer, a surface of
said optically permissive layer, and said LED, *wherein
said passivation layer incorporates material particles
to make said passivation layer reflective*;
defining a first contact hole in said passivation layer to
expose a first portion of an upper metal surface of said
metallization layer disposed on said negatively-doped
surface wherein said passivation layer is in direct
contact with a second portion of said upper metal
surface of said metallization layer disposed on said
negatively-doped surface;
defining a second contact hole in said passivation layer to
expose a first portion of a lower metal surface of said
metallization layer disposed on said positively-doped
surface wherein said passivation layer is in direct
contact with a second portion of said lower metal
surface of said metallization layer disposed on said
positively-doped surface, and

US 8,952,405 C1

**3**

wherein said upper metal surface, said lower metal surface, said negatively-doped surface, said positively-doped surface, and said surface of said optically permissive layer are parallel with one another.

**17**. The method of claim **[16]** *12*, further comprising placing one or more alignment marks on said LED so as to permit proper positioning of said LED with respect to an optically permissive cover substrate.

*18. The light emitting device of claim 1, wherein said optically permissive layer bonds said sapphire layer to said optically permissive cover substrate.*

*19. The method of claim 12, further comprising bonding said sapphire layer to said optically permissive cover substrate with said optically permissive layer.*

*20. The method of claim 12, wherein depositing said passivation layer comprises depositing said metallization layer, said sapphire layer, and said semiconductor LED with said passivation layer.*

*21. A light emitting device, comprising:*

*a semiconductor LED including a positively-doped region, an intrinsic region, and a negatively-doped region, wherein said intrinsic region is between said positively-doped region and said negatively-doped region, said semiconductor LED accommodating a first recess to expose a negatively-doped surface of said negatively-doped region;*

*an electrically conducting metallization layer disposed on at least a portion of each of a positively-doped surface and said negatively-doped surface of said semiconductor LED, wherein said positively-doped surface is on an exposed portion of said positively-doped region of said semiconductor LED and said negatively-doped surface and said positively-doped surface are parallel with each other;*

*a sapphire layer disposed on a first surface of said semiconductor LED, said positively-doped surface and said first surface of said semiconductor LED being parallel with one another and on opposing faces of said semiconductor LED;*

*an optically permissive layer in direct contact with said sapphire layer, said optically permissive layer comprising an optically definable material containing quantum dots and/or phosphor, said optically definable material adapted to change the frequency of at least some of emitted light passing therethrough;*

*an optically permissive cover substrate covering and configured to provide structural presence and mechanical coupling to at least a portion of the above components, wherein the optically permissive layer is positioned between the sapphire layer and the optically permissive cover substrate; and*

*a passivation layer surrounding said metallization layer, said sapphire layer, and said semiconductor LED,*

*wherein said passivation layer is reflective by incorporating material particles,*

*wherein said passivation layer comprises a first contact hole for a first portion of an upper metal surface of said metallization layer disposed on said negatively-doped surface and said passivation layer surrounds a second portion of said upper metal surface of said metallization layer disposed on said negatively-doped surface,*

*wherein said passivation layer comprises a second contact hole for a first portion of a lower metal surface of*

**4**

*said metallization layer disposed on said positively-doped surface and said passivation layer surrounds a second portion of said lower metal surface of said metallization layer disposed on said positively-doped surface, and*

*wherein said upper metal surface, said lower metal surface, said negatively-doped surface, said positively-doped surface, and said surface of said optically permissive layer are parallel with one another.*

*22. A light emitting device, comprising:*

*a semiconductor LED including a positively-doped region, an intrinsic region, and a negatively-doped region, wherein said intrinsic region is between said positively-doped region and said negatively-doped region, said semiconductor LED accommodating a first recess to expose a negatively-doped surface of said negatively-doped region;*

*an electrically conducting metallization layer disposed on at least a portion of each of a positively-doped surface and said negatively-doped surface of said semiconductor LED, wherein said positively-doped surface is on an exposed portion of said positively-doped region of said semiconductor LED and said negatively-doped surface and said positively-doped surface are parallel with each other;*

*a sapphire layer disposed on a first surface of said semiconductor LED, said positively-doped surface and said first surface of said semiconductor LED being parallel with one another and on opposing faces of said semiconductor LED;*

*an optically permissive layer in direct contact with said sapphire layer, said optically permissive layer comprising an optically definable material containing quantum dots and/or phosphor, said optically definable material adapted to change the frequency of at least some of emitted light passing therethrough;*

