UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LED WAFER SOLUTIONS LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO LTD, et al.,<br><br>    Defendants. | Case No. 22-cv-04809-AMO<br><br>**ORDER GRANTING ADMINISTRATIVE MOTION TO CONTINUE HEARING**<br><br>Re: Dkt. Nos. 259, 260 |

Before the Court is Plaintiff LED Wafer Solutions LLC's Unopposed Administrative Motion to Adjourn the Hearing on Plaintiff's Motion for Leave to File Second Amended Complaint. ECF 260. Having reviewed the motion and the declaration of counsel certifying that the administrative motion is unopposed, the Court **GRANTS** the motion.

The Court hereby **CONTINUES** the hearing on Plaintiff's Motion for Leave to File Second Amended Complaint to Thursday, July 31, 2025, to allow sufficient time for Plaintiff to obtain new counsel.

In light of the continuance, the Court **TERMINATES** the parties' stipulated proposed case schedule. ECF 259. The Court **ORDERS** the parties to and meet and confer regarding a proposed schedule for remaining case deadlines and to submit their proposed schedule by no later than noon on July 24, 2025.

**IT IS SO ORDERED.**

Dated: April 18, 2025

                                                    **ARACELI MARTÍNEZ-OLGUÍN**
                                                    **United States District Judge**