UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LED WAFER SOLUTIONS, LLC            ,

Plaintiff(s),

v.

SAMSUNG ELECTRONICS CO., LTD AND
SAMSUNG ELECTRONICS AMERICA , INC.,

Defendant(s).

Case No.  3:22-cv-04809-AMO

**APPLICATION FOR ADMISSION OF
ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Alexander I. Landyshev            , an active member in good standing of the bar of The State of New York            , hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: SAMSUNG ELECTRONICS CO., LTD AND SAMSUNG ELECTRONICS AMERICA, INC.,  in the above-entitled action. My local co-counsel in this case is John Desmarais            , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: SBN 320875            .

230 Park Ave. New York, NY 10169
MY ADDRESS OF RECORD

212-351-3400
MY TELEPHONE # OF RECORD

ALandyshev@desmaraisllp.com
MY EMAIL ADDRESS OF RECORD

101 California St., Suite 3000 San Francisco, CA 94111
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

415-573-1900
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

jdesmarais@desmaraisllp.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 6173595            .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court ___0___ times in the 12 months preceding this application.

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: __05/19/2026_____

_____Alexander I. Landyshev_____
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of __Alexander I. Landyshev_____ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____5/20/2026_____

_____
HON. ARACELI MARTÍNEZ-OLGUÍN
UNITED STATES DISTRICT JUDGE

United States District Court
Northern District of California

Updated 11/2021

2