*an optically permissive cover substrate covering and configured to provide structural presence to at least a portion of the above components; and*

*a passivation layer surrounding said metallization layer, said sapphire layer, and said semiconductor LED,*

*wherein said passivation layer is reflective by incorporating material particles,*

*wherein said passivation layer comprises a first contact hole for a first portion of an upper metal surface of said metallization layer disposed on said negatively-doped surface and said passivation layer surrounds a second portion of said upper metal surface of said metallization layer disposed on said negatively-doped surface,*

*wherein said passivation layer comprises a second contact hole for a first portion of a lower metal surface of said metallization layer disposed on said positively-doped surface and said passivation layer surrounds a second portion of said lower metal surface of said metallization layer disposed on said positively-doped surface, and*

*wherein said upper metal surface, said lower metal surface, said negatively-doped surface, said positively-doped surface, and said surface of said optically permissive layer are parallel with one another.*

\*    \*    \*    \*    \*

# Exhibit F

## (12) EX PARTE REEXAMINATION CERTIFICATE (12681st)
# United States Patent
Margalit

(10) **Number:**     **US 9,786,822 C1**

(45) **Certificate Issued:**     **Aug. 19, 2024**

(54) **LIGHT EMITTING DIODE PACKAGE AND METHOD OF MANUFACTURE**

(71) Applicant: **Mordehai Margalit**, Zichron Yaaqov (IL)

(72) Inventor: **Mordehai Margalit**, Zichron Yaaqov (IL)

(73) Assignee: **LED WAFER SOLUTIONS LLC**

**Reexamination Request:**
No. 90/015,130, Sep. 30, 2022

**Reexamination Certificate for:**

| | |
|---|---|
| Patent No.: | **9,786,822** |
| Issued: | **Oct. 10, 2017** |
| Appl. No.: | **14/570,449** |
| Filed: | **Dec. 15, 2014** |

### Related U.S. Application Data

(63) Continuation of application No. 13/413,407, filed on Mar. 6, 2012, now Pat. No. 8,941,137.

(60) Provisional application No. 61/449,685, filed on Mar. 6, 2011, provisional application No. 61/449,686, filed on Mar. 6, 2011.

(51) **Int. Cl.**

| | |
|---|---|
| *H01L 33/40* | (2010.01) |
| *H01L 33/00* | (2010.01) |
| *H01L 33/32* | (2010.01) |
| *H01L 33/38* | (2010.01) |
| *H01L 33/44* | (2010.01) |
| *H01L 33/50* | (2010.01) |
| *H01L 33/52* | (2010.01) |
| *H01L 33/56* | (2010.01) |
| *H01L 33/58* | (2010.01) |
| *H01L 33/60* | (2010.01) |
| *H01L 33/62* | (2010.01) |
| *H01L 33/64* | (2010.01) |

(52) **U.S. Cl.**
CPC .......... *H01L 33/40* (2013.01); *H01L 33/0012* (2013.01); *H01L 33/32* (2013.01); *H01L 33/382* (2013.01); *H01L 33/385* (2013.01); *H01L 33/44* (2013.01); *H01L 33/502* (2013.01); *H01L 33/507* (2013.01); *H01L 33/508* (2013.01); *H01L 33/52* (2013.01); *H01L 33/56* (2013.01); *H01L 33/58* (2013.01); *H01L 33/62* (2013.01); *H01L 33/647* (2013.01); *H01L 33/50* (2013.01); *H01L 33/60* (2013.01); *H01L 2933/0016* (2013.01); *H01L 2933/0025* (2013.01); *H01L 2933/0033* (2013.01); *H01L 2933/0041* (2013.01); *H01L 2933/005* (2013.01); *H01L 2933/0066* (2013.01)

(58) **Field of Classification Search**
None
See application file for complete search history.

(56)                    **References Cited**

To view the complete listing of prior art documents cited during the proceeding for Reexamination Control Number 90/015,130, please refer to the USPTO's Patent Electronic System.

*Primary Examiner* — Minh Nguyen

(57)                    **ABSTRACT**

A light emitting diode (LED) device and packaging for same is disclosed. In some aspects, the LED is manufactured using a vertical configuration including a plurality of layers. Certain layers act to promote mechanical, electrical, thermal, or optical characteristics of the device. The device avoids design problems, including manufacturing complexities, costs and heat dissipation problems found in conventional LED devices. Some embodiments include a plurality of optically permissive layers, including an optically permissive cover substrate or wafer stacked over a semiconductor LED and positioned using one or more alignment markers.



US 9,786,822 C1

**1**

# EX PARTE
# REEXAMINATION CERTIFICATE

THE PATENT IS HEREBY AMENDED AS
INDICATED BELOW.

**Matter enclosed in heavy brackets [ ] appeared in the patent, but has been deleted and is no longer a part of the patent; matter printed in italics indicates additions made to the patent.**

AS A RESULT OF REEXAMINATION, IT HAS BEEN DETERMINED THAT:

Claim **1** is determined to be patentable as amended.

Claims **2-10**, dependent on an amended claim, are determined to be patentable.

New claims **11-20** are added and determined to be patentable.

**1**. A light emitting device, comprising:

an optically transparent cover substrate;

an optically transparent layer attached to a bottom surface of said optically transparent cover substrate, said optically transparent layer including an optically definable material *and an electrically insulating adhesive material;*

a semiconductor LED including a positively-doped region, an intrinsic region, and a negatively-doped region, wherein said intrinsic region is between said positively-doped region and said negatively-doped region, and a first surface of said semiconductor LED *directly* contacts *said electrically insulating adhesive material in* a first portion of a bottom surface of said optically transparent layer;

a carrier layer proximal to a second surface of said semiconductor LED, said first and second surfaces on opposing sides of said semiconductor LED;

a passivation layer disposed on said carrier layer and on an exposed portion of said bottom surface of said optically transparent layer;

a first electrical contact disposed on said carrier layer in a first contact hole defined in said passivation layer; and

a second electrical contact disposed in a second contact hole defined in said passivation layer, said carrier layer, and said semiconductor LED, said second electrical contact in electrical communication with said first surface of said semiconductor LED.

*11. The light emitting device of claim 1, wherein said carrier layer comprises copper.*

*12. The light emitting device of claim 1, further comprising a metal pad enclosed in said optically transparent layer and in contact with said semiconductor LED and said passivation layer.*

*13. The light emitting device of claim 1, further comprising at least one alignment mark in said optically transparent layer, wherein said alignment mark is indicative of a required position of said semiconductor LED with respect to*

**2**

*said optically transparent cover substrate and said optically transparent layer bond said semiconductor LED to said optically transparent cover substrate.*

*14. The light emitting device of claim 1, wherein said second contact hole extends into the optically transparent layer.*

*15. The light emitting device of claim 1, further comprising a standoff structure around the semiconductor LED and surrounding the optically transparent layer, wherein the standoff structure comprises a thermoplastic material, a polymer material, or a solder material.*

*16. A light emitting device, comprising:*

*an optically transparent cover substrate;*

*an optically transparent layer covering an entire surface of said optically transparent cover substrate, said optically transparent layer including an optically definable material;*

*a semiconductor LED including a positively-doped region, an intrinsic region, and a negatively-doped region, wherein said intrinsic region is between said positively-doped region and said negatively-doped region, and a first side of said semiconductor LED contacts a first portion of a bottom surface of said optically transparent layer;*

*a carrier layer proximal to a second side of said semiconductor LED, said first and second sides on opposing sides of said semiconductor LED;*

*a passivation layer disposed on said carrier layer and on said second side of said semiconductor LED, wherein said passivation layer surrounds said semiconductor LED and said carrier layer;*

*a first electrical contact disposed on said carrier layer in a first contact hole defined in said passivation layer; and*

*a second electrical contact disposed in a second contact hole defined in said passivation layer, said carrier layer, and said semiconductor LED, said second electrical contact in electrical communication with said first side of said semiconductor LED.*

*17. The light emitting device of claim 16, wherein said optically transparent layer comprises an electrically insulating adhesive material and said first side of said semiconductor LED is in direct contact with the said electrically insulating adhesive material.*

*18. The light emitting device of claim 16, further comprising a metal pad enclosed in said optically transparent layer and in contact with said semiconductor LED and said passivation layer.*

*19. The light emitting device of claim 16, wherein said second contact hole extends into the optically transparent layer.*

*20. The light emitting device of claim 16, further comprising a standoff structure around the semiconductor LED and surrounding the optically transparent layer, wherein the standoff structure comprises a thermoplastic material, a polymer material, or a solder material.*

\* \* \* \* \*